## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) **Chapter 11** |
| **HOBBICO, INC.,** *et al.,* | ) |
|  | ) **Case No.  18-10055 (KG)** |
| **Debtors.**[1] | ) |
|  | ) **Jointly Administered** |
|  | ) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## REVELL INC. (CASE NO. 18-10058)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Hobbico, Inc. (9545); Arrma Durango Ltd.; Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302).  The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HOBBICO, INC., *et al.*,[1] | Case No. 18-10055 (KG) |
| Debtors. | Jointly Administered |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Hobbico, Inc. and its above-captioned affiliated debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors," and the Debtors together with their non-debtor subsidiaries and affiliates, the "Company"), with the assistance of their professional advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs" or "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology and Specific Disclosures Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements do not purport to represent financial statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hobbico, Inc. (9545); Arrma Durango Ltd (UK Company reference #07865134); Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302). The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

[2]     These Global Notes are in addition to any specific notes contained in each Debtor's Schedules or SOFAs. The fact that the Debtors have prepared a "General Note" with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such General Note to any of the Debtors' remaining Schedules and Statements, as appropriate.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause material changes to the Schedules and Statements. Although reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The Debtors' management prepared the Schedules and Statements with the assistance of their advisors and other professionals. Tom S. O'Donoghue, Jr. has signed the Schedules and Statements. Mr. O'Donoghue is Chief Restructuring Officer of Hobbico, Inc., and an authorized signatory for the Debtors. In reviewing and signing the Schedules and Statements, Mr. O'Donoghue necessarily has relied upon the efforts, statements and representations of the Debtors' advisors and various personnel employed by the Debtors. Mr. O'Donoghue has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts and creditor addresses.

**The Schedules, SOFAs and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events or performance of any of the Debtors. Due to numerous unliquidated, contingent, and/or disputed claims, summary statistics in the Schedules, SOFAs, and Global Notes are likely not an accurate representation of the Debtors' liabilities.**

## Global Notes and Overview of Methodology

1.  **Reservation of Rights**.

The Debtors reserve all rights to amend, supplement or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to a claim (including, but not limited to, amending the description or designation of any claim; disputing or otherwise asserting offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; subsequently designating any claim as "disputed," "contingent" or "unliquidated;" or objecting to the extent, validity, enforceability, priority or avoidability of any claim). Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtors. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

Further, nothing contained in the Schedules and Statements shall constitute a waiver of rights or an admission with respect to the chapter 11 cases, including, without limitation, with

respect to matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this or the preceding paragraph.

2.    **Description of Cases and "as of" Information Date.**  On January 10, 2018 the seven Original Debtors[3] filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  On January 26, 2018 (together with January 10, 2018, the "Petition Dates"), Arrma Durango Ltd. ("ADL") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  On January 11, 2018, the Bankruptcy Court entered an order (Docket No. 41) providing for the joint administration of the Original Debtors pursuant to Bankruptcy Rule 1015(b).  On January 30, 2018, the Bankruptcy Court entered an order (Case No. 18-10158; Docket No. 10) providing for the joint administration of ADL with the Original Debtors pursuant to Bankruptcy Rule 1015(b).

On January 22, 2018, the United States Trustee for the District of Delaware appointed a statutory committee of unsecured creditors pursuant to Bankruptcy Code section 1102(a)(1). (Docket No. 91) and on January 22, 2018, filed a revised notice of the same (Docket No. 92).

The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of the Petition Dates, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the Petition Dates.  As more fully described in Section 16 below, the Debtors were required to make certain estimates and assumptions that affect the reported amounts within the Schedules and Statements.

3.    **Basis of Presentation**.  The totals listed in the Schedules and Statements may not be comparable to the Company's consolidated financial reports prepared for public reporting purposes or otherwise as these reports include Hobbico, Inc. and each of its subsidiaries, some of which are not Debtors in these proceedings.  Although these Schedules and Statements may,  at times, incorporate information prepared in accordance with GAAP, the Schedules and Statements neither purport to represent nor reconcile to financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP or otherwise.  Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Debtors reserve all rights to amend these Schedules and Statements.

4.    **Recharacterization**.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize and designate certain claims, assets, contracts, leases and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add or delete items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items

---

[3]    Hobbico, Inc.; Axial R/C Inc.; Estes-Cox Corp.; Great Planes Model Manufacturing, Inc.; Revell Inc.; Tower Hobbies, Inc.; and United Model, Inc. (collectively, the "Original Debtors").

reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed in the Schedules and Statements were deemed executory or unexpired as of the Petition Dates and remain executory and unexpired postpetition.

5.    **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of claims under Bankruptcy Code section 503(b)(9).  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of all claims asserted under Bankruptcy Code section 503(b)(9).

6.    **Excluded Assets and Liabilities**.  In preparation of the Schedules and Statements, the Debtors may have excluded certain assets and liabilities.  Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP.  These balances primarily represent general estimates of assets or liabilities and do not reflect specific assets or claims as of the Petition Dates.

7.    **Insiders**.  Solely for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) officers; (c) shareholders holding in excess of 5% of the voting shares of the Debtors (whether directly or indirectly); (d) relatives of (a) – (c) (to the extent known by the Debtors); and (e) non-Debtor affiliates.  Consistent with Section 10 below, with respect to category (e) of the foregoing, the Debtors have not listed any ordinary course intercompany payments between a Debtor and a non-Debtor affiliate.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws and section 101(31) of the Bankruptcy Code, or with respect to any theories of liability or for any other purpose.  As such, the Debtors reserve all rights with respect to the foregoing issues.

8.    **Intellectual Property Rights.**  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights do not exist or have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9.    **Ordinary Course Intercompany Transactions**.  In the ordinary course of business, the Debtors engage in various transactions relating to the business relationship between and among

themselves and their non-Debtor affiliates. As an accounting matter, certain of these ordinary course intercompany transactions are memorialized by journal entry, instead of by check or wire payment, and may not be reflected in the Schedules and Statements.

10.    **Contracts and Leases**.    Nothing contained in or omitted from the Schedules and Statements is or shall be construed as an admission as to the determination of the legal status of any contract or lease, including whether any lease is a true lease or a financing arrangement, whether such contract or lease is an executory contract or unexpired lease, or whether such contract or lease is binding, valid, and enforceable. The Debtors reserve all rights with respect to all such issues. In addition, the Debtors reserve all rights, claims, and causes of action with respect to the contracts and agreements listed in the Schedules and Statements, including the rights to dispute or challenge the characterization or the structure of any transaction or document or instrument.

11.    **Classifications**.    Listing a claim on (a) Schedule D as "secured", (b) Schedule E/F, Part 1 as "priority," (c) Schedule E/F, Part 2 as "unsecured," or Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts.

12.    **Claims Description**.    Schedules D and E/F permit the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a claim on a given Schedule as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their Schedules on any grounds, including, but not limited to amount, liability, validity, priority or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate any claim as "disputed," "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtors.

13.    **Causes of Action**.    Despite their reasonable efforts to identify all known assets, the Debtors may not have identified and/or listed as assets in the Schedules and Statements all of their causes of action or potential causes of action against third-parties (and in particular have not identified or listed causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers). The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim or recoupment; any claim on a contract or for breach of duty imposed by law or in equity; and any demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license or franchise, in each case of any kind or character whatsoever, known or unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

14.  **Setoffs.**  The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and Statements, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

15.  **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

(a)  Currency.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(b)  Undetermined Amounts.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

(c)  Net Book Value of Assets.  The Debtors do not have current market valuations for all assets.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets.  Wherever possible, unless otherwise indicated, net book values as of the Petition Dates are presented.  When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." Amounts ultimately realized may vary materially from net book value (or  whatever value was ascribed."

Accordingly, the Debtors reserve all rights to amend, supplement, or adjust the asset values set forth in the Schedules and Statements.  As applicable, assets that have been fully depreciated or fully amortized, or were expensed for GAAP accounting purposes, and therefore, have no net book value, are not included in the Schedules and Statements.

(d)  Totals.  To the extent there are unknown or undetermined amounts included in the Schedules and Statements, the actual totals may be different than the listed totals.

(e)  Paid Claims.  The Debtors were authorized (but not directed) to pay certain outstanding prepetition claims pursuant to various orders entered by the Bankruptcy Court (collectively, the "First Day Orders").  Except as otherwise indicated, such prepetition claims are generally reflected on the Schedules and Statements without regard to whether or not they have been paid as of the date of filing of these Schedules and Statements or are authorized to be paid under the First Day Orders.  To the extent the Debtors have paid or pay in the future claims listed in the Schedules and Statements pursuant to orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or to take action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.  Notwithstanding the foregoing,

the Schedules and Statements may inadvertently reflect some of the Debtors' payments of certain claims pursuant to the First Day Orders, and, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included in the Schedules and Statements.

(f)    <u>Credits and Adjustments</u>.  The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including the right to assert objections and/or setoffs with respect to the same.

(g)    <u>Liens</u>.  Property and/or equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

16.    **Estimates**.  To prepare and file the Schedules and Statements in accordance with the deadlines established in the chapter 11 cases, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtors reserve all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

17.    **Global Notes Control**.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

### Specific Disclosures With Respect to the Debtors' Schedules of Assets and Liabilities

**Summary of the Schedules; Schedule D.**  The Debtors have listed the full amount ($75,700,103.97) due on their prepetition secured term loan and revolving loan facilities on the Schedules of all Debtor obligors thereunder.  Such amount is also shown as due to each of the four (4) lenders under that facility, but as only a single debt in the Summary and Schedule D total.  The Debtors have also listed the prepetition term loan amounts notwithstanding their post-petition refinancing.

**Schedule A/B, questions 6, 7 and 8.**  The Debtors' books and records do not generally distinguish between deposits and prepaid amounts and so answers to questions for deposits and prepaid amounts may contain some or all of both.

**Schedule A/B, question 15.**  Hobbico Inc.'s Schedule B identifies such Debtor's direct ownership interests in any subsidiary, but excludes its indirect ownership of Revell GmbH.  Such ownership is reflected in Hobbico Inc.'s SOFA 25.

**Schedule A/B, questions 39-40.**  The Debtors do not bifurcate office furniture from fixtures on their balance sheets, so furniture may include fixtures.

**Schedule A/B, question 55.**  The Debtors note that their books and records do not contain values for their real property leases.

**Schedule A/B, question 61.**  The Debtors note that the websites relating to a Debtor's business line appear on that Debtor's Schedules.  In some instances, such website(s) may in fact be registered to a different Debtor.

**Schedule A/B, question 73.**  Only insurance policies with unexpired coverage terms as of the Petition Date for such Debtor are listed.  To the extent that one or more Debtors might have rights to coverage under a policy with an expired coverage term, all such rights are expressly preserved notwithstanding the fact such policies have not been listed in response thereto.

**Schedule A/B, question 74.**  The Debtors, despite their efforts, may not have listed all of their causes of action against third parties as assets in the Schedules and Statements.  The Debtors reserve all of their rights with respect to any causes of action they may have, whether or not listed as assets in the Schedules and Statements, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

**Schedule E/F; Priority.**  The Debtors have not determined whether, and to what extent, certain of the creditors identified on Part 1 of Schedule E/F are actually entitled to priority under section 507 of the Bankruptcy Code.  The Debtors reserve the right to assert that claims identified on Part 1 of Schedule E/F are not claims that are entitled to priority.

**Schedule E/F; Intercompany Claims.**  The Debtors have presented intercompany claims owing to Hobbico, Inc. from its subsidiaries (including ADL) on an aggregate basis (as between those two Debtors); such aggregate amounts represent the net sum of various transactions between the two entities.

**Schedules E/F.** The Debtors' analysis of potential priority claims is ongoing, and amounts listed as priority claims on Schedule E/F remain subject to such analysis. Amendments will be made to Schedule E/F as necessary. As of the Petition Dates, the books and records reflect that Debtors Estes-Cox Corp. and Tower Hobbies, Inc. have certain liabilities in respect of gift cards. The Estes-Cox liability is $4,399.29, and the Tower Hobbies liabilities are $487,196.92 (purchased cards) and $1,048,200 (promotional cards). Although these liabilities are listed as  general unsecured claims, the redemptions and exchanges of such gift cards are ongoing and the Debtors do not know the identities of the holders of such cards. Therefore, the gift card holders are not listed on Schedule E/F. Although reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtors do not list a date for each claim on Schedule E/F.

**Schedule G; Executory Nature.**  The Debtors have excluded loan documents and professional engagement letters for Schedule G.  The Debtors also believe they have only scheduled executory contracts to which a Debtor is a party or may be contractually and/or directly liable to perform.  Similarly, for the purposes of the other Schedules and the Statements, no claims have been scheduled for a Debtor that may have benefited directly or indirectly ·from a contractual relationship to which the Debtor was not a named party.

**Schedule G; Reservation.**  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G that may have

expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties and obligations may not be set forth on Schedule G.  Certain of these executory agreements may not have been memorialized in writing and/or could be subject to dispute.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G.  The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including without limitation, any intercompany agreement) related to a creditor's claim.  Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors.  In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis.  Such contracts may not be included on Schedule G.  However, each Debtor reserves the right to assert that such agreements constitute executory contracts.  Finally, since filing these cases, the Debtors have obtained Court approval to reject certain leases by order dated February 16, 2018.  The Debtors have omitted these rejected agreements from Schedule G.

**Schedule G; No admission.**  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases.  Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

**Schedule H; Insurers.**  The Debtors have not listed each past and current insurer of a Debtor in response to Schedule H.  The exclusion of an insurer on Schedule H does not mean such insurer is not necessarily a co-debtor in fact and the Debtors reserve their rights to assert any such claims against insurers.  Likewise, the Debtors have not listed co-defendants in any litigation pending against the Debtors, but reserve all rights with respect thereto.

### Specific Disclosures With Respect to the Debtors' Statements of Financial Affairs

**SOFA 3**.  The payments listed in the Hobbico, Inc. SOFA 3 include payments made on behalf of Debtors United Model, Inc. and Tower Hobbies, Inc. to their respective creditors.  In addition, Hobbico, Inc. has made certain wire transfers on behalf of Debtor Great Planes Model Manufacturing, Inc.  Payments to the professionals listed in response to question 11 of the Statements are omitted from the responses to this question, as are payments to insiders listed in response to question 4 of the Statements.  Additionally, in certain instances it is possible that the reason for payment may have varied from that presented in response to question 3.

**SOFA 4, 28, 29 and 30.**  The listing of any person or entity is not intended to be nor shall it be construed as a legal characterization of such party as an insider, and does not act as an admission of any fact, claim, right or defense, and all such right, claims and defenses are hereby reserved. The Debtors utilized the definition of "insider" in 11 U.S.C. 101(31)(B).  Additionally, the responses to questions 4 and 30 generally do not include historical intercompany transfers between Debtor entities, and may not include certain expenses charged directly to corporate credit cards. Finally, those payments listed in response to question 4 are included in the response to question 30.

**SOFA 6.**  In the ordinary course of business certain of the Debtors' creditors, such as utilities, may have setoff all or part of unpaid invoices against items such as security deposits or retainers previously provided to such creditors by the Debtors. These creditors are not listed in response to question 6. Likewise, bank fees deducted from bank accounts of the Debtors are not listed in response to question 6.  Additionally, in the ordinary course of business the Debtors may record intercompany non-cash accounting entries on their respective books and records. To the extent that these accounting entries could be considered setoffs, such setoffs are not listed in response to question 6.

**SOFA 17.**  Strictly speaking, the employees of all of the Debtors (other than ADL) are employed and paid by Hobbico, Inc. even though many perform services for other Debtors.  All such employees are eligible to participate in the Hobbico, Inc. ESOP and 401(k) plan.  For this reason, all the U.S. Debtors other than Hobbico, Inc. have answered "No" to SOFA 17.

**SOFA 20.**  Additional off-site storage not listed in response thereto may be utilized, including tooling in which the Debtors have an interest that is utilized by third-party manufacturers of the Debtors.

**SOFA 26(a) – 26(c).**  The Debtors have identified the Chief Financial Officer, Controller and certain others in connection with the audit, compilation, review and/or maintenance of the Debtors' books and records, but other finance and accounting personnel of the Debtors who have assisted in the foregoing have been omitted from the responses to these questions.  The Debtors did not include certain firms or individuals that reviewed the Debtors' books of account and records at the request of third parties.

**SOFA 26(d)**.  The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, creditors, and their respective legal and financial advisors.  Although the Debtors from time to time may have furnished financial statements to parties other than those listed, it is not the practice of the Debtors to maintain exhaustive records of such transmittal.  Consequently, the Debtors cannot provide an exhaustive list of all entities that have received one or more financial statements from the Debtors in response to question 26(d).  Finally, although the Debtors have previously provided financial statements to certain prospective purchasers of the Debtors or their assets or other possible financing sources, the Debtors believe they may be contractually prohibited from publicly disclosing the identity of these recipients. For this reason, those responses to question 26(d) have been omitted.

With respect to question 27 of the Statements and Schedule A/B, questions 18-23, certain of the Debtors' locations do periodic cycle counts rather than full annual physical inventories. The Debtors have only listed physical inventories in response to question 27.  Additionally, the Debtor's book value of inventory is generally calculated using FIFO accounting and the lower of cost or market value.  Specifically, the inventory is booked at cost and, in certain instances, reserves are created for where the Debtors believe market value of the inventory has decreased below cost.  In these instances, the book value of inventory on the Statements and Schedules is presented net of reserves for devalued inventory.

**SOFA 30.**  The Debtors have omitted de minimis expense reimbursements, such as reimbursement of working travel costs, from the response to question 30 of the Statements. As noted in each Debtor's response to SOFA 30, the amounts listed there were paid by Debtor Hobbico, Inc., and not by any other Debtor.  In other words, the recipients listed in SOFA 30 received such payment only once, not eight times.

The Debtors and their employees, agents, attorneys and other professionals do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their employees, agents, attorneys and other professionals expressly do not undertake any obligation to notify any third party should the information be or need to be updated, modified, revised or re-categorized. In no event shall the Debtors or their employees, agents, attorneys or other professionals be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their employees, agents, attorneys and other professionals are advised of the possibility of such damages.

**Fill in this information to identify the case:**

Debtor name ___REVELL INC.___

United States Bankruptcy Court for the: ___DISTRICT OF DELAWARE___

Case number (If known): ___18-10058(KG)___

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

---

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...............................................................

   | | |
   |---|---|
   | $ | 5,893.69 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...............................................................

   | | |
   |---|---|
   | $ | 9,697,949.14 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...............................................................

   | | |
   |---|---|
   | $ | 9,703,842.83 |

---

**Part 2:    Summary of Liabilities**

---

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................................

   | | |
   |---|---|
   | $ | 117,707,862.70 |

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...................................................................

   | | |
   |---|---|
   | $ | 1,705.03 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................................

   | | | |
   |---|---|---|
   | + | $ | 2,791,801.56 |

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b

   | | |
   |---|---|
   | $ | 120,501,369.29 |

**Fill in this information to identify the case:**

Debtor name    REVELL INC.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (If known):    18-10058(KG)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 365.81

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. SEE ATTACHED - SCHEDULE AB3 | | | $ 0.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____    $ _____
4.2. _____    $ _____

5. **Total of Part 1**    $ 365.81

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. BURNHAM FORTUNE LLC - SECURITY DEPOSIT ON LEASE    $ 13,680.00
   7.2. _____    $ _____

Debtor  REVELL INC.
_____
Name                                                        Case number (if known) 18-10058(KG)

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. SEE ATTACHED - SCHEDULE AB8 _____ $_____311,692.97

8.2. _____ $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                          $_____325,372.97

---

**Part 3:** **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

| | | | | **Current value of debtor's interest** |

11. **Accounts receivable**

11a. 90 days old or less:     2,739,266.53 – 255,000.00 = ........➔   $_____2,484,266.53
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old:       102,982.62 – 55,399.21 = ........➔   $_____47,583.41
                          face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____2,531,849.94

---

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____ _____% _____ $_____

15.2. _____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. LINE OF CREDIT SUPPORT FOR TRADE WITH VENDOR     FACE VALUE     $_____50,000.00

16.2. (CREDITOR: WELLS FARGO, NA; UNDERWRITER: BANCO POPOLARE DI MILANO) _____ $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                      $_____50,000.00

---

**Schedule A/B: Assets — Real and Personal Property**

Debtor    REVELL INC.
          Name

Case number (if known)  18-10058(KG)

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** PACKAGING AND MODEL ASSEMBLY MATERI. | MM / DD / YYYY | $ 199,548.76 | NET BOOK VALUE | $ 199,548.76 |
| **20. Work in progress** SEMI-ASSEMBLED MODEL KITS | MM / DD / YYYY | $ 22,795.21 | NET BOOK VALUE | $ 22,795.21 |
| **21. Finished goods, including goods held for resale** MODEL AND GENERAL HOBBY PRODUCTS | 01/07/2017 MM / DD / YYYY | $ 3,833,858.78 | NET BOOK VALUE | $ 3,833,858.78 |
| **22. Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ 4,056,202.75

24. **Is any of the property listed in Part 5 perishable?**

☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☒ Yes. Book value    $102,630.00    Valuation method NET BOOK VALUE    Current value    $102,630.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor  REVELL INC.
_____
Name

Case number *(if known)* 18-10058(KG)

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** OFFICE FURNITURE | $ 9,935.15 | NET BOOK VALUE | $ 9,935.15 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** OFFICE EQUIPMENT | $ 19,459.52 | NET BOOK VALUE | $ 19,459.52 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 29,394.67

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor     REVELL INC.

Name

Case number *(if known)* 18-10058(KG)

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| TOOLING | $ 2,382,504.00 | NET BOOK VALUE | $ 2,382,504.00 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 2,382,504.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Debtor | REVELL INC. | Case number (if known) | 18-10058(KG) |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  LEASEHOLD IMPROVEMENTS - 1850 W. HOWARD ST., ELK GROVE VILLAGE, IL 60007 | LESSEE | $        5,893.69 | NET BOOK VALUE | $        5,893.69 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.3 and entries from any additional sheets. Copy the total to line 88.

$        5,893.69

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:  Intangibles and intellectual property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets**<br>SEE ATTACHED - SCHEDULE AB60 | $ | | $ |
| **61.  Internet domain names and websites**<br>SEE ATTACHED - SCHEDULE AB61 | $ | | $        0.00 |
| **62.  Licenses, franchises, and royalties**<br>SEE ATTACHED - SCHEDULE AB62 | $ | | $        0.00 |
| **63.  Customer lists, mailing lists, or other compilations**<br>COLLECTED CUSTOMER LISTS AND MAILING LISTS | $        0.00 | N/A | $        0.00 |
| **64.  Other intangibles, or intellectual property**<br>TRADEMARKS, TRADE NAMES, CUSTOMER RELATIONSHIPS, NON-COMPETE COVENANTS | $        250,385.00 | UNKNOWN | $        250,385.00 |
| **65.  Goodwill**<br>CERTAIN ACQUISITIONS | $        71,874.00 | NET BOOK VALUE | $        71,874.00 |

**66.  Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$        322,259.00

**Schedule A/B: Assets — Real and Personal Property**

Debtor    REVELL INC.
    Name

Case number *(if known)* 18-10058(KG)

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ — _____ = ➜  $_____

    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____  $_____

_____   Tax year _____  $_____

_____   Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

  **Nature of claim**   _____

  **Amount requested**  $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

  **Nature of claim**   _____

  **Amount requested**  $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____

_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 365.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 325,372.97 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2,531,849.94 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 50,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 4,056,202.75 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 29,394.67 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,382,504.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................ ➔ | | $ 5,893.69 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 322,259.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 9,697,949.14 | **+** 91b. $ 5,893.69 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................ | | $ 9,703,842.83 |

# REVELL, INC.

# SCHEDULE AB3: CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS

| Name of Institution | Type of Account | Last 4 Digits of Acct # | Amount |
|---|---|---|---|
| WELLS FARGO N.A. (182) | COLLECTION ACCOUNT W/ DACA | 7990 | $0.00 |
| WELLS FARGO N.A. (182) | OPERATING ACCOUNT | 6909 | $0.00 |
| WELLS FARGO N.A. (182) | CONTROLLED DISBURSEMENT ACCOUNT | 2707 | $0.00 |
| | | TOTAL: | $0.00 |

# REVELL INC.

# SCHEDULE AB8: PREPAYMENTS

| Description, Including Name of Holder of Prepayment | Value |
|---|---:|
| 1WORLDSYNC (DATA POOL SERVICE) | $2,047.92 |
| ACOM SOLUTIONS (EZEDOCS SW MAINTENANCE) | $1,893.39 |
| CAROLL SHELBY LICENSING (ROYALTIES) | $0.00 |
| COMPUTER AIDED TECHNOLOGY (SOLIDWORKS SW MAINTENANCE) | $665.46 |
| DAIMLER TRUCKS NORTH AMERICA (ROYALTIES) | $136.44 |
| DISNEY CONSUMER PRODUCTS (ROYALTIES) | $157,464.04 |
| EPIC RIGHTS, INC. (ROYALTIES) | $7,842.34 |
| EQUITY MANAGEMENT (ROYALTIES) | $2,000.00 |
| GLOBAL ICONS LLC (ROYALTIES) | $2,434.73 |
| GREEN LION DIGITAL (TRU PORTAL ACCESS) | $776.77 |
| GXS, INC (AS400 MAINTENANCE) | $7,654.43 |
| GXS, INC (EDI MAINTENANCE) | $1,252.02 |
| INFOR (US) INC (PRMS MAINTENANCE) | $14,726.96 |
| INT'L MERCHANDISING CORP. (IMC) (ROYALTIES) | $10,000.00 |
| JDA SOFTWARE INC (JDA SPACE PLANNING SW MAINTENANCE) | $2,158.59 |
| KUBOTEK USA INC (KEY CREATOR SW MAINTENANCE) | $853.83 |
| LAMBORGHINI ARTIMARCA SPA (ROYALTIES) | $3,393.26 |
| LOCKHEED PROPERTIES (ROYALTIES) | $0.00 |
| MAIL FINANCE (MAIL MACHINE LEASE - QTRLY BILLING) | $1,028.43 |
| MICROSOFT CORPORATION (HALO) (ROYALTIES) | $60,339.78 |
| NASCAR TEAM PROPERTIES (ROYALTIES) | $14,472.29 |
| PARAMOUNT LICENSING INC (ROYALTIES) | $10,000.00 |
| PRODATA COMPUTER SVCS INC (DBU MAINTENANCE) | $256.94 |
| PROFILES MARKETING GROUP (ROYALTIES) | $1,500.00 |
| QUATTRO GMBH (ROYALTIES) | $1,504.09 |
| SAGE SOFTWARE INC (FIXED ASSETS SW MAINTENANCE) | $789.65 |
| TEXTRON (ROYALTIES) | $0.00 |
| THE WRIGHT BROTHERS USA, LLC  (ROYALTIES) | $2,690.36 |
| TL ASHFORD (BARCODE SW MAINTENANCE) | $530.99 |
| TRISTAR, INC (CREO ESSENTIALS SW SUPPORT) | $2,293.52 |
| TYCO INTEGRATED SECURITY (SECURITY - QTRLY BILLING) | $709.01 |
| VELIA DEAL (ROYALTIES) | $277.73 |
| **TOTAL:** | **$311,692.97** |

# REVELL INC.

# SCHEDULE AB60: COPYRIGHTS

| Title | Copyright Number | Date | Current Value |
|---|---|---|---|
| 1965 FERRARI 275 G T B : MODEL KIT : [NO.] H-1287. | VA0000033074 | 1979 | UNKNOWN |
| A-10 J.A.W.S. : MODEL KIT : [NO.] 4503. | VA0000036371 | 1979 | UNKNOWN |
| A-7 CORSAIR II : [NO.] 4100 : 1/72 SCALE : MODEL KIT. | VA0000025173 | 1979 | UNKNOWN |
| B-26 MARAUDER : [NO.] 4300 : 1/72 SCALE : MODEL KIT. | VA0000023245 | 1979 | UNKNOWN |
| B-29 SUPERFORTRESS : [NO.] 4301 : MODEL KIT. | VA0000023250 | 1979 | UNKNOWN |
| KIT. | VA0000025171 | 1979 | UNKNOWN |
| CUTTY SARK, THE FASTER CLIPPER SHIP : MODEL KIT : [NO.] 5401. | VA0000033075 | 1979 | UNKNOWN |
| F-111A TACTICAL FIGHTER : [NO.] H-4303 : 1/72 SCALE : MODEL KIT. | VA0000023248 | 1979 | UNKNOWN |
| F-16A : MODEL KIT : [NO.] 4701. | VA0000036369 | 1979 | UNKNOWN |
| F-18A HORNET : MODEL KIT : [NO.] 4500. | VA0000036368 | 1979 | UNKNOWN |
| F-4B PHANTOM II : [NO.] 4302 : 1/72 SCALE : MODEL KIT. | VA0000023249 | 1979 | UNKNOWN |
| F-4J PHANTOM II : MODEL KIT : [NO.] 4501. | VA0000036375 | 1979 | UNKNOWN |
| FERRARI 308 G T B : MODEL KIT : [NO.] 7302. | VA0000033073 | 1979 | UNKNOWN |
| FERRARI 365 BOXER : MODEL KIT : [NO.] 7301. | VA0000033072 | 1979 | UNKNOWN |
| FIREFIGHTER, HARBOR FIRE BOAT : [NO.] 5200 : MODEL KIT, OVER 19 1/8" LONG! | VA0000082705 | 1979 | UNKNOWN |
| HUGHES OH-6A CAYUSE : [NO.] 4101 : 1/32 SCALE : MODEL KIT. | VA0000025174 | 1979 | UNKNOWN |
| JEEP CJ-7 RENEGADE WITH SUZUKI DIRT BIKE : MODEL KIT : [NO.] 7480. | VA0000036366 | 1979 | UNKNOWN |
| [JOHN TRAVOLTA'S FIREBIRD FEVER (CAR)] | VA0000028798 | 1979 | UNKNOWN |
| LANCIA STRATOS : MODEL KIT : [NO.] 7303. | VA0000033078 | 1979 | UNKNOWN |
| MASERATI BORA : MODEL KIT : [NO.] 7300. | VA0000033077 | 1979 | UNKNOWN |
| MAYFLOWER, THE PILGRIM SHIP : MODEL KIT : [NO.] 5402. | VA0000033076 | 1979 | UNKNOWN |
| P-38 LIGHTNING, COMPLETE WITH UNDERWING STORES : MODEL KIT : [NO.] 4700. | VA0000036372 | 1979 | UNKNOWN |
| PEPSI SKATEBOARD VAN : [NO.] 6401 : SNAP-TOGETHER : 1/20 SCALE : MODEL KIT. | VA0000023246 | 1979 | UNKNOWN |
| PONTIAC FIREBIRD TRANS AM : MODEL KIT : [NO.] 7202. | VA0000036378 | 1979 | UNKNOWN |
| RALLY PORSCHE : [NO.] 7205 : 1/25 SCALE : MODEL KIT. | VA0000025170 | 1979 | UNKNOWN |
| REVELL 1979 CATALOG. | VA0000028683 | 1979 | UNKNOWN |
| NEW AMPHIBIOUS ASSAULT SHIP : MODEL KIT : [NO.] 5000. | VA0000029060 | 1979 | UNKNOWN |
| REVELL BAJA FEVER CHEVY OFF-ROAD PICKUP WITH SUZUKI DIRT BIKE : [NO.] 7482 : MODEL KIT, OVER 12 1/4" LONG! | VA0000082704 | 1979 | UNKNOWN |
| REVELL GUNBOAT U.S.S. DEFIANCE : U.S. NAVY'S JET-POWERED GUNBOAT : MODEL KIT : [NO.] 5002. | VA0000029059 | 1979 | UNKNOWN |
| REVELL HARBOR TUG : MODEL KIT : [NO.] 5001. | VA0000029061 | 1979 | UNKNOWN |
| REVELL HUSKY HAULER, CHEVY OFF-ROAD VAN WITH TRAILER & TWO DIRT BIKES: [NO.] 7402 : MODEL KIT, 1/25 SCALE. | VA0000082702 | 1979 | UNKNOWN |

# REVELL INC.

# SCHEDULE AB60: COPYRIGHTS

| Title | Copyright Number | Date | Current Value |
|---|---|---|---|
| REVELL ROLLS-ROYCE 1934 PHANTOM II : [NO.] 1288 : MODEL KIT, 1/16 SCALE. | VA0000082707 | 1979 | UNKNOWN |
| REVELL SNAP-TOGETHER CALIFORNIA CORVETTE : MODEL KIT, [NO.] 6213. | VA0000053209 | 1980 | UNKNOWN |
| REVELL SNAP-TOGETHER CAPTAIN HOOK WRECKER : MODEL KIT : [NO.] 6408. | VA0000053144 | 1980 | UNKNOWN |
| REVELL SNAP-TOGETHER CHEVY 4 X 4 PICKUP : MODEL KIT : [NO.] 6200. | VA0000033802 | 1979 | UNKNOWN |
| REVELL SNAP-TOGETHER CHEVY BLAZER 4 X 4 : MODEL KIT : [NO.] 6204. | VA0000031843 | 1979 | UNKNOWN |
| REVELL SNAP-TOGETHER "RUMBLE RIDER" TOYOTA PICKUP : MODEL KIT : [NO.] 6201. | VA0000033803 | 1979 | UNKNOWN |
| REVELL SNAP-TOGETHER TOYOTA 4 X 4 PICKUP : MODEL KIT : [NO.] 6205. | VA0000031842 | 1979 | UNKNOWN |
| RIDGE RUNNER : FORD COURIER WITH HONDA ODYSSEY & TRAILER : 1/25 SCALE : [NO.] 7400 : MODEL KIT. | VA0000023251 | 1979 | UNKNOWN |
| SANTA MARIA, COLUMBUS'S FLAGSHIP : MODEL KIT : [NO.] 5405. | VA0000036373 | 1979 | UNKNOWN |
| SIR FREDDIE LAKER'S SKYTRAIN AIR PASSENGER SERVICE : [NO.] H-271 : 1/144 SCALE : DC-10 MODEL KIT. | VA0000023247 | 1979 | UNKNOWN |
| SNAP-TOGETHER DALLAS COWBOYS CHEERLEADERS VAN : MODEL KIT : [NO.] 6405. | VA0000036367 | 1979 | UNKNOWN |
| SNAP-TOGETHER ELECTRONIC ACTION KIT POLICE HELICOPTER : MODEL KIT. | VA0000031845 | 1979 | UNKNOWN |
| SNAP-TOGETHER ELECTRONIC ACTION KIT SKULL DUGGERY : MODEL KIT. | VA0000031844 | 1979 | UNKNOWN |
| SNAP-TOGETHER ELECTRONIC ACTION KIT TIGER SHARK : MODEL KIT. | VA0000031846 | 1979 | UNKNOWN |
| SNAP-TOGETHER JAGUAR XJS : MODEL KIT : [NO.] 6203. | VA0000036374 | 1979 | UNKNOWN |
| [SNAP TOGETHER POLICE VAN] | VA0000025492 | 1979 | UNKNOWN |
| SNAP-TOGETHER SOCCER VAN : MODEL KIT : [NO.] 6406. | VA0000036370 | 1979 | UNKNOWN |
| SNAP-TOGETHER TR8 TARGA : MODEL KIT : [NO.] 6202. | VA0000036379 | 1979 | UNKNOWN |
| SPACE SHUTTLE COLUMBIA : [NO.] 4702 : HUGE 1/72 SCALE, OVER 19 1/4" LONG, FOR AGES 10 TO ADULT. | VA0000082706 | 1979 | UNKNOWN |
| SPANISH GALLEON : MODEL KIT : [NO.] 5403. | VA0000033801 | 1979 | UNKNOWN |
| TURBO COBRA : FORD MUSTANG : [NO.] 7200 : 1/25 SCALE : MODEL KIT. | VA0000023244 | 1979 | UNKNOWN |
| TURBO MUSTANG WITH WETBIKES & TRAILER : MODEL KIT : [NO.] 7401. | VA0000036376 | 1979 | UNKNOWN |
| [TURBO R S] | VA0000025491 | 1979 | UNKNOWN |
| U.S.S. CONSTITUTION, OLD IRONSIDES : MODEL KIT : [NO.] 5404. | VA0000036377 | 1979 | UNKNOWN |
| VISIBLE 2.3 LITRE TURBO OPERATING ENGINE : [NO.] H 906: MODEL KIT, 1/3 ACTUAL SIZE. | VA0000082703 | 1979 | UNKNOWN |

# REVELL INC.

# SCHEDULE AB60: COPYRIGHTS

| Title | Copyright Number | Date | Current Value |
|-------|------------------|------|---------------|
| Z28 CAMARO : [NO.] 7203 : 1/25 SCALE : MODEL KIT. | VA0000025172 | 1979 | UNKNOWN |
| | | TOTAL: | $0.00 |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
| BAD MEDICINE | United States of America | Revell Inc. | 85/196362 13-Dec-2010 | 4230538 23-Oct-2012 | 23-Oct-2022 | Registered | Cl. 28:  Plastic toy model custom drag racing hobby craft kit cars; plastic toy model custom drag racing kit cars; die cast toys, namely, toy custom drag racing vehicles |
| CALIFORNIA WHEELS | United States of America | Revell Inc. | 76/641365 22-Jun-2005 | 3099855 06-Jun-2006 | 06-Jun-2026 | Registered | Cl. 28:  Plastic and metal toy model hobby craft kits, and die cast toys, namely, toy automobiles and trucks |
| CALIFORNIA WHEELS and Design | United States of America | Revell Inc. | 76/641366 22-Jun-2005 | 3099856 06-Jun-2006 | 06-Jun-2026 | Registered | Cl. 28:  Plastic and metal toy model hobby craft kits, and die cast toys, namely, toy automobiles and trucks |
| COP OUT | United States of America | Revell Inc. | 72/454981 19-Apr-1973 | 980964 26-Mar-1974 | 26-Mar-2024 | Registered | Cl. 28:  Toy hobby kit for making a model automobile |
| CREATIVE MASTERS | United States of America | Revell Inc. | 73/763508 14-Nov-1988 | 1547540 11-Jul-1989 | 11-Jul-2019 | Registered | Cl. 28:  Model cars |
| ICE T | United States of America | Revell Inc. | 76/428713 28-Jun-2002 | 2919425 18-Jan-2005 | 18-Jan-2025 | Registered | Cl. 28:  Plastic toy model hobby craft kits; plastic toy model kit cars; die cast toys, namely, toy vehicles |
| LI'L COFFIN (Stylized) | United States of America | Revell Inc. | 72/207637 07-Dec-1964 | 802615 25-Jan-1966 | 25-Jan-2026 | Registered | Cl. 28:  Toy-type hobby kits for assembling model automobiles |
| MONOGRAM | Argentina | Revell Inc. | 2660978 03-Apr-2006 | 2298896 29-Jun-2009 | 29-Jun-2019 | Registered | Cl. 28:  Model assembly kits of air planes, automobiles, ships, military and space equipment, and finished models thereof; and kits for painting artistic sketches |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
| MONOGRAM | Australia | Revell Inc. | | B173543 07-May-1962 | 07-May-2027 | Registered | Cl. 28: Educational hobby materials, including model airplanes, automobiles, boats and the like |
| MONOGRAM | Canada | Revell Inc. | 027770100 09-Sep-1963 | TMA139563 19-Mar-1965 | 19-Mar-2025 | Registered | Model assembly kits of air planes, automobiles, ships, military and space equipment, and finished models thereof; and kits for painting artistic sketches |
| MONOGRAM | Canada | Revell Inc. | 063708200 25-Jul-1989 | TMA387960 23-Aug-1991 | 23-Aug-2021 | Registered | Education, mechanical and plastic toys; hobby kits; toy science kits |
| MONOGRAM | Hong Kong | Revell Inc. | | 1402/1966 10-Aug-1966 | 10-Aug-2025 | Registered | Cl. 28: Model hobby assembly kits of airplanes, automobiles, ships, military and space equipment, and finished models thereof; artistic sketches and kits for painting the same |
| MONOGRAM | New Zealand | Revell Inc. | | 112706 29-Apr-1976 | 29-Apr-2021 | Registered | Cl. 028: Toys, games, and playthings including model hobby assembly kits of airplanes, automobiles, ships, military and space equipment, and finished models thereof |
| MONOGRAM | Singapore | Revell Inc. | | T66/39729I 22-Jul-1966 | 22-Jul-2021 | Registered | Cl. 28: Games, toys, playthings, model hobby kits and finished models of such kits and amusement contrivances |
| MONOGRAM | South Korea | Revell Inc. | | 49896 18-Aug-1977 | 18-Aug-2027 | Registered | Cl. 28: Toys, namely, hobby craft kits and die cast toys made of metal, wood, plush, plastic, rubber |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
| MONOGRAM | Taiwan | Revell Inc. | | 81066 01-Mar-1976 | 28-Feb-2026 | Registered | Cl. 86: Toys, toy sets including airplanes, cars, ships, robots, trains, military and space equipment and their models |
| MONOGRAM | United States of America | Revell Inc. | 72/168521 09-May-1963 | 768144 14-Apr-1964 | 14-Apr-2024 | Registered | Cl. 28: Model hobby assembly kits of airplanes, automobiles, ships, military and space equipment, and finished models thereof; artistic sketches and kits for painting the same |
| MONOGRAM | United States of America | Revell Inc. | 72/184490 13-Jan-1964 | 779589 03-Nov-1964 | 03-Nov-2024 | Registered | Cl. 28: Scientific model assembly kits of airplanes, automobiles, ships, military and space equipment, and finished models thereof for educational use |
| MONOGRAM and Design  | Australia | Revell Inc. | 09-Apr-1976 | 295829 15-Sep-1978 | 09-Apr-2027 | Registered | Cl. 28: Model hobby assembly kits for airplanes, automobiles, ships, military and space equipment and finished models thereof all being toys |
| MONOGRAM and Design  | Canada | Revell Inc. | 039926500 21-Jun-1976 | TMA222661 26-Aug-1977 | 26-Aug-2022 | Registered | Model hobby assembly kits of airplanes, automobiles, ships, military and space equipment, and finished models thereof |
| MONOGRAM and Design  | New Zealand | Revell Inc. | 115276 29-Apr-1976 | 115276 24-Oct-1978 | 29-Apr-2021 | Registered | Cl. 28: Toys, games, and playthings, including model hobby assembly kits of airplanes, automobiles, ships, military and space equipment, and finished models thereof |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
| MONOGRAM and Design  | South Africa | Revell Inc. | 76/1762 06-Apr-1976 | 76/1762 06-Apr-1976 | 06-Apr-2026 | Registered | Cl. 28:  Games, toys and playthings including model hobby assembly kits of airplanes, automobiles, ships, military and space equipment, and finished models thereof |
| MONOGRAM and Design  | South Korea | Revell Inc. | 86982 20-Dec-1986 | 51719 20-Dec-1986 | 20-Dec-2027 | Registered | Cl. 28:  Toys, namely, hobby craft kits and die cast toys made of metal, wood, plush, plastic, rubber. |
| MONOGRAM and Design  | Taiwan | Revell Inc. | | 85532 28-Feb-1976 | 28-Feb-2026 | Registered | Cl. 86:  Toy, toy sets including airplanes, cars, ships, robots, trains, military and space equipment and their models |
| MONOGRAM and Design  | United States of America | Revell Inc. | 73/090334 14-Jun-1976 | 1057800 01-Feb-1977 | 01-Feb-2027 | Registered | Cl. 28:  Model hobby kits |
| MONOGRAM and Design  | Mexico | Revell Inc. | | 126744 29-Jul-1965 | 29-Jul-2025 | Registered | Cl. 28: Toy-type hobby kits for assembling model automobiles, model airplanes and model boats |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
| MONOGRAM and Design | Japan | Revell Inc. | S59-040558 19-Apr-1984 | 1971999 23-Jul-1987 | 23-Jul-2027 | Registered | Cl. 28: Toys, their parts and accessories. |
| MONOGRAM and Design | South Africa | Revell Inc. | 06-Jul-1965 | 65/2706 02-Mar-1966 | 06-Jul-2025 | Registered | Cl. 28: Hobby kits for assembling model automobiles, model airplanes, and model boats and all other goods in this class. |
| MONOGRAM FOUR STAR PLASTIKIT and Design | Japan | Revell Inc. | 203241/1991 28-Mar-1960 | 574855 20-Jun-1961 | 20-Jun-2021 | Registered | Cl. 28: Toys |
| MONOGRAM MODEL RACING and Design | United States of America | Revell Inc. | 76/625735 21-Dec-2004 | 3058542 14-Feb-2006 | 14-Feb-2026 | Registered | Cl. 28: Toy model slot cars |
| ORANGE CRATE | United States of America | Revell Inc. | 76/428716 28-Jun-2002 | 2985767 16-Aug-2005 | 16-Aug-2025 | Registered | Cl. 28: Plastic toy model kit cars; die cast toy cars |
| PRO MODELER | United States of America | Revell Inc. | 76/613020 20-Sep-2004 | 3014726 15-Nov-2005 | 15-Nov-2025 | Registered | Cl. 28: Plastic toy model hobby craft kits, namely, toy aircraft, watercraft, spacecraft, and land vehicles |
| PRO MODELER and Design | United States of America | Revell Inc. | 75/035113 21-Dec-1995 | 2086973 12-Aug-1997 | 12-Aug-2027 | Registered | Cl. 28: Hobby craft kit comprised of plastic molded parts, decals and instructions |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
|  | | | | | | | |
| RED BARON | United States of America | Revell Inc. | 72/293161 13-Mar-1968 | 860955 26-Nov-1968 | 26-Nov-2018 | Registered | Cl. 22:  Scale model assembly kits of automobiles |
| RED BARON | United States of America | Revell Inc. | 76/428710 28-Jun-2002 | 2919423 18-Jan-2005 | 18-Jan-2025 | Registered | Cl. 28:  Plastic toy model hobby craft kits; plastic toy model kit cars; die cast toys, namely, toy vehicles |
| RENWAL | United States of America | Revell Inc. | 85/299576 20-Apr-2011 | 4059886 22-Nov-2011 | 22-Nov-2021 | Registered | Cl. 28:  Plastic toy model hobby craft kits, namely, toy aircraft, watercraft, spacecraft and land vehicles. |
| RENWAL (Stylized)  | United States of America | Revell Inc. | 85/299571 20-Apr-2011 | 4059883 22-Nov-2011 | 22-Nov-2021 | Registered | Cl. 28:  Plastic toy model hobby craft kits, namely, toy aircraft, spacecraft and land vehicles. |
| REVEL | Hong Kong | Revell Inc. | | 685/1955 19-Apr-1955 | 19-Apr-2024 | Registered | Cl. 28:  Toys, games, and hobby kits for the construction of miniature replicas of automobiles, ships, aircraft, guns and similar articles |
| REVEL | Thailand | Revell Inc. | 284582 | KOR31205 09-May-1955 | 08-May-2025 | Registered | Cl. 28:  Hobby kits for the construction of miniature replicas |
| REVELL | Argentina | Revell Inc. | | 2401708 12-Jul-2009 | 12-Oct-2020 | Registered | Cl. 28:  Toys and hobby kits for the construction of miniature replicas of automobiles, ships, aircrafts, guns and similar articles |
| REVELL | Australia | Revell Inc. | 730838 26-Mar-1997 | 730838 26-Mar-1997 | 26-Mar-2027 | Registered | Cl. 28: Toys, games and hobby kits in this class. |
| REVELL | Brazil | Revell Inc. | 286883 | 002617994 29-Dec-1961 | 29-Dec-2021 | Registered | Cl. 28: Games, toys and hobby kits. |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
| REVELL | Canada | Revell Inc. | 022983200 12-Apr-1955 | TMA111557 19-Sep-1958 | 19-Sep-2018 | Registered | Drawing games and toy telephones, and hobby kits for the construction of miniature replicas of automobiles, ships, planes, guns and similar articles |
| REVELL | Chile | Revell Inc. | 204114 01-Apr-1992 | 981624 17-Oct-2002 | 17-Oct-2022 | Registered | Cl. 28:  Toys in general, gymnastics and sporting apparatus and articles, games and toys. |
| REVELL | China | Revell Inc. | | 768673 28-Sep-1995 | 27-Sep-2025 | Registered | Cl. 28:  Children's toys; namely, toy vehicles and related accessories, electronically operated toy motor vehicles, toy action figures and accessories therefor, toy construction sets and related accessories, and hobby kits for the construction of miniature vehicles, planes, ships, robots, guns and similar articles |
| REVELL | Colombia | Revell Inc. | | 70211 27-Nov-1979 | 27-Dec-2024 | Registered | Cl. 28: Games, toys, gymnastic and sporting equipment and Christmas tree decorations and ornaments. |
| REVELL | Colombia | Revell Inc. | 14-159270 23-Jul-2014 | 501125 29-Dec-2014 | 29-Dec-2024 | Registered | Cl. 28:  Toys, including radio-controlled, die-cast collectibles and plastic models. |
| REVELL | Costa Rica | Revell Inc. | | 58413 26-Jan-2011 | 26-Jan-2021 | Registered | Cl. 28: Toys, games and playthings, miniature land, sea and air vehicles and kits for the building of each of these items |
| REVELL | Ecuador | Revell Inc. | | 305-IEPI | 16-Oct-2025 | Registered | Cl. 28: Toys, toy tools, toy machines, hobby kits for assembling toys, toy models and miniature toys. |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
| REVELL | Israel | Revell Inc. | 06-Apr-1975 | 40563 06-Apr-1975 | 06-Apr-2024 | Registered | Cl. N/A:  Toys, games (other than ordinary playing cards); miniature land, sea and air vehicles, and kits for building each of these items, all being toys |
| REVELL | Japan | Revell Inc. | 12282/1973 23-Jan-1973 | 1365040 22-Dec-1978 | 22-Dec-2018 | Registered | Cl. 28:  Small-sized car toys, their parts and accessories; plastic model kits of small-sized car toys, their parts and accessories; other toys, their parts and accessories |
| REVELL | Lebanon | Revell Inc. | 4/A/1702 26-Apr-1975 | 101733 26-Apr-1975 | 26-Apr-2020 | Registered | Toys, games, and playthings; miniature automobiles and kits for building miniature automobiles |
| REVELL | Malaysia | Revell Inc. | | 38957 06-Dec-1962 | 06-Dec-2021 | Registered | Cl. 28:  Kits and parts (sold complete) for making toys |
| REVELL | Mexico | Revell Inc. | | 82105 21-Apr-1955 | 21-Apr-2025 | Registered | Games, toys and sporting goods, especially hobby kits for the construction of miniature replicas of automobiles, ships, aircraft, guns and other articles |
| REVELL | New Zealand | Revell Inc. | 107877 09-Apr-1974 | 107877 09-Apr-1974 | 09-Apr-2019 | Registered | Cl. 28:  Miniature land, sea and air vehicles and kits for building each of these items |
| REVELL | Nicaragua | Revell Inc. | | 11899 01-Nov-1980 | 31-Oct-2020 | Registered | Toys, games and playthings, miniature land, sea and air vehicles and kits for building each of these items |
| REVELL | Peru | Revell Inc. | 136826 | 78359 16-Dec-1983 | 16-Dec-2023 | Registered | Cl. 28:  Toys, games and playthings; hobby craft sets and scale model kits for assembly |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
| REVELL | Puerto Rico | Revell Inc. | 20-Jun-1975 | 19754 07-Nov-1975 | 07-Nov-2025 | Registered | Toys, games, and playthings; miniature automobiles, and kits for building miniature automobiles |
| REVELL | Saudi Arabia | Revell Inc. | 2890 12-Jan-1986 | 154/89 16-Sep-1986 | 27-Oct-2024 | Registered | Cl. 28:  Children's toys' namely, toy vehicles and related accessories, electronically operated toy motor vehicles, toy action figures and accessories therefor, toy construction sets and related accessories, and hobby kits for the construction of miniature vehicles, planes, ships, robots, guns and similar articles |
| REVELL | Singapore | Revell Inc. | | T62/31928E 06-Dec-1962 | 06-Dec-2027 | Registered | Cl. 28: Hobby kits for making toys. |
| REVELL | South Africa | Revell Inc. | 97/10014 03-Jul-1997 | 97/10014 03-Jul-1997 | 03-Jul-2027 | Registered | Cl. 28:  Toys, games and playthings; hobby craft sets and scale model kits for assembly |
| REVELL | South Korea | Revell Inc. | 9312407 | 295409 05-Aug-1994 | 05-Aug-2024 | Registered | Cl. 28: Toys, games and playthings; hobby craft kits and die cast toys made of metal, wood, plush, plastic, rubber |
| REVELL | Taiwan | Revell Inc. | 82020010 04-May-1993 | 630791 01-Mar-1994 | 31-Jan-2024 | Registered | Plastic model kits toys |
| REVELL | United States of America | Revell Inc. | 73/529635 29-Mar-1985 | 1363578 01-Oct-1985 | 01-Oct-2025 | Registered | Cl. 28:  Children's toys; namely, toy vehicles and related accessories, electronically operated toy motor vehicles, toy action figures and accessories therefor, toy construction sets and related accessories, and hobby kits for the construction of miniature vehicles, planes, ships, robots, guns and similar articles |
| REVELL | Venezuela | Revell Inc. | 5705 18-Jun-1974 | 81060 20-Feb-1976 | 20-Feb-2031 | Registered | Toys, games, and playthings; miniature automobiles and kits for building miniature automobiles, and all other goods |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
| REVELL and Design <br> Revell | Australia | Revell Inc. | 321550 <br> 29-Aug-1978 | 321550 <br> 29-Aug-1978 | 29-Aug-2019 | Registered | Cl. 28:  Toys, games and playthings, miniature land, sea and air vehicles and kits for building each of these items |
| REVELL and Design <br> Revell | Bolivia | Revell Inc. | 13-Jun-1980 | C-38109 <br> 09-Oct-1980 | 09-Oct-2020 | Registered | Cl. 28:  Toys, games and playthings, miniature land, sea and air vehicles and kits for building each of these items |
| REVELL and Design <br> Revell | Brazil | Revell Inc. | 30.316/78 <br> 19-Sep-1978 | 006953310 <br> 10-Jul-1979 | 10-Jul-2019 | Registered | Cl. 28: Games, toys, articles for gymnastics and sports |
| REVELL and Design <br> Revell | Canada | Revell Inc. | 042898600 <br> 25-Aug-1978 | TMA241421 <br> 21-Mar-1980 | 21-Mar-2025 | Registered | Miniature land, sea and air vehicles anatomical models, miniature model motors and model kits for building each of these items |
| REVELL and Design <br> Revell | China | Revell Inc. | 93125880 <br> 24-Dec-1993 | 768674 <br> 28-Sep-1995 | 27-Sep-2025 | Registered | Cl. 28: Children's toys; namely, toy vehicles and related accessories electronically operated toy motor vehicles, toy action figures and accessories therefor, toy construction sets and related accessories, and hobby kits for the construction of miniature vehicles, planes, ships, robots, guns and similar articles |
| REVELL and Design <br> Revell | Colombia | Revell Inc. | 14-159276 <br> 23-Jul-2014 | 501126 <br> Dec-29-2014 | 29-Dec-2024 | Registered | Cl. 28:  Toys, including radio-controlled, die-cast collectibles and plastic models. |
| REVELL and Design <br> Revell | Costa Rica | Revell Inc. | | 58412 <br> 26-Jan-1981 | 26-Jan-2021 | Registered | Cl. 28:  Toys, games and playthings, miniature land, sea and air vehicles and kits for building each of these items |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
| REVELL and Design | Ecuador | Revell Inc. | 947/80 17-Jun-1980 | 1469/80 08-Dec-1980 | 08-Dec-2025 | Registered | Cl. 28: Toys, games and playthings, miniature land, sea and air vehicles and kits for building each of these items |
| REVELL and Design | Guatemala | Revell Inc. | 64283 07-Jul-1980 | 42960 03-May-1982 | 02-May-2022 *NO ACTION TO BE TAKEN* | Registered | Cl. 28: Toys, games and playthings, miniature land, sea and air vehicles and kits for building each of these items |
| REVELL and Design | Guatemala | Revell Inc. | 2011-9849 15-Nov-2011 | 183339 25-May-2012 | 24-May-2022 | Registered | Cl. 28: Toys, including radio-controlled, die-cast collectibles and plastic models |
| REVELL and Design | Hong Kong | Revell Inc. | 1638/78 24-Aug-1978 | B20/1985 24-Aug-1978 | 24-Aug-2023 | Registered | Cl. 28: Miniature land, sea and air vehicles being hobby kits requiring assembly |
| REVELL and Design | India | Revell Inc. | 400841B 02-Feb-1983 | 400841B 02-Feb-1983 | 02-Feb-2024 | Registered | Cl. 28: Toys, games and playthings, miniature land, sea and air vehicles and kits for building these things |
| REVELL and Design | Israel | Revell Inc. | 31-Aug-1978 | 46476 26-Jan-1981 | 31-Aug-2023 | Registered | Cl. 28: Toys, games (other than ordinary playing cards), miniature land, sea, and air vehicles, and kits for building each of these items, all being toys |
| REVELL and Design | Japan | Revell Inc. | 2012-18737 12-Mar-2012 | 5603820 02-Aug-2013 | 02-Aug-2023 | Registered | Cl. 28: Radio-controlled toys, die-cast model toys; plastic model toys; other toys |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
| REVELL and Design | Japan | Revell Inc. | S53-056308 01-Aug-1978 | 1602530 28-Jul-1983 | 28-Jul-2023 | Registered | Cl. 2: Dyestuffs, pigments, paints (excluding insulating paints), printer's ink, (excluding ink for mimeograph), shoeblack, polishing agents |
| REVELL and Design | Japan | Revell Inc. | 056309/1974 01-Aug-1978 | 1520067 29-Jun-1982 | 29-Jun-2022 | Registered | Cl. 28: Toys, dolls, recreation equipment, sporting goods, fishing tackle, musical instruments, musical performance auxiliary instruments, gramophone (excluding electric phonograph); records, their parts and accessories |
| REVELL and Design | Mexico | Revell Inc. | | 222906 17-Sep-1978 | 17-Sep-2023 | Registered | Cl. 28: Gloves, earplugs and diving suits; seats for children in vehicles, baby carriages and cars; playing cards; ruck sacks for outings; sleeping bags; awnings for tents and tents; games, toys and sporting goods and gymnastic articles, except playing cards, dining equipment, sleeping bags, awnings for tents, tents and oars |
| REVELL and Design | Mexico | Revell Inc. | 1411895 10-Sep-2013 | 1501049 05-Dec-2014 | 10-Sep-2023 | Registered | Cl. 28: Radio-controlled toys, die-cast model toys, plastic model toys and hobby craft kits and toy action figures |
| REVELL and Design | New Zealand | Revell Inc. | 124858 22-Aug-1978 | 124858 25-Mar-1981 | 22-Aug-2023 | Registered | Cl. 28: Miniature land sea, and air vehicles and kits for building each of these items |
| REVELL and Design | Peru | Revell Inc. | 35300 20-Jun-1980 | 34253 03-Nov-1980 | 03-Nov-2025 | Registered | Cl. 28: Toys, games, hobby kits for building miniature land, air and sea vehicles |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
| REVELL and Design | Singapore | Revell Inc. | S/77181 24-Aug-1978 | T78/77181F 24-Aug-1978 | 24-Aug-2019 | Registered | Cl. 28: Kits of parts included in Class 28 (sold complete) for making toys and for making models |
| REVELL and Design | South Africa | Revell Inc. | 78/4197 28-Aug-1978 | 78/4197 28-Aug-1978 | 28-Aug-2018 | Registered | Cl. 28: Toys, games and playthings; miniature land, sea and air vehicles and kits for building each of these items and all other goods included in this class |
| REVELL and Design | Thailand | Revell Inc. | 288596 10-Jul-1985 | KOR32637 10-Jul-1985 | 09-Jul-2025 | Registered | Cl. 28: Miniature land vehicles; miniature sea vehicles; miniature air vehicles; kits for building each of these items |
| REVELL and Design | United States of America | Revell Inc. | 73/179423 24-Jul-1978 | 1136325 27-May-1980 | 27-May-2020 | Registered | Cl. 28: Hobby kits for the construction of miniature land, sea, and air vehicles |
| REVELL and Design | Uruguay | Revell Inc. | | 312462 27-May-1989 | 26-May-2019 | Registered | Cl. 28: Cards; toys with the exception of fishing and fencing gear and billiard accessories |
| REVELL and Design | Venezuela | Revell Inc. | 426580 20-Jun-1980 | 106615 15-Feb-1984 | 15-Feb-2019 | Registered | Cl. 28: Small toys, games and other things for playing games, small models of land, sea, and air vehicles and kits for constructing the same |
| REVELL and Design | United States of America | Revell Inc. | 76/647682 29-Sep-2005 | 3259067 03-Jul-2007 | 03-Jul-2027 | Registered | Cl. 28: Plastic and metal toy model hobby craft kits and die cast toys, namely, toy aircraft, watercraft, spacecraft, and land vehicles |
| REVELL AUTHENTIC KIT and Design | United States of America | Revell Inc. | 77/469236 08-May-2008 | 3553561 30-Dec-2008 | 30-Dec-2018 | Registered | Cl. 28: Vintage unassembled plastic model hobby craft kits |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
| Revell Authentic Kit | | | | | | | |
| REVELL MONOGRAM and Design | United States of America | Revell Inc. | 76/576175 13-Feb-2004 | 2922512 01-Feb-2005 | 01-Feb-2025 | Registered | Cl. 20:  Transparent plastic display cases for collectables<br><br>Cl. 28:  Plastic toy model hobby craft kits, and die cast toys, namely, toy aircraft, watercraft, spacecraft, and land vehicles |
| RM KUSTOM | United States of America | Revell Inc. | 76/663230 18-Jul-2006 | 3241142 15-May-2007 | 15-May-2027 | Registered | Cl. 28:  Plastic and metal toy model hobby craft kits, and die cast toys, namely, toy vehicles |
| RM KUSTOM and Design | United States of America | Revell Inc. | 76/663229 18-Jul-2006 | 3241141 15-May-2007 | 15-May-2027 | Registered | Cl. 28:  Plastic and metal toy model hobby craft kits, and die cast toys, namely, toy vehicles |
| ROMMEL'S ROD | United States of America | Revell Inc. | 76/428701 28-Jun-2002 | 2919421 18-Jan-2005 | 18-Jan-2025 | Registered | Cl. 28:  Plastic toy model car kits; die cast toy cars |
| SNAP TITE | Canada | Revell Inc. | 352982 04-May-1972 | TMA197309 08-Feb-1974 | 08-Feb-2019 | Registered | Line of toy hobby kits for making toy automobiles; line of toy hobby kits for making toy items |
| SNAP TITE and Design | United States of America | Revell Inc. | 73/090333 14-Jun-1976 | 1057799 01-Feb-1977 | 01-Feb-2027 | Registered | Cl. 28:  Model hobby kits |
| SNAPTITE | Canada | Revell Inc. | 713495 24-Sep-1992 | TMA419311 05-Nov-1993 | 05-Nov-2023 | Registered | Cl. 28:  Model hobby kits |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
| SNAPTITE **SnapTite** | United States of America | Revell Inc. | 72/374622 29-Oct-1970 | 921506 05-Oct-1971 | 05-Oct-2021 | Registered | Cl. 28:  Line of toy hobby kits for making toy automobiles |
| SNAPTITE | United States of America | Revell Inc. | 76/613019 20-Sep-2004 | 3019418 29-Nov-2005 | 29-Nov-2025 | Registered | Cl. 28:  Plastic toy model hobby craft kits, namely, toy aircraft, watercraft, spacecraft, and land vehicles |
| SNAPTITE and New Design Logo *SnapTite* | United States of America | Revell Inc. | 85/882042 21-Mar-2013 | 4453870 24-Dec-2013 | 24-Dec-2023 | Registered | Cl. 28:  Plastic toy model hobby craft kits, namely, toy aircraft, watercraft, spacecraft, and land vehicles. |
| SNAPTITE BUILD & PLAY MODEL KIT and Design | Canada | Revell Inc. | 1738619 23-Jul-2015 | TMA956099 23-Nov-2016 | 23-Nov-2031 | Registered | N/A:  Plastic toy model and hobby craft kits. |
| SNAPTITE BUILD & PLAY MODEL KIT and Design | United States of America | Revell Inc. | 86/680292 01-Jul-2015 | 4435853 12-Apr-2016 | 12-Apr-2026 | Registered | Cl. 28:  Plastic toy model and hobby craft kits. |
| JUNIOR KIT logo | United States of America | Revell Inc. | 87/320381 01-Feb-2017 | 5294802 Sept. 26, 2017 | | Registered | Cl. 28:  Construction model kit |

# REVELL INC.

# SCHEDULE AB60: TRADEMARKS

| Trademark | Country Name | Owner Name | Appln. No./ Filing Date | Reg. No./ Reg. Date | Next Renewal | Status | Class/Goods and Services |
|---|---|---|---|---|---|---|---|
| JUNIOR KIT logo  | CANADA | Revell Inc. | 1848202 July 19, 2017 | | | Pending | Cl. 28:  Construction model kit |

# REVELL INC.

# SCHEDULE AB61: INTERNET DOMAIN NAMES AND WEBSITES

| Internet Domain Names and Websites | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| REVELL.COM | $0.00 | NET BOOK VALUE | $0.00 |
| REVELL.ORG | $0.00 | NET BOOK VALUE | $0.00 |
| REVELLDISTRIBUTORS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| REVELLJUNIORKIT.COM | $0.00 | NET BOOK VALUE | $0.00 |
| REVELLMONOGRAM.COM | $0.00 | NET BOOK VALUE | $0.00 |
| REVELL-MONOGRAM.COM | $0.00 | NET BOOK VALUE | $0.00 |
| REVELLRETAILER.COM | $0.00 | NET BOOK VALUE | $0.00 |
| REVELLSTARWARS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| | | TOTAL: | $0.00 |

# REVELL INC.

## SCHEDULE AB62: LICENSES, FRANCHISES, AND ROYALTIES

| Licenses, Franchises, And Royalties | Description | Net Book Value Of Debtor's Interest | Valuation Method Used For Current Value | Current Value Of Debtor's Interest |
|---|---|---|---|---|
| AKTIEBOLAGET VOLVO (PUBL) | MACK LOGO AND LIKENESS | UNKNOWN | N/A | UNKNOWN |
| AM GENERAL LLC | HUMVEE | UNKNOWN | N/A | UNKNOWN |
| AMERICAN HONDA MOTOR CO., INC. AND HONDA PATENTS & TECHNOLOGIES NORTH AMERICA, LLC | VARIOUS MARKINGS | UNKNOWN | N/A | UNKNOWN |
| AUTOMOBILI LAMBORGHINI S.P.A. | VARIOUS MARKINGS | UNKNOWN | N/A | UNKNOWN |
| BAER BRAKES | BAER TRADEMARKS | UNKNOWN | N/A | UNKNOWN |
| BOB GLIDDEN | BOB GLIDDEN NAME AND LIKENESS | UNKNOWN | N/A | UNKNOWN |
| BOWLER PERFORMANCE TRANSMISSIONS | BOWLER LOGOS AND LIKENESS | UNKNOWN | N/A | UNKNOWN |
| BRIDGESTONE BRANDS, LLC | FIRESTONE LOGO, FIRESTONE OLP, FIRESTEON WIDE OVAL, FIREHAWK | UNKNOWN | N/A | UNKNOWN |
| C. FOOSE DESIGN, INC. | CHIP FOOSE NAME AND LIKENESS AND FOOSE DESIGN TRADEMARKS | UNKNOWN | N/A | UNKNOWN |
| CARROLL SHELBY LICENSING, INC. | VARIOUS MARKINGS | UNKNOWN | N/A | UNKNOWN |
| CHRYSLER GROUP LLC N/K/A FCA US LLC (DM05-000248.1) | VARIOUS MARKINGS | UNKNOWN | N/A | UNKNOWN |
| DAN FINK METALWORKS | DAN FINK NAME, SPEEDWAGON NAME AND VEHICLE DESIGN | UNKNOWN | N/A | UNKNOWN |
| DAN GURNEY (AAR AKA ALL AMERICAN RACERS) | AAR NAME, LOGO, DESIGN AND VEHICLE LIKENESS | UNKNOWN | N/A | UNKNOWN |
| DAVE GLASS | DAVE GLASS '62 CORVETTE GASSER AND SUCH OTHER NAMES, ETC. | UNKNOWN | N/A | UNKNOWN |
| DIANE SOX | RONNIE SOX NAME, SOX & MARTIN NAMES AND LOGO, AND SOX & MARTIN'S 67 PLYMOUTH GTX | UNKNOWN | N/A | UNKNOWN |
| DICK BRANNAN | 1964 FORD FAIRLANE THUNDERBOLT VEHICLE DESIGN | UNKNOWN | N/A | UNKNOWN |
| DICK BROWN | BROWN MOTORSPORTS 1955 JUKEBOX DRIVEN BY NORM WIZNER | UNKNOWN | N/A | UNKNOWN |
| DISNEY CONSUMER PRODUCTS, INC. | VARIOUS (STAR WARS) | UNKNOWN | N/A | UNKNOWN |
| DISNEY CONSUMER PRODUCTS, INC. | VARIOUS (CARS) & POTC | UNKNOWN | N/A | UNKNOWN |
| DR. ING. H.C.F. PORSCHE AKTIENGESELLSCHAFT | PORSCHE SCRIPT AND PORSCHE CREST LOGOS AND LIKENESS | UNKNOWN | N/A | UNKNOWN |
| DRIVEN PERFORMANCE BRANDS | 1972 HURST OLDSMOBILE INDY PACE CAR AND 1983 HURST OLDSMOBILE | UNKNOWN | N/A | UNKNOWN |
| EDELBROCK, LLC | EDELBROCK LOGO AND PRODUCT LIKENESS | UNKNOWN | N/A | UNKNOWN |
| FELD MOTOR SPORTS | ARTWORK, IMAGES AND COPYRIGHTS ASSOCIATED WITH THE MONSTER JAM TRUCKS | UNKNOWN | N/A | UNKNOWN |
| FINE MOLDS | FINE MOLDS STAR WARS MODEL KITS | UNKNOWN | N/A | UNKNOWN |
| FORD MOTOR COMPANY | VARIOUS MARKINGS | UNKNOWN | N/A | UNKNOWN |
| FRANK IACONIO SR. | FRANK IACONIO NAME AND VEHICLE LIKENESS | UNKNOWN | N/A | UNKNOWN |
| GENERAL MOTORS LLC | VARIOUS MARKINGS | UNKNOWN | N/A | UNKNOWN |
| GOODGUYS ROD & CUSTOM ASSOC. | SPONSORSHIP AGREEMENT | UNKNOWN | N/A | UNKNOWN |
| GREEN DOT NORTH AMERICA | GREEN DOT DESIGN | UNKNOWN | N/A | UNKNOWN |
| HULMAN MOTORSPORTS PROPERTIES, LLC | VARIOUS MARKINGS | UNKNOWN | N/A | UNKNOWN |
| ILENE ROTH | ED ROTH '57 CHEVY VEHICLE DESIGN, ED ROTH NAME, LIKENESS AND SIGNATURE | UNKNOWN | N/A | UNKNOWN |
| ILENE ROTH | TWEEDY PIE DESIGN AND NAME, ED ROTH NAME AND SIGNATURE | UNKNOWN | N/A | UNKNOWN |
| ILENE ROTH | SURFITE DESIGN AND ED ROTH NAME AND SIGNATURE | UNKNOWN | N/A | UNKNOWN |
| ILENE ROTH | ED ROTH'S RAT FINK DESIGN, ED ROTH'S NAME, LIKENESS AND SIGNATURE | UNKNOWN | N/A | UNKNOWN |
| ILENE ROTH | DRAG NUT NAME AND VEHICLE DESIGN, RAT FINK NAME AND CHARACTER DESIGN, ED ROTH'S NAME, LIKENESS AND SIGNATURE | UNKNOWN | N/A | UNKNOWN |
| LINDA VAUGHN | LINDA VAUGHN NAME AND LIKENESS, PRE-PAINTED FIGURE OF LINDA VAUGHN | UNKNOWN | N/A | UNKNOWN |
| LOCKHEED MARTIN CORPORATION | VARIOUS MARKINGS | UNKNOWN | N/A | UNKNOWN |
| MATT HAY | 1988 FORD THUNDERBIRD AND MATT & DEBBIE HAY NAME, LIKENESS, LOGOS AND PAINT SCHEME | UNKNOWN | N/A | UNKNOWN |
| MAZDA ACE CO., LTD. | MAZDA LOGOS AND LIKENESS | UNKNOWN | N/A | UNKNOWN |
| MIKE COOK | 1941 STONE, WOODS AND COOK WILLYS COMPETITION COUPE | UNKNOWN | N/A | UNKNOWN |
| MITSUBISHI MOTORS CORPORATION | MITSUBISHI ECLIPSE | UNKNOWN | N/A | UNKNOWN |
| NASCAR TEAM PROPERTIES | HENDRICK MOTORSPORTS LLC/HGJ LICENSING, LLC, JRM LICENSING LLC, AND PENSKE RACING SOUTH INC. LOGOS AND PRODUCT LIKENESS | UNKNOWN | N/A | UNKNOWN |

# REVELL INC.

## SCHEDULE AB62: LICENSES, FRANCHISES, AND ROYALTIES

| Licenses, Franchises, And Royalties | Description | Net Book Value Of Debtor's Interest | Valuation Method Used For Current Value | Current Value Of Debtor's Interest |
|---|---|---|---|---|
| NASCAR TEAM PROPERTIES | NASCAR, INC. AND STEWART HAAS RACING, INC. LOGOS AND PRODUCT LIKENESS | UNKNOWN | N/A | UNKNOWN |
| NATIONAL STREET ROD ASSOCIATION | SPONSORSHIP AGREEMENT | UNKNOWN | N/A | UNKNOWN |
| NICKEY PERFORMANCE, INC. | 1967 NICKEY CAMARO RS LIKENESS | UNKNOWN | N/A | UNKNOWN |
| NORTHROP GRUMMAN SYSTEMS CORPORATION | VARIOUS MARKINGS | UNKNOWN | N/A | UNKNOWN |
| PACCAR INC. | KENWORTH AND PETERBILT TRADEMARKS AND TRUCK DESIGNS | UNKNOWN | N/A | UNKNOWN |
| PARAMOUNT LICENSING INC. | THEATRICAL MOTION PICTURE ENTITLED "GREASE" | UNKNOWN | N/A | UNKNOWN |
| PROFILES MARKETING GROUP | 1971 BAJA BRONCO VEHICLE DESIGN AND BILL STROPPE NAME AND LIKENESS | UNKNOWN | N/A | UNKNOWN |
| ROLAND LEONG | LIKENESS RELATING TO HAWAIIAN FUNNY CAR, HAWAIIAN NAME, ROLAND LEONG NAME, AND SUCH OTHER NAMES AND LOGOS | UNKNOWN | N/A | UNKNOWN |
| ROUND 2, LLC | ROUND2 PAYS ROYALTIES TO REVELL FOR USE OF REVELL LOGO AND WORD MARK USED ON TWO (2) ROUND 2 PRODUCTS | UNKNOWN | N/A | UNKNOWN |
| ROUSH ENTERPRISES, INC. | ROUSH LOGO | UNKNOWN | N/A | UNKNOWN |
| SONY PICTURES TELEVISION INC. | CLASS TELEVISION SERIES ENTITLED "STARSKY & HUTCH" | UNKNOWN | N/A | UNKNOWN |
| SUPERCAR COLLECTIBLES, LTD. | 1969 CHEVY NOVA YENKO VEHICLE DESIGN, 1969 CHEVY CAMARO YENKO VEHICLE DESIGN, AND YENKO TRADEMARK | UNKNOWN | N/A | UNKNOWN |
| TEXTRON INNOVATIONS INC. | VARIOUS MARKINGS | UNKNOWN | N/A | UNKNOWN |
| THE WRIGHT BROTHERS USA, LLC | THE WRIGHT BROTHERS BRAND LOGOTYPE AND THE WRIGHT FLYER DUAL WINGS ICON | UNKNOWN | N/A | UNKNOWN |
| TOM DANIEL | TD NAME, SIGNATURE, BEER WAGON NAME AND VEHICLE DESIGN AS IT RELATES TO THE LICENSED PRODUCT PROPERTY OWNED BY TD | UNKNOWN | N/A | UNKNOWN |
| TOM DANIEL | TD NAME, SIGNATURE, GRIM REAPER | UNKNOWN | N/A | UNKNOWN |
| TOM DANIEL | TD NAME, SIGNATURE, PADDY WAGON & COP OUT | UNKNOWN | N/A | UNKNOWN |
| TOM DANIEL | JINX EXPRESS | UNKNOWN | N/A | UNKNOWN |
| TOMMY IVO | TOMMY IVO NAME AND LIKENESS, AND PRE-PAINTED FIGURE OF TOMMY IVO | UNKNOWN | N/A | UNKNOWN |
| TOWER TOP TOURS, INC. | ZZ TOP LOGOS AND LIKENESS | UNKNOWN | N/A | UNKNOWN |
| U.S. DEPARTMENT OF THE NAVY | BLUE ANGELS DESIGN, SCRIPT, AND LIKENESS AND ALL NAVAL AVIATION SQUADRON NAMES AND LOGOS AND NAVY AIRCRAFT MARKINGS. | UNKNOWN | N/A | UNKNOWN |
| UNIVERSAL STUDIOS LICENSING LLC | VARIOUS RELATED TO FAST & FURIOUS FRANCHISE | UNKNOWN | N/A | UNKNOWN |
| UNIVERSAL STUDIOS LICENSING LLC | 1977 LIVE-ACTION THEATRICAL MOTION PICTURE ENTITLED "SMOKEY AND THE BANDIT" | UNKNOWN | N/A | UNKNOWN |
| VELIA DEAL | THE BARON | UNKNOWN | N/A | UNKNOWN |
| VELIA DEAL | GLITTER BUG, STING RAY (69/70 CORVETTE), GOMAD NOMAD (57 CHEVY), BAJA HUMBUG (VW) | UNKNOWN | N/A | UNKNOWN |
| VOLKSWAGEN ZUBEHOR GMBH | VARIOUS MARKINGS | UNKNOWN | N/A | UNKNOWN |
| | | | TOTAL: | $0.00 |

**Fill in this information to identify the case:**

Debtor name ___REVELL INC.___

United States Bankruptcy Court for the: ___DISTRICT OF DELAWARE___

Case number (If known): ___18-10058___

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:**  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| BMO HARRIS BANK, NA | ALL ASSETS | $ 75,700,103.97 | $ UNKNOWN |

Creditor's mailing address
115 S LASALLE ST
4W
CHICAGO, IL 60603

**Describe the lien**
PRE-PETITION SECURED CREDIT FACILITY

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred ___7/11/2014___

Last 4 digits of account number __ __ __ __

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
BMO HARRIS BANK, NA, WELLS FARGO, NA, PNC BANK, NA, U.S. BANK NA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| CYPRIUM INVESTORS IV AIV I LP | ALL ASSETS | $ 42,007,758.73 | $ UNKNOWN |

Creditor's mailing address
200 PUBLIC SQUARE
SUITE 2020
CLEVELAND, OH 44114

**Describe the lien**
SUBORDINATED NOTE

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred ___7/11/2014___

Last 4 digits of account number __ __ __ __

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 117,707,862.70

| Debtor | REVELL INC. | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | 18-10058 |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**

PNC BANK, NA

**Creditor's mailing address**
101 W WASHINGTON ST
INDIANAPOLIS, IN 46255

**Creditor's email address, if known**

**Date debt was incurred**   7/11/2014
**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☒ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

ALL ASSETS

$ 75,700,103.97   $ UNKNOWN

**Describe the lien**
PRE-PETITION SECURED CREDIT FACILITY

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**

U.S. BANK NA

**Creditor's mailing address**

ONE US BANK PLAZA
ST LOUIS, MO 63101

**Creditor's email address, if known**

**Date debt was incurred**   7/11/2014
**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☒ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

ALL ASSETS

$ 75,700,103.97   $ UNKNOWN

**Describe the lien**
PRE-PETITION SECURED CREDIT FACILITY

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor  REVELL INC.
        Name

Case number *(if known)*  18-10058

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**

WELLS FARGO, NA

**Creditor's mailing address**

ONE WELLS FARGO CENTER
MAC: D10530399
301 SOUTH COLLEGE STREET
CHARLOTTE, NC 28202
ATTENTION OF: JOEL BRIGHTON

**Creditor's email address, if known**

**Date debt was incurred**  7/11/2014
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☒ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

ALL ASSETS

**Describe the lien**
PRE-PETITION SECURED CREDIT FACILITY

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75,700,103.97    $ UNKNOWN

---

**2.___**

**Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines  _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

---

| Debtor | REVELL INC. | Case number (if known) | 18-10058 |
|--------|-------------|------------------------|----------|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|-----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|--------------------------------------------------|
| WELLS FARGO BANK, NATIONAL ASSOCIATION<br>ATTN: CASEY KELLEY<br>90 SOUTH 7TH STREET<br>16TH FLOOR<br>MINNEAPOLIS, MN 55402 | Line 2. 5 | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |
| | Line 2. _____ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    REVELL INC.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number   18-10058(KG)
(if known)

☐ Check if this is an
    amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>ILLINOIS DEPARTMENT OF REVENUE<br>RETAILERS OCCUPATION TAX<br>SPRINGFIELD, IL 62796-0001 | **As of the petition filing date, the claim is:** $   211.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $   211.00 |
|  | **Date or dates debt was incurred** | **Basis for the claim:**<br>TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS |  |
|  | **Last 4 digits of account number**  _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) |  |  |

| **2.2** | **Priority creditor's name and mailing address**<br>WASHINGTON STATE TREASURER<br>2101 4TH AVE SUITE 1400<br>SEATTLE, WA 98121 | **As of the petition filing date, the claim is:** $   1,494.03<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $   1,494.03 |
|---|---|---|---|
|  | **Date or dates debt was incurred** | **Basis for the claim:**<br>TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS |  |
|  | **Last 4 digits of account number**  _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) |  |  |

| **2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ _____<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ |
|---|---|---|---|
|  | **Date or dates debt was incurred** | **Basis for the claim:** |  |
|  | **Last 4 digits of account number**  _____ | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_\_) |  |  |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | **Nonpriority creditor's name and mailing address**

5-FIFTEEN DESIGN GROUP INC

10901 UNION SPECIAL PLAZA
HUNTLEY, IL 60142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

**$ 19,677.42**

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**

AIR & CARGO SERVICES INC

510 PLAZA DR. SUITE 1225
ATLANTA, GA 30349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

**$ 4,743.60**

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**

ALECIA DIANE SOX

1673 INDEPENDENCE COURT
HENICO, VA 23238

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ROYALTY OBLIGATIONS

**$ 52.83**

Date or dates debt was incurred _____
Last 4 digits of account number    8403

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**

AMAZON CANADA

PO BOX 80387
SEATTLE, WA 98108-0387

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCRUED CONTRACTUAL CUSTOMER ALLO

**$ 5,444.60**

Date or dates debt was incurred    THRU 1/9/18
Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**

AMAZON US

PO BOX 80387
SEATTLE, WA 98108-0387

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCRUED CONTRACTUAL CUSTOMER ALLO

**$ 52,582.87**

Date or dates debt was incurred    THRU 1/9/18
Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

AMERICAN HONDA MOTOR CO
AUTOMOBILE LICENSING
MAIL STOP:100-2W-5B
1919 TORRANCE BOULEVARD
TORRANCE, CA 90501-2746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ROYALTY OBLIGATIONS

**$ 977.59**

Date or dates debt was incurred _____
Last 4 digits of account number    7283

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Part 2: | Additional Page |
|---|---|

5 a ci b‌hcZWU‌ja

**3.7** ___ Bcbdf‌cf‌miWYX‌hcfBg‌bUa Y‌UbX‌a U‌j‌b‌ ‌UXXf‌Ygg

APLEX SP Z.O.O.
UL. PODMIEJSKA 4
BYDGOSZCZ 85-453
POLAND

5‌g‌cZh‌ Y‌dY‌h‌c‌b‌2‌]‌b‌ ‌XU‌h‌z‌h‌ Y‌WU‌ja ‌]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 7,017.23

6‌Ug‌g‌z‌c‌f‌h‌ Y‌WU‌ja‌  ACCOUNTS PAYABLE ___

8 Uh‌‌cf‌XUh‌g‌XYWh‌ik Ug‌]‌b‌W‌ff‌YX ___
@Ug‌h‌‌]X[ ‌]‌hg‌cZUW‌c‌i b‌hbi a VYf ___

=g‌‌h‌ Y‌WU‌ja ‌g‌i V‌V‌Yc‌hc‌‌ZgYf8
☒ No
☐ Yes

---

**3.8** ___ Bcbdf‌cf‌miWYX‌hcfBg‌bUa Y‌UbX‌a U‌j‌b‌ ‌UXXf‌Ygg

ARC DOCUMENT SOLUTIONS LLC
1429 JEFFREY DRIVE
ADDISON, IL 60101

5‌g‌cZh‌ Y‌dY‌h‌c‌b‌2‌]‌b‌ ‌XU‌h‌z‌h‌ Y‌WU‌ja ‌]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 51.05

6‌Ug‌g‌z‌c‌f‌h‌ Y‌WU‌ja‌  ACCOUNTS PAYABLE ___

8 Uh‌‌cf‌XUh‌g‌XYWh‌ik Ug‌]‌b‌W‌ff‌YX ___
@Ug‌h‌‌]X[ ‌]‌hg‌cZUW‌c‌i b‌hbi a VYf ___

=g‌‌h‌ Y‌WU‌ja ‌g‌i V‌V‌Yc‌hc‌‌ZgYf8
☒ No
☐ Yes

---

**3.9** ___ Bcbdf‌cf‌miWYX‌hcfBg‌bUa Y‌UbX‌a U‌j‌b‌ ‌UXXf‌Ygg

ARGO TRANSLATION, INC
1884 JOHNS DRIVE
GLENVIEW, IL 60025

5‌g‌cZh‌ Y‌dY‌h‌c‌b‌2‌]‌b‌ ‌XU‌h‌z‌h‌ Y‌WU‌ja ‌]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 585.58

6‌Ug‌g‌z‌c‌f‌h‌ Y‌WU‌ja‌  ACCOUNTS PAYABLE ___

8 Uh‌‌cf‌XUh‌g‌XYWh‌ik Ug‌]‌b‌W‌ff‌YX ___
@Ug‌h‌‌]X[ ‌]‌hg‌cZUW‌c‌i b‌hbi a VYf ___

=g‌‌h‌ Y‌WU‌ja ‌g‌i V‌V‌Yc‌hc‌‌ZgYf8
☒ No
☐ Yes

---

**3.10** ___ Bcbdf‌cf‌miWYX‌hcfBg‌bUa Y‌UbX‌a U‌j‌b‌ ‌UXXf‌Ygg

AT&T
ATTN: LEGAL DEPT. OR COUNSEL
4331 COMMUNICATIONS DR
DALLAS, TX 75211

5‌g‌cZh‌ Y‌dY‌h‌c‌b‌2‌]‌b‌ ‌XU‌h‌z‌h‌ Y‌WU‌ja ‌]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 116.84

6‌Ug‌g‌z‌c‌f‌h‌ Y‌WU‌ja‌  ACCOUNTS PAYABLE ___

8 Uh‌‌cf‌XUh‌g‌XYWh‌ik Ug‌]‌b‌W‌ff‌YX ___
@Ug‌h‌‌]X[ ‌]‌hg‌cZUW‌c‌i b‌hbi a VYf ___

=g‌‌h‌ Y‌WU‌ja ‌g‌i V‌V‌Yc‌hc‌‌ZgYf8
☒ No
☐ Yes

---

**3.11** ___ Bcbdf‌cf‌miWYX‌hcfBg‌bUa Y‌UbX‌a U‌j‌b‌ ‌UXXf‌Ygg

B&M RACING & PERFORMANCE
PRODUCTS, INC.
DRIVEN PERFORMANCE BRANDS
100 STONY POINT RD STE125
SANTA ROSA, CA 95401

5‌g‌cZh‌ Y‌dY‌h‌c‌b‌2‌]‌b‌ ‌XU‌h‌z‌h‌ Y‌WU‌ja ‌]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 758.44

6‌Ug‌g‌z‌c‌f‌h‌ Y‌WU‌ja‌  ROYALTY OBLIGATIONS ___

8 Uh‌‌cf‌XUh‌g‌XYWh‌ik Ug‌]‌b‌W‌ff‌YX ___
@Ug‌h‌‌]X[ ‌]‌hg‌cZUW‌c‌i b‌hbi a VYf ‌ 6523 ___

=g‌‌h‌ Y‌WU‌ja ‌g‌i V‌V‌Yc‌hc‌‌ZgYf8
☒ No
☐ Yes

| Part 2: | Additional Page |

**3.12** _____ Nonpriority creditor's name and mailing address

BDC GROUP INC
5190 SOM CENTER ROAD
SOLON, OH 44139

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,529.48

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.13** _____ Nonpriority creditor's name and mailing address

BESCO ASSOCIATES
31192 LA BAYA DRIVE, STE H
WESTLAKE VILLAGE, CA 91362

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,564.48

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.14** _____ Nonpriority creditor's name and mailing address

BUREAU VERITAS CONSUMER PRODUCTS SERVICES INC
14624 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,340.75

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.15** _____ Nonpriority creditor's name and mailing address

BUREAU VERITAS HONG KONG LTD
1404 JOLIET RD
SUITE G
CHICAGO, IL 60446

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,384.00

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.16** _____ Nonpriority creditor's name and mailing address

BURNHAM FORTUNE LLC
BURNHAM MANAGEMENT CO.
440 SOUTH LASALLE STREET, SUITE 3100
CHICAGO, IL 60605

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,062.17

Basis for the claim:  ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

| Part 2: | Additional Page |
|---|---|

7 cdmiЬ ]gˇdU[ Yˇcb`m]Za cfˇY`gdUˉUW`]gˇbYYXYXˮ7 cbHjbi Yˇbi a VYfˮ]b[ˇ`iˉY``bYgˇgYei YbHjˉU`mˉca ˇ`iˉY` dfˉYj ]ci g`dU[ Yˮ=Zbcˉ UXX]H]cbUˉˈBCBDFˈCF=HMˈWYX]hcfgˈYˉ]ghˈXcˉbch]Zˮˉci hˉcfˇgi Va ]hiˉ]g`dU[ Y˘

5a ci bˮcZWUˉa

---

3.17 ___ 　Bcbdf]cf]miWYX]hcfßg`bUa YˉUbXˉa U]ˉ]bˉˮ`UXXfYgg  

5 gˇcZˮiˇ YˉdYˉ]ÿHjˮc b ˇ2 ́]bˉ ˮ`XUⁿhⁿ/zⁿˮ`YˮWUⁿ`]g.  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

$ _____ 9,259.64

CARROLL SHELBY LICENSING INC  
ATTN M. NEIL CUMMINGS CEO  
19021 SOUTH FIGUEROA ST  
GARDENA, CA 90248  

6 Ug`g`ˮzˇfˮiˮYˮWUⁿa ˉ   ROYALTY OBLIGATIONS ˙  

8 UHjˇcfˇdUHjˇgˇXYˇV iˇ Ug`]bWˇffYXˇ  _____  
@Ugh]ˇ`X][ ]hgˇcZ`UWWcUbˉi bhˉbi a VYfˮ  8593 _____  

ˉgˉ]ˮ`YˮWUⁿg`ˇgi ˇV⁄VⁿWˇihcⁿZzˉgYˉ8  
☒ No  
☐ Yes˙

---

3.18 ___ 　Bcbdf]cf]miWYX]hcfßg`bUa YˉUbXˉa U]ˉ]bˉˮ`UXXfYgg  

5 gˇcZˮiˇ YˉdYˉ]ÿHjˮcb ˇ2 ́]bˉ ˮ`XUⁿhⁿ/zⁿˮ`YˮWUⁿ`]g.  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed˙  

$ _____ 2,007.76

CENTRAL ILLINOIS TRANSPORTATION INC  
PO BOX 1713  
KANKAKEE, IL 60901  

6 Ug`g`ˮzˇfˮiˮYˮWUⁿa ˉ   ACCOUNTS PAYABLE ˙  

8 UHjˇcfˇdUHjˇgˇXYˇV iˇ Ug`]bWˇffYXˇ  _____  
@Ugh( ]X][ ]hgˇcZ`UWWcUbˉi bhˉbi a VYfˮ  _____  

ˉgˉ]ˮ`YˮWUⁿg`ˇgi ˇV⁄VⁿWˇihcⁿZzˉgYˉ8  
☒ No  
☐ Yes˙

---

3.19 ___ 　Bcbdf]cf]miWYX]hcfßg`bUa YˉUbXˉa U]ˉ]bˉˮ`UXXfYgg  

5 gˇcZˮiˇ YˉdYˉ]ÿHjˮcb ˇ2 ́]bˉ ˮ`XUⁿhⁿ/zⁿˮ`YˮWUⁿ`]g.  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed˙  

$ _____ 4,046.20

CHAPMAN-BINGHAM ASSO  
2050 N STEMMONS FWY  
DALLAS, TX 75207  

6 Ug`g`ˮzˇfˮiˮYˮWUⁿa ˉ   ACCOUNTS PAYABLE ˙  

8 UHjˇcfˇdUHjˇgˇXYˇV iˇ Ug`]bWˇffYXˇ  _____  
@Ugh( ]X][ ]hgˇcZ`UWWcUbˉi bhˉbi a VYfˮ  _____  

ˉgˉ]ˮ`YˮWUⁿg`ˇgi ˇV⁄VⁿWˇihcⁿZzˉgYˉ8  
☒ No  
☐ Yes˙

---

3.20 ___ 　Bcbdf]cf]miWYX]hcfßg`bUa YˉUbXˉa U]ˉ]bˉˮ`UXXfYgg  

5 gˇcZˮiˇ YˉdYˉ]ÿHjˮcb ˇ2 ́]bˉ ˮ`XUⁿhⁿ/zⁿˮ`YˮWUⁿ`]g.  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed˙  

$ _____ 695.00

CLEAN NET OF ILLINOIS INC  
9861 BROKEN LAND PKWY  
SUITE 208  
COLUMBIA, MD 21046  

6 Ug`g`ˮzˇfˮiˮYˮWUⁿa ˉ   ACCOUNTS PAYABLE ˙  

8 UHjˇcfˇdUHjˇgˇXYˇV iˇ Ug`]bWˇffYXˇ  _____  
@Ugh( ]X][ ]hgˇcZ`UWWcUbˉi bhˉbi a VYfˮ  ___ ___ ___ ˙  

ˉgˉ]ˮ`YˮWUⁿg`ˇgi ˇV⁄VⁿWˇihcⁿZzˉgYˉ8  
☒ No  
☐ Yes˙

---

3.21 ___ 　Bcbdf]cf]miWYX]hcfßg`bUa YˉUbXˉa U]ˉ]bˉˮ`UXXfYgg  

5 gˇcZˮiˇ YˉdYˉ]ÿHjˮcb ˇ2 ́]bˉ ˮ`XUⁿhⁿ/zⁿˮ`YˮWUⁿ`]g.  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed˙  

$ _____ 39.95

COLLECTIBLE AUTOMOBILE  
P.O. BOX 8508  
BIG SANDY, TX 75755-9954  

6 Ug`g`ˮzˇfˮiˮYˮWUⁿa ˉ   ACCOUNTS PAYABLE ˙  

8 UHjˇcfˇdUHjˇgˇXYˇV iˇ Ug`]bWˇffYXˇ  _____  
@Ugh( ]X][ ]hgˇcZ`UWWcUbˉi bhˉbi a VYfˮ  _____  

ˉgˉ]ˮ`YˮWUⁿg`ˇgi ˇV⁄VⁿWˇihcⁿZzˉgYˉ8  
☒ No  
☐ Yes˙

---

| Part 2: | Additional Page |
|---|---|

Additional Page — Nonpriority Creditors' Unsecured Claims

5a ci bïcZWU_a

**3.22** Bcbdf_cf_miWfYX_hcfRg_bUa Y_UbX_a UJ_]b[_`UXXfYgg

COMED
ATTN: LEGAL DEPT. OR COUNSEL
1609 W GRAND AVE,
CHICAGO, IL 60622

5g_cZ_h_Y_dYH_h_cb_z_]b[_XUHfzh_YWU_a_]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g_z_f_h_YWU_a ACCOUNTS PAYABLE

8UhY_cf_XUhY_gXYWhik Ug_]bWffYX _____
@Ugh]X]hg_cZUWci_bhbibi a VYf _____

Is the claim subject to offset?
☒ No
☐ Yes

$_____ 641.25

**3.23** Bcbdf_cf_miWfYX_hcfRg_bUa Y_UbX_a UJ_]b[_`UXXfYgg

COMMERCE TECHNOLOGIES INC
25736 NETWORK PLACE
CHICAGO, IL 60673

5g_cZ_h_Y_dYH_h_cb_z_]b[_XUHfzh_YWU_a_]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g_z_f_h_YWU_a ACCOUNTS PAYABLE

8UhY_cf_XUhY_gXYWhik Ug_]bWffYX _____
@Ugh]X]hg_cZUWci_bhbibi a VYf _____

Is the claim subject to offset?
☒ No
☐ Yes

$_____ 273.50

**3.24** Bcbdf_cf_miWfYX_hcfRg_bUa Y_UbX_a UJ_]b[_`UXXfYgg

CONSTELLATION NEW ENERGY INC
1221 LAMAR ST
SUITE 750
HOUSTON, TX 77010

5g_cZ_h_Y_dYH_h_cb_z_]b[_XUHfzh_YWU_a_]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g_z_f_h_YWU_a ACCOUNTS PAYABLE

8UhY_cf_XUhY_gXYWhik Ug_]bWffYX _____
@Ugh]X]hg_cZUWci_bhbibi a VYf _____

Is the claim subject to offset?
☒ No
☐ Yes

$_____ 562.28

**3.25** Bcbdf_cf_miWfYX_hcfRg_bUa Y_UbX_a UJ_]b[_`UXXfYgg

COSCO CONTAINER LINES
NORTH AMERICAN OP CENTER
15600 JFK BLVD, SUITE 400
HOUSTON, TX 77032

5g_cZ_h_Y_dYH_h_cb_z_]b[_XUHfzh_YWU_a_]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g_z_f_h_YWU_a ACCOUNTS PAYABLE

8UhY_cf_XUhY_gXYWhik Ug_]bWffYX _____
@Ugh]X]hg_cZUWi_bhbibi a VYf ___ ___ ___ .

Is the claim subject to offset?
☒ No
☐ Yes

$_____ 8,708.00

**3.26** Bcbdf_cf_miWfYX_hcfRg_bUa Y_UbX_a UJ_]b[_`UXXfYgg

CREATA (USA) INC.
ATTN: JUSTIN GERAK
1801 S. MEYERS RD, SUITE 400
OAKBROOK TERRACE, IL 60181

5g_cZ_h_Y_dYH_h_cb_z_]b[_XUHfzh_YWU_a_]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g_z_f_h_YWU_a ACCOUNTS PAYABLE

8UhY_cf_XUhY_gXYWhik Ug_]bWffYX _____
@Ugh]X]hg_cZUWci_bhbibi a VYf _____

Is the claim subject to offset?
☒ No
☐ Yes

$_____ 192,360.00

| Part 2: | Additional Page |
|---------|-----------------|

**Additional Page of Creditors Who Have Unsecured Claims and the amounts owed to them. (For Instructions about the information the debtor should include in this table, see the instructions for this form.)**

5a ci blicZWUja

**3.27** Nonpriority creditor's name and mailing address

CREATA MACAO COMMERCIAL OFFSHORE LTD
ALAMEDA DR. CARLOS NO.180, D'ASSUMPCAO TONG NAM AH
CHINA

As of the petition filing date, the claim is: $ 1,163,604.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.28** Nonpriority creditor's name and mailing address

CROWN EQUIPMENT CORP
2055 HAMMOND DRIVE
SCHAUMBURG, IL 60173

As of the petition filing date, the claim is: $ 125.33
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.29** Nonpriority creditor's name and mailing address

DISNEY CONSUMER PRODUCTS
500 S. BUENA VISTA STREET
BURBANK, CA 91521

As of the petition filing date, the claim is: $ 202,718.44
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ROYALTY OBLIGATIONS

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number 9253

---

**3.30** Nonpriority creditor's name and mailing address

DISNEY CONSUMER PRODUCTS
500 S. BUENA VISTA STREET
BURBANK, CA 91521

As of the petition filing date, the claim is: $ 1,843.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ROYALTY OBLIGATIONS

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number 9253 ___ ___

---

**3.31** Nonpriority creditor's name and mailing address

DISNEY CONSUMER PRODUCTS INC
500 S. BUENA VISTA STREET
BURBANK, CA 91521

As of the petition filing date, the claim is: $ 134,700.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

| Part 2: | Additional Page |

3.32 | Bcbdf]cf]miWYX]rcfBg]bUa Y`UbX`a`U]`b[`UXXfYgg`

DPOE IMAGE-FLEX, INC.
PO BOX 660831
DALLAS, TX 75266-0831

5g`cZh`Y`dYh]h]cb`z]b[`XUhYzZh`Y`WUja`]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 863.07

6Ug]g`z`f`h`Y`WUja` ACCOUNTS PAYABLE _____

8Uh`cf`XUh`Yg`XYVhk`Ug]`bW`ffYX` _____

@ughj`]`X]`]hg`cZUWWci`bhbi`a`VYf` _____

=g`h`Y`WUja`gi`V`V`Yhi`cZZg`Yh8
☒ No
☐ Yes

3.33 | Bcbdf]cf]miWYX]rcfBg]bUa Y`UbX`a`U]`b[`UXXfYgg`

DR. ING. H.C.F. PORSCHE AG
PORSCHEPLATZ 1
70435 STUTTGART-
ZUFFENHAUSEN
GERMANY

5g`cZh`Y`dYh]h]cb`z]b[`XUhYzZh`Y`WUja`]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 1,927.79

6Ug]g`z`f`h`Y`WUja` ROYALTY OBLIGATIONS _____

8Uh`cf`XUh`Yg`XYVhk`Ug]`bW`ffYX` _____

@ughj`]`X]`]hg`cZUWWci`bhbi`a`VYf` 8343 _____

=g`h`Y`WUja`gi`V`V`Yhi`cZZg`Yh8
☒ No
☐ Yes

3.34 | Bcbdf]cf]miWYX]rcfBg]bUa Y`UbX`a`U]`b[`UXXfYgg`

DRINKER BIDDLE & REATH LLP
191 N WACKER DR
SUITE 3700
CHICAGO, IL 60606-1698

5g`cZh`Y`dYh]h]cb`z]b[`XUhYzZh`Y`WUja`]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 5,432.20

6Ug]g`z`f`h`Y`WUja` ACCOUNTS PAYABLE _____

8Uh`cf`XUh`Yg`XYVhk`Ug]`bW`ffYX` _____

@ughj`]`X]`]hg`cZUWWci`bhbi`a`VYf` _____

=g`h`Y`WUja`gi`V`V`Yhi`cZZg`Yh8
☒ No
☐ Yes

3.35 | Bcbdf]cf]miWYX]rcfBg]bUa Y`UbX`a`U]`b[`UXXfYgg`

EDUARD MODEL ACCESSORIES
MIROVA 170
OBRNICE 435 21
CZECH REPUBLIC

5g`cZh`Y`dYh]h]cb`z]b[`XUhYzZh`Y`WUja`]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 1,845.09

6Ug]g`z`f`h`Y`WUja` ACCOUNTS PAYABLE _____

8Uh`cf`XUh`Yg`XYVhk`Ug]`bW`ffYX` _____

@ughj`]`X]`]hg`cZUWWci`bhbi`a`VYf` ___ ___ ___ ___

=g`h`Y`WUja`gi`V`V`Yhi`cZZg`Yh8
☒ No
☐ Yes

3.36 | Bcbdf]cf]miWYX]rcfBg]bUa Y`UbX`a`U]`b[`UXXfYgg`

EQUITY MANAGEMENT INC.
CONTRACT ADM - LOCKHEED
SUITE 1000
4365 EXECUTIVE DRIVE
SAN DIEGO, CA 92121

5g`cZh`Y`dYh]h]cb`z]b[`XUhYzZh`Y`WUja`]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 1,875.00

6Ug]g`z`f`h`Y`WUja` ROYALTY OBLIGATIONS _____

8Uh`cf`XUh`Yg`XYVhk`Ug]`bW`ffYX` _____

@ughj`]`X]`]hg`cZUWWci`bhbi`a`VYf` 503 _____

=g`h`Y`WUja`gi`V`V`Yhi`cZZg`Yh8
☒ No
☐ Yes

| Part 2: | Additional Page |

7 cdmiH ]g dU[ Y cb m]Za cfY gdUUW ]g bYYXYX "7 cbHjbi Y bi a VYf]b[ h Y `]bYg gYei YbH]U mZca ih Y dfYj ]ci g dU[ Y"=Zbc UXX]H]cb U BCBDF=CF+HM WYX]hcfg Y1 ]ghZXc bch2 ̀ ci h cf gi Va ]hiH ]g dU[ U[ Y"      5a ci bhcZWUUU ja

### 3.37  Bcbdf]cf]miWYX]hcfRg bUa Y UbX a U[ ]b[ `UXXfYgg

ESTES EXPRESS LINES
ATTN: LEGAL DEPT.
3901 WEST BROAD STREET
RICHMOND, VA 23230

5 g c Z\i Y dYH]\]cb Z]`]b[ [ XUhYZ\i Y WUUja ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g]zc f h Y WUUja: ACCOUNTS PAYABLE

8 UhY cf UhYg XYVhg Ug ]bWi ff YX _____

@Ugh( X][ ]hg cZ UWWci bhbi a VYf: _____
=g h Y WUUja gi V^YVVh hc cZZgYH8
☒ No
☐ Yes

$ 564.71

### 3.38  Bcbdf]cf]miWYX]hcfRg bUa U YUbX a U[ ]b[ `UXXfYgg

FEDEX FREIGHT
ATTN: LEGAL DEPT.
2200 FORWARD DRIVE
HARRISON, AR 72602-0840

5 g c Zh Y dYH]\]cb Z]`]b[ [ XUhYZ\i Y WUUja ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g]z c f h Y WUUja: ACCOUNTS PAYABLE

8 Uh cf UhYg XYVhg Ug ]bWi ff YX _____

@Ugh( X][ ]hg cZ UWWci bhbi a VYf: _____
=g h Y WUUja gi V^YVh hc cZZgYH8
☒ No
☐ Yes

$ 5,225.86

### 3.39  Bcbdf]cf]miWYX]hcfRg bUa U YUbX a U[ ]b[ `UXXfYgg

FELD MOTOR SPORTS INC.
ATTN: JEN THEOBALD
4255 MERIDIAN PARKWAY
AURORA, IL 60504

5 g c Zh Y dYH]\]cb Z]`]b[ [ XUhYZ\i Y WUUja ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g]zc f h Y WUUja: ROYALTY OBLIGATIONS

8 UhY cf UhYg XYVhg Ug ]bWi ff YX _____

@Ugh( X][ ]hg cZ UWWci bhbi a VYf: 8443
=g h Y WUUja gi V^YVh hc cZZgYH8
☒ No
☐ Yes

$ 4,391.29

### 3.40  Bcbdf]cf]miWYX]hcfRg bUa U YUbX a U[ ]b[ `UXXfYgg

GEIGER PHOTOGRAPHY
ATTN: JOHN GEIGER
176 W. LOGAN STREET #123
NOBLESVILLE, IN 46060-1437

5 g c Zh Y dYH]\]cb Z]`]b[ [ XUhYZ\i Y WUUja ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g]zc f h Y WUUja: ACCOUNTS PAYABLE

8 UhY cf UhYg XYVhg Ug ]bWi ff YX _____

@Ugh( X][ ]hg cZ UWWci bhbi a VYf: ___ ___ ___ .
=g h Y WUUja gi V^YVh hc cZZgYH8
☒ No
☐ Yes

$ 2,050.00

### 3.41  Bcbdf]cf]miWYX]hcfRg bUa U YUbX a U[ ]b[ `UXXfYgg

GENERAL MOTORS NORTH AMERICA OPERATION
AMERICA OPERATION (GMNAO)
SUITE 1000
4365 EXECUTIVE DRIVE
SAN DIEGO, CA 92121-2123

5 g c Zh Y dYH]\]cb Z]`]b[ [ XUhYZ\i Y WUUja ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g]zc f h Y WUUja: ROYALTY OBLIGATIONS

8 UhY cf UhYg XYVhg Ug ]bWi ff YX _____

@Ugh( X][ ]hg cZ UWWci bhbi a VYf: 1183
=g h Y WUUja gi V^YVh hc cZZgYH8
☒ No
☐ Yes

$ 37,095.88

| Part 2: | Additional Page |
|---|---|

7 cdmiℎ ]g˙dU[ ˙Y˙cb˙m]Za cfˊY˙gdUW'']g˙bYYXYX"7 cbℎ]bi˙Y˙bi a VYf]b[ ˙ℎ˙Y¨]bYg˙gYei YbℎjU¨mℤca ˙ℎ˙Y˙dfˊYj]ci˙g˙dU[ ˙Y˙ =ℤbc˙UXX]ℎ]cbU¨BCBDF=CF+HM˙WYX]ℎcfg˙Yℎ]gℎℤXc˙bcℎ¨]ˊci˙ℎcfˊgi˙Va ]ℎˊiℎ ]g˙dU[ ˙Y"

5a ci blℎcZWUJa

---

**3.42**    Bcbdf]cfℎmiWYXℎcfℝgˊbUa ˙Y˙UbXˊa ˙UJ]˙b[ ˙`UXXfYgg

GLOBAL ICONS LLC
ATTN: FINANCE MANAGER
12400 WILSHIRE BLVD
SUITE 1400
LOS ANGELES, CA 90025

5g˙cZℎ˙Y˙dYℎℎ]cbˊℤ]˙b[ ˙`XUℎˊ=ℎ˙Y˙WUJa ˙]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6˙Ug]g˙ℤcf˙ℎ˙Y˙WUJa ˊ   ROYALTY OBLIGATIONS ˙

$      37,467.89

8˙UℎˊcfˊXUℎˊg˙XYVℎˊik˙Ug]˙bW˙ffYX˙

=g˙ℎ˙Y˙WUJa ˙g˙i V˙˙WˊWℎℎˊcˊZℤgYℎ8˙
☒ No
☐ Yes˙

@UghˊˊX][ ˙]g˙cZˊUWℎˊUℎ˙i˙bℎbi˙a VYf˙    8923

---

**3.43**    Bcbdf]cfℎmiWYXℎcfℝgˊbUa ˙Y˙UbXˊa ˙UJ]˙b[ ˙`UXXfYgg

GREEN LION DIGITAL
P.O. BOX 606
WYCKOFF, NJ 7481

5g˙cZℎ˙Y˙dYℎℎ]cbˊℤ]˙b[ ˙`XUℎˊ=ℎ˙Y˙WUJa ˙]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed˙

6˙Ug]g˙ℤcf˙ℎ˙Y˙WUJa ˊ   ACCOUNTS PAYABLE ˙

$      960.00

8˙UℎˊcfˊXUℎˊg˙XYVℎˊik˙Ug]˙bW˙ffYX˙

=g˙ℎ˙Y˙WUJa ˙g˙i V˙˙WˊWℎℎˊcˊZℤgYℎ8˙
☒ No
☐ Yes˙

@UghˊˊX][ ˙]g˙cZˊUWℎˊUℎ˙i˙bℎbi˙a VYf˙

---

**3.44**    Bcbdf]cfℎmiWYXℎcfℝgˊbUa ˙Y˙UbXˊa ˙UJ]˙b[ ˙`UXXfYgg

GUIDE LINK LIMITED
ATTN: LEGAL DEPT., RM 507-8 5/F KWONG SANG HONG CTR, 151 -
153 HOI BUN RR
KWUN TONG
HONG KONG

5g˙cZℎ˙Y˙dYℎℎ]cbˊℤ]˙b[ ˙`XUℎˊ=ℎ˙Y˙WUJa ˙]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed˙

6˙Ug]g˙ℤcf˙ℎ˙Y˙WUJa ˊ   ACCOUNTS PAYABLE ˙

$      232,335.56

8˙UℎˊcfˊXUℎˊg˙XYVℎˊik˙Ug]˙bW˙ffYX˙

=g˙ℎ˙Y˙WUJa ˙g˙i V˙˙WˊWℎℎˊcˊZℤgYℎ8˙
☒ No
☐ Yes˙

@UghˊˊX][ ˙]g˙cZˊUWℎˊUℎ˙i˙bℎbi˙a VYf˙

---

**3.45**    Bcbdf]cfℎmiWYXℎcfℝgˊbUa ˙Y˙UbXˊa ˙UJ]˙b[ ˙`UXXfYgg

HEAD MOULD INDUST CO LTD
D NO.3 SOUTH HUBIN ROAD, QISHI TOWN,DONGGUAN CITY
GUANGDONG PROVINCE 523500
CHINA

5g˙cZℎ˙Y˙dYℎℎ]cbˊℤ]˙b[ ˙`XUℎˊ=ℎ˙Y˙WUJa ˙]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed˙

6˙Ug]g˙ℤcf˙ℎ˙Y˙WUJa ˊ   ACCOUNTS PAYABLE ˙

$      27,170.00

8˙UℎˊcfˊXUℎˊg˙XYVℎˊik˙Ug]˙bW˙ffYX˙

=g˙ℎ˙Y˙WUJa ˙g˙i V˙˙WˊWℎℎˊcˊZℤgYℎ8˙
☒ No
☐ Yes˙

@UghˊˊX][ ˙]g˙cZˊUWℎˊUℎ˙i˙bℎbi˙a VYf˙   __ __ __ __

---

**3.46**    Bcbdf]cfℎmiWYXℎcfℝgˊbUa ˙Y˙UbXˊa ˙UJ]˙b[ ˙`UXXfYgg

HINCKLEY SPRINGS
6055 S. HARLEM AVENUE
CHICAGO, IL 60638

5g˙cZℎ˙Y˙dYℎℎ]cbˊℤ]˙b[ ˙`XUℎˊ=ℎ˙Y˙WUJa ˙]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed˙

6˙Ug]g˙ℤcf˙ℎ˙Y˙WUJa ˊ   ACCOUNTS PAYABLE ˙

$      211.45

8˙UℎˊcfˊXUℎˊg˙XYVℎˊik˙Ug]˙bW˙ffYX˙

=g˙ℎ˙Y˙WUJa ˙g˙i V˙˙WˊWℎℎˊcˊZℤgYℎ8˙
☒ No
☐ Yes˙

@UghˊˊX][ ˙]g˙cZˊUWℎˊUℎ˙i˙bℎbi˙a VYf˙

| Part 2: | Additional Page |
|---|---|

7 cdmiʰ ]gˆdUˍ[ ˏYˋcbˋmʲZa cfˏYˋgdUWˊ]gˋbYYXYXˮ7 cbHˌjbiˋYˋbiˎa VYfˏ]bˏ[ˋˑiˋYˋˮbYgˋgYei YbHˏjUˑˏmˍzˋca ˋˑiˋYˋ
dfˏYˊ]ciˋgˆdUˍ[ ˏYˮ=ˍZbcˋUXX]ˍHˊcbUˋˋBCBDFˍ=CF=HMˋWYX]ˍhcfgˋYˍ]ghˌZXcˋbchˍ2ˍˮˋciˋhcfˋgiˋVaˋˑhiˏˋ]gˆdUˍ[ ˏYˮ

**5a ci bˌicZWUˍja**

---

**3.47**   Bcbdf]cfˏ]miWfˊYXˋhcfˌRgˋbUa ˋYˋUbXˋaˋUˏ]bˏ[ ˋˋUXXfYggˋ

HOEING DIE AND MOLD ENGRAVING INC
441 INTERSTATE ROAD
ADDISON, IL 60101

5gˋcZˋˋhˋYˋdYˋHˌjˋHˌcbˋ2ˊ]bˏ[ ˋˋXUˋHˍzˋˋhˋˋYˋWUˋja ˋˏ]gˋ
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]gˋgˋzˋcfˋˏhˋˋYˋWUˋja   ACCOUNTS PAYABLE

$ 2,809.85

8UhˏˋcfˏXUHˏgˋXYˋVhikˋUgˋˏ]bWˏ]bWffYXˋ _____
@UghˋˏˋXˏˋ]hgˋcZUWˏWˋˏiˋbhbiˋaˋVYfˋ _____

=gˏˏhˋYˋWUˋja ˋgiˋVˍYˍWˌhˌcˋZˍgYhˋ8
☒ No
☐ Yes

---

**3.48**   Bcbdf]cfˏ]miWfˊYXˋhcfˌRgˋbUa ˋYˋUbXˋaˋUˏ]bˏ[ ˋˋUXXfYggˋ

HULMAN MOTORSPORTS PROPERTIES, LLC
4790 W. 16TH STREET
INDIANAPOLIS, IN 46222

5gˋcZˋˋhˋYˋdYˋHˌjˋHˌcbˋ2ˊ]bˏ[ ˋˋXUˋHˍzˋˋhˋˋYˋWUˋja ˋˏ]gˋ
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]gˋgˋzˋcfˋˏhˋˋYˋWUˋja   ROYALTY OBLIGATIONS

$ 98.44

8UhˏˋcfˏXUHˏgˋXYˋVhikˋUgˋˏ]bWˏ]bWffYXˋ _____
@UghˋˏˋXˏˋ]hgˋcZUWˏWˋˏiˋbhbiˋaˋVYfˋ 9683

=gˏˏhˋYˋWUˋja ˋgiˋVˍYˍWˌhˌcˋZˍgYhˋ8
☒ No
☐ Yes

---

**3.49**   Bcbdf]cfˏ]miWfˊYXˋhcfˌRgˋbUa ˋYˋUbXˋaˋUˏ]bˏ[ ˋˋUXXfYggˋ

IMC
INT'L MERCHANDISING CORP.
1360 EAST 9TH STREET
SUITE 100
CLEVELAND, OH 44114

5gˋcZˋˋhˋYˋdYˋHˌjˋHˌcbˋ2ˊ]bˏ[ ˋˋXUˋHˍzˋˋhˋˋYˋWUˋja ˋˏ]gˋ
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]gˋgˋzˋcfˋˏhˋˋYˋWUˋja   ROYALTY OBLIGATIONS

$ 1,517.21

8UhˏˋcfˏXUHˏgˋXYˋVhikˋUgˋˏ]bWˏ]bWffYXˋ _____
@UghˋˏˋXˏˋ]hgˋcZUWˏWˋˏiˋbhbiˋaˋVYfˋ 8693

=gˏˏhˋYˋWUˋja ˋgiˋVˍYˍWˌhˌcˋZˍgYhˋ8
☒ No
☐ Yes

---

**3.50**   Bcbdf]cfˏ]miWfˊYXˋhcfˌRgˋbUa ˋYˋUbXˋaˋUˏ]bˏ[ ˋˋUXXfYggˋ

INT'L MERCHANDISE COMPANY LLC
WME IMG HOLDINGS LLC
1360 E. 9TH STREET
STE 100
CLEVELAND, OH 44114

5gˋcZˋˋhˋYˋdYˋHˌjˋHˌcbˋ2ˊ]bˏ[ ˋˋXUˋHˍzˋˋhˋˋYˋWUˋja ˋˏ]gˋ
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]gˋgˋzˋcfˋˏhˋˋYˋWUˋja   ROYALTY OBLIGATIONS

$ 4,384.23

8UhˏˋcfˏXUHˏgˋXYˋVhikˋUgˋˏ]bWˏ]bWffYXˋ _____
@UghˋˏˋXˏˋ]hgˋcZUWˏWˋˏiˋbhbiˋaˋVYfˋ 9963 ___ ___

=gˏˏhˋYˋWUˋja ˋgiˋVˍYˍWˌhˌcˋZˍgYhˋ8
☒ No
☐ Yes

---

**3.51**   Bcbdf]cfˏ]miWfˊYXˋhcfˌRgˋbUa ˋYˋUbXˋaˋUˏ]bˏ[ ˋˋUXXfYggˋ

ITOBBY COMPANY LIMITED
SOUTH AREA, 6TH FLR, YINSHENG BLDG,HONGLI STR., NO. 1001,
FUTIAN DISTRICT
SHENZHEN
CHINA

5gˋcZˋˋhˋYˋdYˋHˌjˋHˌcbˋ2ˊ]bˏ[ ˋˋXUˋHˍzˋˋhˋˋYˋWUˋja ˋˏ]gˋ
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]gˋgˋzˋcfˋˏhˋˋYˋWUˋja   ACCOUNTS PAYABLE

$ 19,522.00

8UhˏˋcfˏXUHˏgˋXYˋVhikˋUgˋˏ]bWˏ]bWffYXˋ _____
@UghˋˏˋXˏˋ]hgˋcZUWˏWˋˏiˋbhbiˋaˋVYfˋ _____

=gˏˏhˋYˋWUˋja ˋgiˋVˍYˍWˌhˌcˋZˍgYhˋ8
☒ No
☐ Yes

| Part 2: | **Additional Page** |
|---|---|

**3.52**    Nonpriority creditor's name and mailing address

KAPLAST SP Z O O

HUTNICZA 113,
BYDGOSZCZ 85-873
POLAND

As of the petition filing date, the claim is: $    23,161.15
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.53**    Nonpriority creditor's name and mailing address

KELLY DANIEL
DANIEL INTELLECTUAL PROPERTIES
4745 N. VALANCIUS WAY
RIMROCK, AZ 86335

As of the petition filing date, the claim is: $    500.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.54**    Nonpriority creditor's name and mailing address

KONG LINK ENGINEERING LTD
TDUNIT 06,10/F,TAMSON PLAZA, 161 WAI YIP ST,KWUN TONG
KOWLOON
HONG KONG

As of the petition filing date, the claim is: $    16,720.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.55**    Nonpriority creditor's name and mailing address

MAZDA ACE CO. LTD
3-1 SHINCHI FUCHU-CHO
AKI-GUN
HOROSHIMA 735-0028
JAPAN

As of the petition filing date, the claim is: $    332.43
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ACCOUNTS PAYABLE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.56**    Nonpriority creditor's name and mailing address

MMP
8700 TURNPIKE DRIVE, SUITE #450166
WESTMINSTER, CO 80031

As of the petition filing date, the claim is: $    4,182.53
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ACCRUED CONTRACTUAL CUSTOMER ALLOWANCES

Date or dates debt was incurred   Q4 2017

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page |

7 cdmi‖ ]g˙dU[ Y˙cb˙m]Za cfY˙gdUWˊ]g˙bYYXYXˋˊ7 cbHˊbi Y˙bi a VYfˊ]b[ˊˋˋˊ˙iˋ YˊˋbYgˊgYei YbHˊjUˉmZca ˋˊ˙iˋ Yˊ dfYjˊ]ci g˙dU[ Y˝=Zbc˙UXX]HˊcbUˋˊBCBDFˋCFˊHMˊWˊYXˊ]hcfgˊYˊˊ]ghˊXc˙bchiˋˊˊci ˊicfˊgi Va ˋˊhiˊˋ ]g˙dU[ Yˊ

5a ci bˊicZWUˊa

**3.57**   Bcbdfˊcfˊ]miWˊYXˊ]hcfˊBˊbˊUˊa YˊUbˊXˊaˊU]ˊ]bˊˊUXXfYggˊ

N & M TRANSFER CO, INC.
630 MUTTART ROAD
NEENAH, WI 54956-9752

5g˙cZˊ˙ Y˙dYˊ]Hˊ]cbˊ2ˊ]bˊˊXUHˊˊ˝ˊ˙ h˙ Y˙WUˊa ˊg.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____157.08

6 Ug]g˙z˙fˊˊh˙Y˙WUˊa ˊ   ACCOUNTS PAYABLE

8 UhY˙cf˙UhY˙g˙XYˊhˊik˙Ug˙]bW˙ffYXˊ   _____
@]ghˊˊ˙Xˊ]g˙cZUWˊi b]bi a VYfˊ   _____

=g˙h˙Y˙WUˊa ˊgi V˙Y˙WˊhˊcˊZˊgYHˊ8
☒ No
☐ Yes

---

**3.58**   Bcbdfˊcfˊ]miWˊYXˊ]hcfˊBˊbˊUˊa YˊUbˊXˊaˊU]ˊ]bˊˊUXXfYggˊ

NEOFUNDS BY NEOPOST
P.O. BOX 30193
TAMPA, FL 33630-3193

5g˙cZˊ˙ Y˙dYˊ]Hˊ]cbˊ2ˊ]bˊˊXUHˊˊ˝ˊ˙ h˙ Y˙WUˊa ˊg.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____325.72

6 Ug]g˙z˙fˊˊh˙Y˙WUˊa ˊ   ACCOUNTS PAYABLE

8 UhY˙cf˙UhY˙g˙XYˊhˊik˙Ug˙]bW˙ffYXˊ   _____
@]ghˊˊ˙Xˊ]g˙cZUWˊi b]bi a VYfˊ   _____

=g˙h˙Y˙WUˊa ˊgi V˙Y˙WˊhˊcˊZˊgYHˊ8
☒ No
☐ Yes

---

**3.59**   Bcbdfˊcfˊ]miWˊYXˊ]hcfˊBˊbˊUˊa YˊUbˊXˊaˊU]ˊ]bˊˊUXXfYggˊ

NICKEY PERFORMANCE INC
1930 DEAN STREET
ST. CHARLES, IL 60174

5g˙cZˊ˙ Y˙dYˊ]Hˊ]cbˊ2ˊ]bˊˊXUHˊˊ˝ˊ˙ h˙ Y˙WUˊa ˊg.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____193.73

6 Ug]g˙z˙fˊˊh˙Y˙WUˊa ˊ   ROYALTY OBLIGATIONS

8 UhY˙cf˙UhY˙g˙XYˊhˊik˙Ug˙]bW˙ffYXˊ   _____
@]ghˊˊ˙Xˊ]g˙cZUWˊi b]bi a VYfˊ   9183

=g˙h˙Y˙WUˊa ˊgi V˙Y˙WˊhˊcˊZˊgYHˊ8
☒ No
☐ Yes

---

**3.60**   Bcbdfˊcfˊ]miWˊYXˊ]hcfˊBˊbˊUˊa YˊUbˊXˊaˊU]ˊ]bˊˊUXXfYggˊ

NORTHRUP GRUMMAN SYSTEMS CORP
2980 FAIRVIEW PARK DRIVE
FALLS CHURCH, VA 22042

5g˙cZˊ˙ Y˙dYˊ]Hˊ]cbˊ2ˊ]bˊˊXUHˊˊ˝ˊ˙ h˙ Y˙WUˊa ˊg.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____5,405.65

6 Ug]g˙z˙fˊˊh˙Y˙WUˊa ˊ   ROYALTY OBLIGATIONS

8 UhY˙cf˙UhY˙g˙XYˊhˊik˙Ug˙]bW˙ffYXˊ   _____
@]ghˊˊ˙Xˊ]g˙cZUWˊi b]bi a VYfˊ   8833 ___ ___ ___

=g˙h˙Y˙WUˊa ˊgi V˙Y˙WˊhˊcˊZˊgYHˊ8
☒ No
☐ Yes

---

**3.61**   Bcbdfˊcfˊ]miWˊYXˊ]hcfˊBˊbˊUˊa YˊUbˊXˊaˊU]ˊ]bˊˊUXXfYggˊ

PACCAR INC
ATTN: LAW DEPARTMENT
777-106TH AVENUE NE
BELLEVUE, WA 98004

5g˙cZˊ˙ Y˙dYˊ]Hˊ]cbˊ2ˊ]bˊˊXUHˊˊ˝ˊ˙ h˙ Y˙WUˊa ˊg.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____8,825.30

6 Ug]g˙z˙fˊˊh˙Y˙WUˊa ˊ   ROYALTY OBLIGATIONS

8 UhY˙cf˙UhY˙g˙XYˊhˊik˙Ug˙]bW˙ffYXˊ   _____
@]ghˊˊ˙Xˊ]g˙cZUWˊi b]bi a VYfˊ   3893

=g˙h˙Y˙WUˊa ˊgi V˙Y˙WˊhˊcˊZˊgYHˊ8
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

7 cdmih\]g`dU[ `Ycb`mj]Za cfY`gdUWW]g`bYYXYX"7 cbHjbi`Y`bi a VYf]b[`h\`Y`]bYg`gYei`YbHjU`mZca `h\`Y` dfYj]ci g`dU[`Y"=Zbc`UXX]HjcbU`BCBDF=CF=HMWYX]hcfg`Y]gh%Xc`bchz]`ci`hcf`gi`Va`]h\`]g`dU[`Y"

5a ci`bhcZWUja

---

**3.62**    Bcbdf]cf]miWYX]hcfRg]hcfRg]bUa`Y`UbX`a`U]`]b[``UXXfYgg    5g`cZh\`Y`dYh]h]cb`z]`]b[``XUhY#h\`Y`WUja`]g. Check all that apply.    $_____ 11,660.11

RAYVAC PLASTIC DECORATORS
47W171 ROUTE 30
BIG ROCK, IL 60511

☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`z`cfh\`Y`WUja   ACCOUNTS PAYABLE

8Uh`Y`cf`XUh`Yg`XYVh`k`Ug`]bWi`ffYX   _____

@Ugh`( X][]hg`cZ`UWWci`bh`bhibi a VYf   _____

=g`h\`Y`WUja`g`gi`V`Y`Wh`c`Zg`Yh8
☒ No
☐ Yes

---

**3.63**    Bcbdf]cf]miWYX]hcfRg]hcfRg]bUa`Y`UbX`a`U]`]b[``UXXfYgg    5g`cZh\`Y`dYh]h]cb`z]`]b[``XUhY#h\`Y`WUja`]g. Check all that apply.    $_____ 2,000.00

REBELSCUM.COM, INC.
101 MARSHALL CREEK ROAD
ROANOKE, TX 76262

☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`z`cfh\`Y`WUja   ACCOUNTS PAYABLE

8Uh`Y`cf`XUh`Yg`XYVh`k`Ug`]bWi`ffYX   _____

@Ugh`( X][]hg`cZ`UWWci`bh`bhibi a VYf   _____

=g`h\`Y`WUja`g`gi`V`Y`Wh`c`Zg`Yh8
☒ No
☐ Yes

---

**3.64**    Bcbdf]cf]miWYX]hcfRg]hcfRg]bUa`Y`UbX`a`U]`]b[``UXXfYgg    5g`cZh\`Y`dYh]h]cb`z]`]b[``XUhY#h\`Y`WUja`]g. Check all that apply.    3,528.36

REDPHIN PRODUCTIONS
45 MALLORCA
LAGUNA NIGEL, CA 92677

☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`z`cfh\`Y`WUja   ROYALTY OBLIGATIONS

8Uh`Y`cf`XUh`Yg`XYVh`k`Ug`]bWi`ffYX   _____

@Ugh`( X][]hg`cZ`UWWci`bh`bhibi a VYf   6993

=g`h\`Y`WUja`g`gi`V`Y`Wh`c`Zg`Yh8
☒ No
☐ Yes

---

**3.65**    Bcbdf]cf]miWYX]hcfRg]hcfRg]bUa`Y`UbX`a`U]`]b[``UXXfYgg    5g`cZh\`Y`dYh]h]cb`z]`]b[``XUhY#h\`Y`WUja`]g. Check all that apply.    $_____ 14,466.51

REIGN PRINT SOLUTIONS INC
550 WEST CAMPUS DRIVE
ARLINGTON HGTS, IL 60004

☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`z`cfh\`Y`WUja   ACCOUNTS PAYABLE

8Uh`Y`cf`XUh`Yg`XYVh`k`Ug`]bWi`ffYX   _____

@Ugh`( X][]hg`cZ`UWWci`bh`bhibi a VYf   ___ ___ ___ ___

=g`h\`Y`WUja`g`gi`V`Y`Wh`c`Zg`Yh8
☒ No
☐ Yes

---

**3.66**    Bcbdf]cf]miWYX]hcfRg]hcfRg]bUa`Y`UbX`a`U]`]b[``UXXfYgg    5g`cZh\`Y`dYh]h]cb`z]`]b[``XUhY#h\`Y`WUja`]g. Check all that apply.    $_____ 319,963.55

REVELL GMBH & CO KG
BUENDE 1,
WESTFALLEN
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`z`cfh\`Y`WUja   ACCOUNTS PAYABLE

8Uh`Y`cf`XUh`Yg`XYVh`k`Ug`]bWi`ffYX   _____

@Ugh`( X][]hg`cZ`UWWci`bh`bhibi a VYf   _____

=g`h\`Y`WUja`g`gi`V`Y`Wh`c`Zg`Yh8
☒ No
☐ Yes

Debtor _____
Name

Case number _(if known)_ 18-10058 (KG)

---

## Part 2:  Additional Page

| 7 cdmiȞ ]g`dU[ Y`cb`mj]Za cfY`gdUUW`]g`bYYXYX"7 cbHjbi Y`bi a VYf]b[`¨`Ȟ`Y¨`bYg`gYei YbHj]U¨`mǚca `Ȟ`Y dfYj]ci g`dU[ Y"¥Zbc`UXX]Hj]cbU`¨`BCBDF¥CF¥HMW`YX]hcfg`Yi ]ghžXc`bchǚ¨`ci`h`cf`gi`Va ]hiˬ ]g`dU[ Y" | 5a ci bhicZWUja |
|---|---|

**3.67**  Bcbdf]cf]hmiWfYX]hcfĝg`bUa Y`UbX`a U]`]b[`¨`UXXfYgg  
RICHARD BRANNAN  
891 HENRY GRADY HWY  
DAWSONVILLE, GA 30534

5g`cZ`Ȟ Y`dYh]h]cb`Zǚ]b[`¨`XUhYžȞ Y`WUja `]g.  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$ _____ 1,196.62

6Ug]g`Zcf`Ȟ Y`WUja   ROYALTY OBLIGATIONS

8UhУ`cf`XUhУg`XYVhk Ug`]bWi ffYX` _____  
@Ughǚ`X]`]hg`cZ`UWWci bhi bi a VYf  9823

¨g`Ȟ Y`WUja `gi `VY`VWĦ]Wh`cZĖg`Yh8  
☒ No  
☐ Yes

---

**3.68**  Bcbdf]cf]hmiWfYX]hcfĝg`bUa Y`UbX`a U]`]b[`¨`UXXfYgg  
ROLAND LEONG  
12471 SANFORD ST  
LOS ANGELES, CA 90066

5g`cZ`Ȟ Y`dYh]h]cb`Zǚ]b[`¨`XUhYžȞ Y`WUja `]g.  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$ _____ 90.82

6Ug]g`Zcf`Ȟ Y`WUja   ROYALTY OBLIGATIONS

8UhУ`cf`XUhУg`XYVhk Ug`]bWi ffYX` _____  
@Ughǚ`X]`]hg`cZ`UWWci bhi bi a VYf  9923

¨g`Ȟ Y`WUja `gi `VY`VWĦ]Wh`cZĖg`Yh8  
☒ No  
☐ Yes

---

**3.69**  Bcbdf]cf]hmiWfYX]hcfĝg`bUa Y`UbX`a U]`]b[`¨`UXXfYgg  
SEAM STUDIOS INC.  
4429 N.WHIPPLE ST. #1A  
CHICAGO, IL 60625

5g`cZ`Ȟ Y`dYh]h]cb`Zǚ]b[`¨`XUhYžȞ Y`WUja `]g.  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$ _____ 19,321.02

6Ug]g`Zcf`Ȟ Y`WUja   ACCOUNTS PAYABLE

8UhУ`cf`XUhУg`XYVhk Ug`]bWi ffYX` _____  
@Ughǚ`X]`]hg`cZ`UWWci bhi bi a VYf  _____

¨g`Ȟ Y`WUja `gi `VY`VWĦ]Wh`cZĖg`Yh8  
☒ No  
☐ Yes

---

**3.70**  Bcbdf]cf]hmiWfYX]hcfĝg`bUa Y`UbX`a U]`]b[`¨`UXXfYgg  
SHORR PACKAGING CORP  
P.O. BOX 6800  
AURORA, IL 60502

5g`cZ`Ȟ Y`dYh]h]cb`Zǚ]b[`¨`XUhYžȞ Y`WUja `]g.  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$ _____ 5,547.30

6Ug]g`Zcf`Ȟ Y`WUja   ACCOUNTS PAYABLE

8UhУ`cf`XUhУg`XYVhk Ug`]bWi ffYX` _____  
@Ughǚ`X]`]hg`cZ`UWWci bhi bi a VYf  ___ ___ ___

¨g`Ȟ Y`WUja `gi `VY`VWĦ]Wh`cZĖg`Yh8  
☒ No  
☐ Yes

---

**3.71**  Bcbdf]cf]hmiWfYX]hcfĝg`bUa Y`UbX`a U]`]b[`¨`UXXfYgg  
SONY PICTURES TELEVISION INC  
ATTN: CHRIS VAN AMBURG  
10202 W. WASHINGTON BLVD  
CULVER CITY, CA 90232

5g`cZ`Ȟ Y`dYh]h]cb`Zǚ]b[`¨`XUhYžȞ Y`WUja `]g.  
Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

$ _____ 1,719.64

6Ug]g`Zcf`Ȟ Y`WUja   ROYALTY OBLIGATIONS

8UhУ`cf`XUhУg`XYVhk Ug`]bWi ffYX` _____  
@Ughǚ`X]`]hg`cZ`UWWci bhi bi a VYf  9693

¨g`Ȟ Y`WUja `gi `VY`VWĦ]Wh`cZĖg`Yh8  
☒ No  
☐ Yes

---

| Part 2: | Additional Page |

7 cdmiˆ ]g·dU[ ˆY·cb·mj]Za cfˆY·gdUW" ]g·bYYXYX" 7 cbH]bi Y·bi a VYf]b[ ˆˆ·Y ˆbYg·gYei Ybh]U ·mžica ˆˆ·Y dfˆYj ]ci g·dU[ ˆY" =Zbc˜UXX]H]cbU ˆBCBDFˆ=CFˈHMˆWˆYX]hcfg·Yˆ]ghˈXc·bchiˆ ˆ˜ci ˆhcf·gi ˈVaˈ]hiˈ]g·dU[ ˆY"

5 a ci bˆc ZWˆUˈa

3.72  Bcbdf]cfˆmiˆWˆYX]hcfˈg·bUa Y·UbX·a Uˈ]b[ ˆ UXXfYgg
SPS COMMERCE, INC.
ACCENTURE TOWER
333 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

5 g·c ZˆiˆY·dYh]h]cb·žZ]b[ ˆ·XUhˈ ·žˆY·WˆUˈa ˈ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g·ˆc f·ˆˆY·WˆUˈa·   ACCOUNTS PAYABLE

8 UˈY ˆc f·XUˈYg·XYVhk Ug ˆ]bWi ffYX _____

@Ugh ˆˈX][ ]hg·c ZˆUWˈci bhˈbi a VYf _____

=g·ˆˆY·WˆUˈa·gi VY WVˈhc·gYh·ˆZZ8
☒ No
☐ Yes

$ 104.00

---

3.73  Bcbdf]cfˆmiˆWˆYX]hcfˈg·bUa Y·UbX·a Uˈ]b[ ˆ UXXfYgg
STAPLES BUSINESS ADVANTAGE
500 STAPLES DRIVE
FARMINGHAM, MA 1702

5 g·c ZˆiˆY·dYh]h]cb·žZ]b[ ˆ·XUhˈ ·žˆY·WˆUˈa ˈ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g·ˆc f·ˆˆY·WˆUˈa·   ACCOUNTS PAYABLE

8 UˈY ˆc f·XUˈYg·XYVhk Ug ˆ]bWi ffYX _____

@Ugh ˆ X][ ]hg·c ZˆUWˈci bhˈbi a VYf _____

=g·ˆˆY·WˆUˈa·gi VY WVˈhc·gYh·ˆZZ8
☒ No
☐ Yes

$ 596.39

---

3.74  Bcbdf]cfˆmiˆWˆYX]hcfˈg·bUa Y·UbX·a Uˈ]b[ ˆ UXXfYgg
STEINMEIER BV
5582 HA
WAALRE
NETHERLANDS

5 g·c ZˆiˆY·dYh]h]cb·žZ]b[ ˆ·XUhˈ ·žˆY·WˆUˈa ˈ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g·ˆc f·ˆˆY·WˆUˈa·   ACCOUNTS PAYABLE

8 UˈY ˆc f·XUˈYg·XYVhk Ug ˆ]bWi ffYX _____

@Ugh ˆ X][ ]hg·c ZˆUWˈci bhˈbi a VYf _____

=g·ˆˆY·WˆUˈa·gi VY WVˈhc·gYh·ˆZZ8
☒ No
☐ Yes

$ 12,225.00

---

3.75  Bcbdf]cfˆmiˆWˆYX]hcfˈg·bUa Y·UbX·a Uˈ]b[ ˆ UXXfYgg
STEVE GREENBERG, INC
200 S.E. 15TH ROAD
APT 16J
MIAMI, FL 33129

5 g·c ZˆiˆY·dYh]h]cb·žZ]b[ ˆ·XUhˈ ·žˆY·WˆUˈa ˈ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g·ˆc f·ˆˆY·WˆUˈa·   ACCOUNTS PAYABLE

8 UˈY ˆc f·XUˈYg·XYVhk Ug ˆ]bWi ffYX _____

@Ugh ˆˈX][ ]hg·c ZˆUWˈci bhˈbi a VYf ___ ___ ___ . ___

=g·ˆˆY·WˆUˈa·gi VY WVˈhc·gYh·ˆZZ8
☒ No
☐ Yes

$ 7,000.00

---

3.76  Bcbdf]cfˆmiˆWˆYX]hcfˈg·bUa Y·UbX·a Uˈ]b[ ˆ UXXfYgg
STRATEGIC MARKETING PARTNERS INC
6900 SHADY OAK RD,SUITE 202
EDEN PRAIRE, MN 55344

5 g·c ZˆiˆY·dYh]h]cb·žZ]b[ ˆ·XUhˈ ·žˆY·WˆUˈa ˈ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g·ˆc f·ˆˆY·WˆUˈa·   ACCOUNTS PAYABLE

8 UˈY ˆc f·XUˈYg·XYVhk Ug ˆ]bWi ffYX _____

@Ugh ˆˈX][ ]hg·c ZˆUWˈci bhˈbi a VYf _____

=g·ˆˆY·WˆUˈa·gi VY WVˈhc·gYh·ˆZZ8
☒ No
☐ Yes

$ 117.75

| Part 2: | Additional Page |
|---|---|

7 cdmiĦ ]g·dU[ Y·cb·mj]Za cfУ·gdUW'']g·bYYXYX "7 cbĦbi Y·bi a VYf]b[·'Ħ Y"]bYg·gYei YbĦjU`mŽca ·'Ħ Y·
dfYj]ci g·dU[ Y"=Zbc`UXX]ĦcbU`BCBDF=CF=HMWYX]Ħcfg·Y]ghŽXc·bchZ]`·ci Ħcf·gi Va ]hİ ]g·dU[ Y"

5a ci bℏcZWU`a

---

**3.77** Bcbdf]cf]ĦmWYX]ħcfВg·bUa Y·UbX·a U]']b[·UXXfYgg

SUN PATTERN PLASTICS INC
505 WEGNER DRIVE
WEST CHICAGO, IL 60185

5g·cZĦ Y·dYħĦ]cb·Ż]]b[·XUħ/żħ Y·WU`a ·]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 14,129.56

6Ug]g·Zcf·Ħ Y·WUʻa . ACCOUNTS PAYABLE _____

8 UħY·cf·XUħYg·XYVħ·kUg·]bWʻffYX _____
@Ugℏ('X][ ]hg·cZ UWWci bħ bîbi a VYf _____

=g·Ħ Y·WUʻa ·gi Vţ W-Wħc·ŽgYħ8
☒ No
☐ Yes

---

**3.78** Bcbdf]cf]ĦmWYX]ħcfВg·bUa Y·UbX·a U]']b[·UXXfYgg

SUPERCAR COLLECTIBLES LTD
11760 JUSTEN CIRCLE
UNIT E
MAPLE GROVE, MN 55369

5g·cZĦ Y·dYħĦ]cb·Ż]]b[·XUħ/żħ Y·WUʻa ·]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 2,013.71

6Ug]g·Zcf·Ħ Y·WUʻa . ROYALTY OBLIGATIONS _____

8 UħY·cf·XUħYg·XYVħ·kUg·]bWʻffYX _____
@Ugℏ('X][ ]hg·cZ UWWci bħ bîbi a VYf 3013 _____

=g·Ħ Y·WUʻa ·gi Vţ W-Wħc·ŽgYħ8
☒ No
☐ Yes

---

**3.79** Bcbdf]cf]ĦmWYX]ħcfВg·bUa Y·UbX·a U]']b[·UXXfYgg

SUWARY S.A.
UL. PIOTRA SKARGI 45/47
PABIANICE 95-200
POLAND

5g·cZĦ Y·dYħĦ]cb·Ż]]b[·XUħ/żħ Y·WUʻa ·]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 4,224.63

6Ug]g·Zcf·Ħ Y·WUʻa . ACCOUNTS PAYABLE _____

8 UħY·cf·XUħYg·XYVħ·kUg·]bWʻffYX _____
@Ugℏ('X][ ]hg·cZ UWWci bħ bîbi a VYf _____

=g·Ħ Y·WUʻa ·gi Vţ W-Wħc·ŽgYħ8
☒ No
☐ Yes

---

**3.80** Bcbdf]cf]ĦmWYX]ħcfВg·bUa Y·UbX·a U]']b[·UXXfYgg

SWARTWERK MEDIA DESIGN INC.
4535 N. MAGNOLIA # 3
CHICAGO, IL 60640

5g·cZĦ Y·dYħĦ]cb·Ż]]b[·XUħ/żħ Y·WUʻa ·]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 125.00

6Ug]g·Zcf·Ħ Y·WUʻa . ACCOUNTS PAYABLE _____

8 UħY·cf·XUħYg·XYVħ·kUg·]bWʻffYX _____
@Ugℏ('X][ ]hg·cZ UWWci bħ bîbi a VYf ___ ___ ___ ___

=g·Ħ Y·WUʻa ·gi Vţ W-Wħc·ŽgYħ8
☒ No
☐ Yes

---

**3.81** Bcbdf]cf]ĦmWYX]ħcfВg·bUa Y·UbX·a U]']b[·UXXfYgg

TARGET
P.O. BOX 59251
MINNEAPOLIS, MN 55459-0251

5g·cZĦ Y·dYħĦ]cb·Ż]]b[·XUħ/żħ Y·WUʻa ·]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 2,894.45

6Ug]g·Zcf·Ħ Y·WUʻa . ACCRUED CONTRACTUAL CUSTOMER ALLOWANCES _____

8 UħY·cf·XUħYg·XYVħ·kUg·]bWʻffYX THRU 1/9/18
@Ugℏ('X][ ]hg·cZ UWWci bħ bîbi a VYf _____

=g·Ħ Y·WUʻa ·gi Vţ W-Wħc·ŽgYħ8
☒ No
☐ Yes

| Part 2: | Additional Page |

7 cdmih ]g`dU[ Ycb`m]Za cfY`gdUUW]g`bYYXYX"7 cbHjbi Y`bi a VYf]b[`h Y`]bYg`gYei YbH]U`mZca `h Y`
dfYj]ci g`dU[ Y"=Zbc`UXX]H]cbU`BCBDF=CF=HMWYX]hcfg`Y]gh£Xc`bch2]``ci h`cf`gi Va ]hih ]`]g`dU[ Y"

5 a ci blicZWUja

**3.82** ___ Bcbdf]cf]miWYX]hcfBg]tcfBg]bUa `Y`UbX`a UJ]b[`UXXfYgg

TEXTRON INNOVATIONS
EMI
SUITE 1000
4365 EXECUTIVE DRIVE
SAN DIEGO, CA 92121

5g`cZh Y`dYh]H]cb`Z]`]b[``XUhYž`h Y`WUm]a `]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`Zcf`h Y`WUja   ROYALTY OBLIGATIONS

$ ___ 625.00

8Uhh`cf`XUh`Yg`XYVh`k Ug`]bWi ffYX
@Ugh`(X)]hg`cZUWWci bh`bi a VYf   3693

=g`h Y`WUja `gi V^YWh`hc`cZZgYh8
☒ No
☐ Yes

---

**3.83** ___ Bcbdf]cf]miWYX]hcfBg]tcfBg]bUa `Y`UbX`a UJ]b[`UXXfYgg

TF.N LLC
101 MARSHALL CREEK ROAD
ROANOKE, TX 76362

5g`cZh Y`dYh]H]cb`Z]`]b[``XUhYž`h Y`WUm]a `]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`Zcf`h Y`WUja   ACCOUNTS PAYABLE

$ ___ 1,000.00

8Uhh`cf`XUh`Yg`XYVh`k Ug`]bWi ffYX
@Ugh`(X)]hg`cZUWWci bh`bi a VYf   ___

=g`h Y`WUja `gi V^YWh`hc`cZZgYh8
☒ No
☐ Yes

---

**3.84** ___ Bcbdf]cf]miWYX]hcfBg]tcfBg]bUa `Y`UbX`a UJ]b[`UXXfYgg

THE LICENSING COMPANY OF NORTH AMERICA INC.
NORTH AMERICA,INC.
350 FIFTH AVENUE-6TH FLR
NEW YORK, NY 10118

5g`cZh Y`dYh]H]cb`Z]`]b[``XUhYž`h Y`WUm]a `]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`Zcf`h Y`WUja   ROYALTY OBLIGATIONS

$ ___ 2,319.98

8Uhh`cf`XUh`Yg`XYVh`k Ug`]bWi ffYX
@Ugh`(X)]hg`cZUWWci bh`bi a VYf   8423

=g`h Y`WUja `gi V^YWh`hc`cZZgYh8
☒ No
☐ Yes

---

**3.85** ___ Bcbdf]cf]miWYX]hcfBg]tcfBg]bUa `Y`UbX`a UJ]b[`UXXfYgg

THE LICENSING COMPANY OF NORTH AMERICA INC.
NORTH AMERICA,INC.
350 FIFTH AVENUE-6TH FLR
NEW YORK, NY 10118

5g`cZh Y`dYh]H]cb`Z]`]b[``XUhYž`h Y`WUm]a `]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`Zcf`h Y`WUja   ROYALTY OBLIGATIONS

$ ___ 11,018.99

8Uhh`cf`XUh`Yg`XYVh`k Ug`]bWi ffYX
@Ugh`(X)]hg`cZUWWci bh`bi a VYf   8423 ___ ___

=g`h Y`WUja `gi V^YWh`hc`cZZgYh8
☒ No
☐ Yes

---

**3.86** ___ Bcbdf]cf]miWYX]hcfBg]tcfBg]bUa `Y`UbX`a UJ]b[`UXXfYgg

THE LICENSING COMPANY OF NORTH AMERICA INC.
NORTH AMERICA,INC.
350 FIFTH AVENUE-6TH FLR
NEW YORK, NY 10118

5g`cZh Y`dYh]H]cb`Z]`]b[``XUhYž`h Y`WUm]a `]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`Zcf`h Y`WUja   ROYALTY OBLIGATIONS

$ ___ 233.48

8Uhh`cf`XUh`Yg`XYVh`k Ug`]bWi ffYX
@Ugh`(X)]hg`cZUWWci bh`bi a VYf   8423

=g`h Y`WUja `gi V^YWh`hc`cZZgYh8
☒ No
☐ Yes

| Part 2: | Additional Page |

7 cdmìh ]g˙dU[ Y˙cb˙mj]Za cfY˙gdUWì"]g˙bYYXYX"7 cbHj]b Y˙bì a VYf]b[ ˙ìì Y¨]bYg˙gYei YbìaìjU˙mìca ˙ìì Y˙dfYj ]ci g˙dU[ Y"=Zbc˙UXX]ìjcbU˙˙BCBDF=CF÷HM˙WYX]hcfg˙Y]]ghÌXc˙bchìj¨˙ci hcf˙gi˙Va ]hìì ]g˙dU[ Y"

5a ci bìcZWUa

**3.87**   Bcbdf]cf]miWYX]hcfˈg˙bUa Y˙UbX˙a U]ì]b[ ˙ UXXfYgg
THE RODDER'S JOURNAL
263 WATTIS WAY
S SAN FRANCISCO, CA 94080

5g˙cZ�l Y˙dYì]ì]cb˙Z]ì]b[ ˙XUhۨzì Y˙WU]a ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____54.95

6Ug]g˙Zcfˈì Y˙WUa ]a ___ ACCOUNTS PAYABLE _____

8Uh¨ˈcfˈXUh¨g˙XYVhˈik Ug]]bW¨ffYX˙   _____
@Ught ( ˈX][ ]hg˙cZˈUWWì i bìbì a VYf˙   _____

=g˙ì Y˙WUa ]a ˙gi VˈiYWh˙hc˙ZgYh8
☒ No
☐ Yes

**3.88**   Bcbdf]cf]miWYX]hcfˈg˙bUa Y˙UbX˙a U]ì]b[ ˙ UXXfYgg
THE WRIGHT BROTHERS USA, LLC
LLC (FIREFLY BUILDING)
123 WEBSTER STREET
STUDIO 1B
DAYTON, OH 45402-1323

5g˙cZˈì Y˙dYì]ì]cb˙Z]ì]b[ ˙XUhۨzì Y˙WU]a ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____250.00

6Ug]g˙Zcfˈì Y˙WUa ]a ___ ROYALTY OBLIGATIONS _____

8Uh¨ˈcfˈXUh¨g˙XYVhˈik Ug]]bW¨ffYX˙   _____
@Ught ( ˈX][ ]hg˙cZˈUWWì i bìbì a VYf˙   7013

=g˙ì Y˙WUa ]a ˙gi VˈiYWh˙hc˙ZgYh8
☒ No
☐ Yes

**3.89**   Bcbdf]cf]miWYX]hcfˈg˙bUa Y˙UbX˙a U]ì]b[ ˙ UXXfYgg
TOM DANIEL
2165 S POWELL DRIVE
KANAB, UT 84741

5g˙cZˈì Y˙dYì]ì]cb˙Z]ì]b[ ˙XUhۨzì Y˙WU]a ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____360.50

6Ug]g˙Zcfˈì Y˙WUa ]a ___ ROYALTY OBLIGATIONS _____

8Uh¨ˈcfˈXUh¨g˙XYVhˈik Ug]]bW¨ffYX˙   _____
@Ught ( ˈX][ ]hg˙cZˈUWWì i bìbì a VYf˙   9423

=g˙ì Y˙WUa ]a ˙gi VˈiYWh˙hc˙ZgYh8
☒ No
☐ Yes

**3.90**   Bcbdf]cf]miWYX]hcfˈg˙bUa Y˙UbX˙a U]ì]b[ ˙ UXXfYgg
TOM DANIEL
2165 S POWELL DRIVE
KANAB, UT 84741

5g˙cZˈì Y˙dYì]ì]cb˙Z]ì]b[ ˙XUhۨzì Y˙WU]a ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____65.01

6Ug]g˙Zcfˈì Y˙WUa ]a ___ ROYALTY OBLIGATIONS _____

8Uh¨ˈcfˈXUh¨g˙XYVhˈik Ug]]bW¨ffYX˙   _____
@Ught ( ˈX][ ]hg˙cZˈUWWì i bìbì a VYf˙   9423 ___ ___

=g˙ì Y˙WUa ]a ˙gi VˈiYWh˙hc˙ZgYh8
☒ No
☐ Yes

**3.91**   Bcbdf]cf]miWYX]hcfˈg˙bUa Y˙UbX˙a U]ì]b[ ˙ UXXfYgg
TOYS R US
ONE GEOFFREY WAY
WAYNE, NJ 07470-2030

5g˙cZˈì Y˙dYì]ì]cb˙Z]ì]b[ ˙XUhۨzì Y˙WU]a ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____4,896.09

6Ug]g˙Zcfˈì Y˙WUa ]a ___ ACCRUED CONTRACTUAL CUSTOMER ALLOWANCES _____

8Uh¨ˈcfˈXUh¨g˙XYVhˈik Ug]]bW¨ffYX˙   THRU 1/9/18
@Ught ( ˈX][ ]hg˙cZˈUWWì i bìbì a VYf˙   _____

=g˙ì Y˙WUa ]a ˙gi VˈiYWh˙hc˙ZgYh8
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

5a ci blicZWUja

---

**3.92** Bcbdf cf miWYX hcf Rg bUa YUbX a UJ jb `UXXfYgg

U.S. TREASURY INC.
62045 COLLECTIONS CTR DR
CHICAGO, IL 60693-0620

5 g c ZA Y d YHJ jcb 2 jb XURHJZA Y WUJa g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,777.52

6 Ug g z f h Y WUJa — ROYALTY OBLIGATIONS

8 UH cf XUH g XYV hk Ug jb W ff YX
@Ugh X] hg cZ UWi bhi a YYf — 9623

= g h Y WUJa g i V WYW h c Zg Yf 8
☒ No
☐ Yes

---

**3.93** Bcbdf cf miWYX hcf Rg bUa YUbX a UJ jb `UXXfYgg

UNIVERSAL STUDIOS LICENSING LLC
LICENSING LLC
100 UNIVERSAL CITY PLAZA
BUILDING 2160/7S
UNIVERSAL CITY, CA 91608

5 g c ZA Y d YHJ jcb 2 jb XURHJZA Y WUJa g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,439.99

6 Ug g z f h Y WUJa — ROYALTY OBLIGATIONS

8 UH cf XUH g XYV hk Ug jb W ff YX
@Ugh X] hg cZ UWi bhi a YYf — 8453

= g h Y WUJa g i V WYW h c Zg Yf 8
☒ No
☐ Yes

---

**3.94** Bcbdf cf miWYX hcf Rg bUa YUbX a UJ jb `UXXfYgg

UNIVERSAL STUDIOS LICENSING LLC
LICENSING LLC
100 UNIVERSAL CITY PLAZA
BUILDING 2160/7S
UNIVERSAL CITY, CA 91608

5 g c ZA Y d YHJ jcb 2 jb XURHJZA Y WUJa g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,860.15

6 Ug g z f h Y WUJa — ROYALTY OBLIGATIONS

8 UH cf XUH g XYV hk Ug jb W ff YX
@Ugh X] hg cZ UWi bhi a YYf — 9153

= g h Y WUJa g i V WYW h c Zg Yf 8
☒ No
☐ Yes

---

**3.95** Bcbdf cf miWYX hcf Rg bUa YUbX a UJ jb `UXXfYgg

UPS SUPPLY CHAIN SOLUTIONS INC
ATTN: CUSTOMS BROKERAGE SERVICES
P.O. BOX 34486
LOUISVILLE, KY 40232

5 g c ZA Y d YHJ jcb 2 jb XURHJZA Y WUJa g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 347.18

6 Ug g z f h Y WUJa — ACCOUNTS PAYABLE

8 UH cf XUH g XYV hk Ug jb W ff YX
@Ugh X] hg cZ UWi bhi a YYf — ___ ___ ___

= g h Y WUJa g i V WYW h c Zg Yf 8
☒ No
☐ Yes

---

**3.96** Bcbdf cf miWYX hcf Rg bUa YUbX a UJ jb `UXXfYgg

VOLVO MERCHANDISE AB
LICENSING FUNCTION
SE-40508
GOTEBORG (GOTHENBURG)
SWEDEN

5 g c ZA Y d YHJ jcb 2 jb XURHJZA Y WUJa g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,108.88

6 Ug g z f h Y WUJa — ROYALTY OBLIGATIONS

8 UH cf XUH g XYV hk Ug jb W ff YX
@Ugh X] hg cZ UWi bhi a YYf — 9543

= g h Y WUJa g i V WYW h c Zg Yf 8
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

7 cdmìh`]g`dU[`Y cb`mj]Za cfY`gdUWW"]g`bYYXYX"7 cbHj]bi Y`bi a VYf]b[`ìh`Y`]bYg`gYei YbH]U`mìca `ìh`Y`
dfYj]ci g`dU[`Y"=Zbc`UXX]H]cbU `BCBDF=CF+HMWïYX]hcfg`Yì`ghëZXc`bchìì`ci`hcf`gi Va`ìhìh`]g`dU[`Y"

**5a ci bhcZWUja**

3.97 ___ Bcbdf]cf]hmiW'YX]hcf�g bUa Y UbX a U]`]b[ UXXfYgg

WAREHOUSE DIRECT

2001 S.MOUNT PROSPECT RD
DES PLAINES, IL 60018

5g`cZìh`Y`dYh]h]cb`Z]`]b[`XUhY zìì`Y`WUja `]g: _____ $ _____ 1,198.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6Ug]g`Zcf`h`Y`WUja _____ ACCOUNTS PAYABLE _____ .

8Uh`Y`cf`XUh`Yg`XYVh`Uk Ug`]bWi ffYX` _____ ·
@Ugh`( X][]hg`cZ`UWWci bh`bi a VYf` _____ ·

=g`h`Y`WUja `gi V'YWh`hc`cZZgYh8
☒ No
☐ Yes

---

3.98 ___ Bcbdf]cf]hmiW'YX]hcf�g bUa Y UbX a U]`]b[ UXXfYgg

ZANCHETTI S.R.L.

VIA EUGENIO CURIEL 13
 20090
ITALY

5g`cZìh`Y`dYh]h]cb`Z]`]b[`XUhY zìì`Y`WUja `]g: _____ $ _____ 31,587.63
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

6Ug]g`Zcf`h`Y`WUja _____ ACCOUNTS PAYABLE _____ ·

8Uh`Y`cf`XUh`Yg`XYVh`Uk Ug`]bWi ffYX` _____ ·
@Ugh`( X][]hg`cZ`UWWci bhbi a VYf` _____ ·

=g`h`Y`WUja `gi V'YWh`hc`cZZgYh8
☒ No
☐ Yes

---

3.99 ___ Bcbdf]cf]hmiW'YX]hcf�g bUa Y UbX a U]`]b[ UXXfYgg

ZINDART MANUFACTURING LTD
UNIT F, 8/F VALIANT INDUSTRIAL, 2-12 AU PUI WAN ST, FO TAN
NEW TERRITORIES
HONG KONG

5g`cZìh`Y`dYh]h]cb`Z]`]b[`XUhY zìì`Y`WUja `]g: _____ $ _____ 10,708.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

6Ug]g`Zcf`h`Y`WUja ___ ACCOUNTS PAYABLE _____ ·

8Uh`Y`cf`XUh`Yg`XYVh`Uk Ug`]bWi ffYX` _____ ·
@Ugh`( X][]hg`cZ`UWWci bhbi a VYf` _____ ·

=g`h`Y`WUja `gi V'YWh`hc`cZZgYh8
☒ No
☐ Yes·

---

3.____ Bcbdf]cf]hmiW'YX]hcf�g bUa Y UbX a U]`]b[ UXXfYgg

5g`cZìh`Y`dYh]h]cb`Z]`]b[`XUhY zìì`Y`WUja `]g: _____ $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

6Ug]g`Zcf`h`Y`WUja . _____ ·

8Uh`Y`cf`XUh`Yg`XYVh`Uk Ug`]bWi ffYX` _____ ·
@Ugh`( X][]hg`cZ`UWWci bhbi a VYf` ___ ___ ___ ___ ·

=g`h`Y`WUja `gi V'YWh`hc`cZZgYh8
☐ No
☐ Yes·

---

3.____ Bcbdf]cf]hmiW'YX]hcf�g bUa Y UbX a U]`]b[ UXXfYgg

5g`cZìh`Y`dYh]h]cb`Z]`]b[`XUhY zìì`Y`WUja `]g: _____ $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

6Ug]g`Zcf`h`Y`WUja . _____ ·

8Uh`Y`cf`XUh`Yg`XYVh`Uk Ug`]bWi ffYX` _____ ·
@Ugh`( X][]hg`cZ`UWWci bhbi a VYf` _____ ·

=g`h`Y`WUja `gi V'YWh`hc`cZZgYh8
☐ No
☐ Yes·

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 1,705.03 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 2,791,801.56 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,793,506.59 |

**Fill in this information to identify the case:**

Debtor name  REVELL INC.

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (If known)  18-10058(KG)                    Chapter  CHAPTER 11

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SOFTWARE MAINTENANCE | 1 WORLD SYNC<br><br>7887 WASHINGTON VLG DR STE 300, DAYTON, OH 45459 |
| | **State the term remaining** | PAY YEARLY | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER/SUPPLIER AGREEMENT | A. B. WHOLESALE CO.<br><br>710 SOUTH COLLEGE AVE., BLUEFIELD, VA, 24605-1639 |
| | **State the term remaining** | ANNUAL AUTO RENEWAL | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER/SUPPLIER AGREEMENT | AARMSTRONGS MCP HOBBY DIS<br><br>6580 VINE COURT - UNIT A, DENVER, CO, 80229 |
| | **State the term remaining** | ANNUAL AUTO RENEWAL | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER/SUPPLIER AGREEMENT | ACE HARDWARE CORPORATION<br><br>2222 KENSINGTON COURT, OAKBROOK, IL, 60523-2100 |
| | **State the term remaining** | ANNUAL AUTO RENEWAL | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SOFTWARE MAINTENANCE | ACOM SOLUTIONS<br><br>2850 E. 29TH STREET, LONG BEACH, CA 90806 |
| | **State the term remaining** | PAY YEARLY | |
| | **List the contract number of any government contract** | | |

Debtor · REVELL INC. · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·   Case number *(if known)*  18-10058(KG) · · · · · · · · · · · · ·
      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6**   State what the contract or lease is for and the nature of the debtor's interest   OUTSIDE SERVICE - ALARM SERVICES<br><br>State the term remaining   PAY QUARTERLY<br><br>List the contract number of any government contract | ADT/TYCO<br><br>P. O. BOX 371967, PITTSBURGH, PA 15250-7967 |
| **2.7**   State what the contract or lease is for and the nature of the debtor's interest   CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining   ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | AEROMODELLI LTDA<br><br>550 -MOEMA 04086-011, SAO PAULO - SP- BRAZIL |
| **2.8**   State what the contract or lease is for and the nature of the debtor's interest   DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN BRAZIL<br><br>State the term remaining   ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | AEROMODELLI LTDA<br><br>550 -MOEMA 04086-011, SAO PAULO - SP- BRAZIL |
| **2.9**   State what the contract or lease is for and the nature of the debtor's interest   DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN BRAZIL<br><br>State the term remaining   ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | AEROMODELLI LTDA<br><br>550 -MOEMA 04086-011, SAO PAULO - SP- BRAZIL |
| **2.10**   State what the contract or lease is for and the nature of the debtor's interest   LICENSING - MACK LOGO AND LIKENESS<br><br>State the term remaining   EXPIRES 12/31/2020<br><br>List the contract number of any government contract | AKTIEBOLAGET VOLVO (PUBL)<br><br>CORPORATE REGISTRATION NUMBER 556012-5790, SE-405 08 GOTEBORG, SWEDEN |
| **2.11**   State what the contract or lease is for and the nature of the debtor's interest   INDEPENDENT MFG / SALES REPRESENTATIVE<br><br>State the term remaining   AT WILL<br><br>List the contract number of any government contract | ALL SEASONS MARKETING<br><br>10001 W ROOSEVELT RD, SUITE 203, WESTCHESTER, IL 60154 |
| **2.12**   State what the contract or lease is for and the nature of the debtor's interest   DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN HONDURAS<br><br>State the term remaining   ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | ALMACENES LADY LEE<br><br>KM 3, BLVG DEL ESTE, SECTOR SATELITE, SAN PEDRO SULA, HONDURAS |

Debtor  REVELL INC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Case number *(if known)* 18-10058(KG) . . . . . . . . . . . .
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

> **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.`13** State what the contract or lease is for and the nature of the debtor's interest — LICENSING - HUMVEE<br><br>State the term remaining — EXPIRES 12/31/2018<br><br>List the contract number of any government contract | AM GENERAL LLC<br><br>GLOBAL ICONS LLC, 12400 WILSHIRE BLVD SUITE 1400, LOS ANGLES CA 90025 |
| **2.`14** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining — ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | AMAZON.COM INC.<br><br>PO BOX 80387, SEATTLE, WA, 98108-0387 |
| **2.`15** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining — ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | AMAZON.COM.CA, INC.<br><br>PO BOX 80387, SEATTLE, WA, 98108-0387 |
| **2.`16** State what the contract or lease is for and the nature of the debtor's interest — LICENSING - VARIOUS MARKINGS<br><br>State the term remaining — SELL OFF PERIOD THROUGH 4/30/18<br><br>List the contract number of any government contract | AMERICAN HONDA MOTOR CO., INC. AND HONDA PATENTS & TECHNOI<br><br>ATTN: BRUCE GARFIELD 1919 TORRANCE BOULEVARD TORRANCE, CA 90501 |
| **2.`17`** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining — ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | ASSOCIATED FOOD STORES<br><br>PO BOX 30430, SALT LAKE CITY, UT, 84130 |
| **2.`18** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining — ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | ATLANTIS MODEL COMPANY<br><br>9 CONNOR LANE, UNIT G, DEER PARK, NY, 11729 |
| **2.`19** State what the contract or lease is for and the nature of the debtor's interest — LICENSING - VARIOUS MARKINGS<br><br>State the term remaining — EXPIRES 12/31/2018<br><br>List the contract number of any government contract | AUTOMOBILI LAMBORGHINI S.P.A.<br><br>40019 SANT' AGATA BOLOGNESE (BO) VIA MODENA 12 ITALY |

Debtor  REVELL INC.
         Name

Case number (if known) 18-10058(KG)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20** **State what the contract or lease is for and the nature of the debtor's interest** INDEPENDENT MFG / SALES REPRESENTATIVE **State the term remaining** AT WILL **List the contract number of any government contract** | AVS MARKETING SPECIALISTS, INC. 825 CHASE AVE., ELK GROVE, IL 60007 |
| **2.21** **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - BAER TRADEMARKS **State the term remaining** EXPIRES 9/21/2021 **List the contract number of any government contract** | BAER BRAKES 2222 W. PEORIA AVENUE PHOENIX, AZ 85029 |
| **2.22** **State what the contract or lease is for and the nature of the debtor's interest** INDEPENDENT MFG / SALES REPRESENTATIVE **State the term remaining** AT WILL **List the contract number of any government contract** | BANGHART-CORIN & ASSOCIATES P.O. BOX 123, POINT LOOKOUT, NY 11569 |
| **2.23** **State what the contract or lease is for and the nature of the debtor's interest** INDEPENDENT MFG / SALES REPRESENTATIVE **State the term remaining** AT WILL **List the contract number of any government contract** | BDC GROUP, INC. 5190 SOM CENTER RD, SOLON, OH 44139 |
| **2.24** **State what the contract or lease is for and the nature of the debtor's interest** INDEPENDENT MFG / SALES REPRESENTATIVE **State the term remaining** AT WILL **List the contract number of any government contract** | BESCO ASSOCIATES 31192 LA BAYA DRIVE, SUITE H, WESTLAKE VILLAGE, CA 91362 |
| **2.25** **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT **State the term remaining** CLOSE DATE: 3/3/2018 **List the contract number of any government contract** | BEST BUY CO., INC. 7601 PENN AVE S, MINNEAPOLIS, MN, 55423 |
| **2.26** **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT **State the term remaining** ANNUAL AUTO RENEWAL **List the contract number of any government contract** | BI-MART CORPORATION PO BOX 2310, EUGENE, OR, 97402 |

Debtor  REVELL INC.
     Name

Case number *(if known)*  18-10058(KG)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.27 **State what the contract or lease is for and the nature of the debtor's interest**  CUSTOMER/SUPPLIER AGREEMENT<br><br>**State the term remaining**  ANNUAL AUTO RENEWAL<br><br>**List the contract number of any government contract** | BLAIN'S FARM & FLEET<br>PO BOX 391, JANESVILLE, WI 53547 |
| 2.28 **State what the contract or lease is for and the nature of the debtor's interest**  LICENSING - BOWLER LOGOS AND LIKENESS<br><br>**State the term remaining**  EXPIRES 9/21/2021<br><br>**List the contract number of any government contract** | BOWLER PERFORMANCE TRANSMISSIONS<br>10885 MAY CHAPEL ROAD LAWRENCEVILLE, IL 62439 |
| 2.29 **State what the contract or lease is for and the nature of the debtor's interest**  LICENSING - FIRESTONE LOGO, FIRESTONE OLP, FIRESTEON WIDE OVAL, FIREHAWK<br><br>**State the term remaining**  EXPIRES 11/1/2020<br><br>**List the contract number of any government contract** | BRIDGESTONE BRANDS, LLC<br>535 MARRIOTT DRIVE, NASHVILLE, TN 37214 |
| 2.30 **State what the contract or lease is for and the nature of the debtor's interest**  BUILDING LEASE<br><br>**State the term remaining**  3/31/2020<br><br>**List the contract number of any government contract** | BURNHAM FORTUNE, LLC<br>440 SOUTH LASALLE STREET, SUITE 3100, CHICAGO, IL 60605 |
| 2.31 **State what the contract or lease is for and the nature of the debtor's interest**  LICENSING - CHIP FOOSE NAME AND LIKENESS AND FOOSE DESIGN TRADEMARKS<br><br>**State the term remaining**  EXPIRES 3/31/2018<br><br>**List the contract number of any government contract** | C. FOOSE DESIGN, INC.<br>C/O REDPHIN PRODUCTIONS, LLC ATTN: CARSON LEV 45 MALLORCA LAGUNA NIGUEL, CA 92677 |
| 2.32 **State what the contract or lease is for and the nature of the debtor's interest**  CUSTOMER/SUPPLIER AGREEMENT<br><br>**State the term remaining**  ANNUAL AUTO RENEWAL<br><br>**List the contract number of any government contract** | CALIFORNIA HOBBY DISTRIBU<br>415 SOUTH PALM AVENUE, ALHAMBRA, CA, 91803-0000 |
| 2.33 **State what the contract or lease is for and the nature of the debtor's interest**  CUSTOMER/SUPPLIER AGREEMENT<br><br>**State the term remaining**  ANNUAL AUTO RENEWAL<br><br>**List the contract number of any government contract** | CAMP OZARK<br>155 CAMP OZARK DRIVE, MOUNT IDA, AR, 71957 |

Debtor    REVELL INC.
          Name

Case number (if known)   18-10058(KG)

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.34 State what the contract or lease is for and the nature of the debtor's interest: LICENSING - VARIOUS MARKINGS<br>State the term remaining: EXPIRES 6/30/2018<br>List the contract number of any government contract | CARROLL SHELBY LICENSING, INC.<br>19021 SOUTH FIGUEROA STREET GARDENA, CA 90248 |
| 2.35 State what the contract or lease is for and the nature of the debtor's interest: INDEPENDENT MFG / SALES REPRESENTATIVE<br>State the term remaining: AT WILL<br>List the contract number of any government contract | CDZ SALES, INC.<br>P.O. BOX 1472, PALM HARBOR, FL 34682 |
| 2.36 State what the contract or lease is for and the nature of the debtor's interest: INDEPENDENT MFG / SALES REPRESENTATIVE<br>State the term remaining: AT WILL<br>List the contract number of any government contract | CHAPMAN-BINGHAM ASSOC INC<br>2050 N. STEMMONS FREEWAY, UNIT 189, DALLAS, TX 75207 |
| 2.37 State what the contract or lease is for and the nature of the debtor's interest: LICENSING - VARIOUS MARKINGS<br>State the term remaining: EXPIRES 12/31/2019<br>List the contract number of any government contract | CHRYSLER GROUP LLC N/K/A FCA US LLC (DM05-000248.1)<br>ATTN: CHIEF TRADEMARK COUNSEL 1000 CHRYSLER DRIVE CIMS 483-02-19 AUBURN HILLS, MI 48326 |
| 2.38 State what the contract or lease is for and the nature of the debtor's interest: OUTSIDE SERVICE - JANITORAL /BUILDING<br>State the term remaining: MONTH-TO-MONTH<br>List the contract number of any government contract | CLEANNET USA<br>9861 BROKEN LAND PKWY-STE 208, COLUMBIA, MD 21046 |
| 2.39 State what the contract or lease is for and the nature of the debtor's interest: IT - EDI VAN/TRANSLATION SERVICE<br>State the term remaining: PAY MONTHLY<br>List the contract number of any government contract | COMMERCE HUB<br>25736 NETWORK PLACE, CHICAGO, IL 60673-1257 |
| 2.40 State what the contract or lease is for and the nature of the debtor's interest: IT - SOFTWARE MAINTENANCE<br>State the term remaining: PAY YEARLY<br>List the contract number of any government contract | COMPUTER AIDED TECH<br>165 ARLINGTON HTS RD STE 101, BUFFALO GROVE, IL 60089 |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  REVELL INC.
        Name

Case number *(if known)*  18-10058(KG)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.41** State what the contract or lease is for and the nature of the debtor's interest: UTILITY - ELECTRICITY<br><br>State the term remaining: MONTH-TO-MONTH<br><br>List the contract number of any government contract | CONSTELLATION NEWENERGY, INC.<br><br>1221 LAMAR ST, SUITE 750, HOUSTON, TX, 77010 |
| **2.42** State what the contract or lease is for and the nature of the debtor's interest: DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN ECUADOR<br><br>State the term remaining: ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | CORPORACION EL ROSADO S.A<br><br>DE OCTUBRE 729 Y BOYACA, GUAYAQUIL, ECUADOR |
| **2.43** State what the contract or lease is for and the nature of the debtor's interest: DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN MEXICO<br><br>State the term remaining: ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | CORPORATIVO VIVE SA DE CV<br><br>EUGENIA 516 PISO 4, COL DEL VALLE CENTRO, C.P. 03100, MEXICO D.F. |
| **2.44** State what the contract or lease is for and the nature of the debtor's interest: CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining: ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | COSTCO WHOLESALE AUSTRALI<br><br>17-21 PARRAMATTA, LIDCOMBE NSW, 2141 |
| **2.45** State what the contract or lease is for and the nature of the debtor's interest: CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining: ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | COSTCO WHOLESALE CANADA<br><br>P O BOX 34622, SEATTLE, WA, 98124-1622 |
| **2.46** State what the contract or lease is for and the nature of the debtor's interest: CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining: ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | COSTCO WHOLESALE MEXICO<br><br>P O BOX 34622, SEATTLE, WA, 98124-1622 |
| **2.47** State what the contract or lease is for and the nature of the debtor's interest: CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining: ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | COSTCO WHOLESALE US<br><br>P O BOX 34622, SEATTLE, WA, 98124-1622 |

Debtor  REVELL INC.
  Name

Case number (if known)  18-10058(KG)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.48** State what the contract or lease is for and the nature of the debtor's interest  DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN S KOREA<br><br>State the term remaining  ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | CRE N JOY<br><br>6TH FLOOR SHIMSHUN #535-127, GASAN DONG, KEUMCHUN-KU, SEOUL, KOREA 153-023 |
| **2.49** State what the contract or lease is for and the nature of the debtor's interest  DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN THAILAND<br><br>State the term remaining  ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | CRYSTAL TRADING CO., LTD.<br><br>95/3 SUKHUMVIT 63 ROAD,  KLONGTON-NUA, VADHANA,  BANGKOK THAILAND |
| **2.50** State what the contract or lease is for and the nature of the debtor's interest  DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN GERMANY<br><br>State the term remaining  ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | CYBER-WEAR HEIDELBERG GMB<br><br>DIESELSTRASSE 2, 69221 DOSSENHEIM GERMANY |
| **2.51** State what the contract or lease is for and the nature of the debtor's interest  LICENSING - DAN FINK NAME, SPEEDWAGON NAME AND VEHICLE DESIGN<br><br>State the term remaining  EXPIRES 3/31/2019<br><br>List the contract number of any government contract | DAN FINK METALWORKS<br><br>ATTN: JOHN WEST 18222 GOTHARD STREET, SUITE A HUNTINGTON BEACH, CA 92648 |
| **2.52** State what the contract or lease is for and the nature of the debtor's interest  LICENSING - AAR NAME, LOGO, DESIGN AND VEHICLE LIKENESS<br><br>State the term remaining  LIFE OF 85-4416 - ONGOING<br><br>List the contract number of any government contract | DAN GURNEY (AAR AKA ALL AMERICAN RACERS)<br><br>ALL AMERICAN RACERS 2334 SOUTH BROADWAY SANTA ANA, CA 92707-3250 |
| **2.53** State what the contract or lease is for and the nature of the debtor's interest  LICENSING - DAVE GLASS '62 CORVETTE GASSER AND SUCH OTHER NAMES, ETC.<br><br>State the term remaining  PERPETUAL<br><br>List the contract number of any government contract | DAVE GLASS<br><br>D&M CORVETTE SPECIALISTS LTD. 1804 OGDEN AVENUE DOWNERS GROVE, IL 60515 |
| **2.54** State what the contract or lease is for and the nature of the debtor's interest  CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining  ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | DENTT DIST.<br><br>4171 MARQUIS WAY, SALT LAKE CITY, UT, 84124 |

Debtor  REVELL INC.
     Name

Case number *(if known)*  18-10058(KG)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.55 **State what the contract or lease is for and the nature of the debtor's interest** — LICENSING - RONNIE SOX NAME, SOX & MARTIN NAMES AND LOGO, AND SOX & MARTIN'S 67 PLYMOUTH GTX<br><br>**State the term remaining** — EXPIRES 12/31/2018<br><br>**List the contract number of any government contract** | DIANE SOX<br><br>1673 INDEPENDENCE CT. RICHMOND, VA 23238 |
| 2.56 **State what the contract or lease is for and the nature of the debtor's interest** — LICENSING - 1964 FORD FAIRLANE THUNDERBOLT VEHICLE DESIGN<br><br>**State the term remaining** — EXPIRES 12/31/2019<br><br>**List the contract number of any government contract** | DICK BRANNAN<br><br>891 HENRY GRADY HWY DAWSONVILLE, GA 30534 |
| 2.57 **State what the contract or lease is for and the nature of the debtor's interest** — CUSTOMER/SUPPLIER AGREEMENT<br><br>**State the term remaining** — ANNUAL AUTO RENEWAL<br><br>**List the contract number of any government contract** | DISCOUNT DRUG MART<br><br>211 COMMERCE DR, MEDINA, OH, 44256- |
| 2.58 **State what the contract or lease is for and the nature of the debtor's interest** — LICENSING - VARIOUS (STAR WARS)<br><br>**State the term remaining** — EXPIRES 12/31/2018<br><br>**List the contract number of any government contract** | DISNEY CONSUMER PRODUCTS, INC.<br><br>ATTN: MANAGER, CONTRACT SERVICES 500 SOUTH BUENA VISTA STREET BURBANK, CA 91521 |
| 2.59 **State what the contract or lease is for and the nature of the debtor's interest** — LICENSING - VARIOUS (CARS) & POTC<br><br>**State the term remaining** — EXPIRES 12/31/2019<br><br>**List the contract number of any government contract** | DISNEY CONSUMER PRODUCTS, INC.<br><br>ATTN: MANAGER, CONTRACT SERVICES 500 SOUTH BUENA VISTA STREET BURBANK, CA 91521 |
| 2.60 **State what the contract or lease is for and the nature of the debtor's interest** — IT - SHARP COPIERS<br><br>**State the term remaining** — MONTH-TO-MONTH<br><br>**List the contract number of any government contract** | DPOE IMAGE FLEX<br><br>P.O. BOX 660831, DALLAS, TEXAS 75266-0831 |
| 2.61 **State what the contract or lease is for and the nature of the debtor's interest** — LICENSING - PORSCHE SCRIPT AND PORSCHE CREST LOGOS AND LIKENESS<br><br>**State the term remaining** — EXPIRES 3/31/2020<br><br>**List the contract number of any government contract** | DR. ING. H.C.F. PORSCHE AKTIENGESELLSCHAFT<br><br>ATTN: DR. THOMAS FISCHER LEGAL DEPARTMENT PORSCHEPLATZ 1 70435 STUTTGART GERMANY |

Debtor  REVELL INC. ·············································                Case number (if known)  18-10058(KG) ···············
　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.`62` **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - 1972 HURST OLDSMOBILE INDY PACE CAR AND 1983 HURST OLDSMOBILE<br><br>**State the term remaining** EXPIRES 12/31/2018<br><br>**List the contract number of any government contract** | DRIVEN PERFORMANCE BRANDS<br>ATTN: NATE SHELTON 100 STONY POINT ROAD SANTA ROSA, CA 95401 |
| 2.`63` **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - EDELBROCK LOGO AND PRODUCT LIKENESS<br><br>**State the term remaining** EXPIRES 9/21/2021<br><br>**List the contract number of any government contract** | EDELBROCK, LLC<br>2700 CALIFORNIA STREET TORRANCE, CA 90503 |
| 2.`64` **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT<br><br>**State the term remaining** ANNUAL AUTO RENEWAL<br><br>**List the contract number of any government contract** | EMERY DISTRIBUTORS, INC.<br>3800 GLOVER RD, EASTON, PA, 18040-9225 |
| 2.`65` **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT<br><br>**State the term remaining** ANNUAL AUTO RENEWAL<br><br>**List the contract number of any government contract** | EVENT NETWORK<br>9606 AERO DR, SUITE 1000, SAN DIEGO, CA, 92123 |
| 2.`66` **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT<br><br>**State the term remaining** ANNUAL AUTO RENEWAL<br><br>**List the contract number of any government contract** | EVERGREEN SUPPLY CO.<br>E. 24 NORA, SPOKANE, WA, 99207-0000 |
| 2.`67` **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - ARTWORK, IMAGES AND COPYRIGHTS ASSOCIATED WITH THE MONSTER JAM TRUCKS<br><br>**State the term remaining** EXPIRES 5/1/2018<br><br>**List the contract number of any government contract** | FELD MOTOR SPORTS<br>4255 MERIDIAN PARKWAY AURORA, IL 60504 |
| 2.`68` **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - FINE MOLDS STAR WARS MODEL KITS<br><br>**State the term remaining** EXPIRES 8/26/2018<br><br>**List the contract number of any government contract** | FINE MOLDS<br>53-2 MATOBA OITSU-CHO TOYOHASHI, AICHI 441-3301 JAPAN |

Debtor  REVELL INC.
        Name

Case number (if known)  18-10058(KG)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.69 **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT<br>**State the term remaining** ANNUAL AUTO RENEWAL<br>**List the contract number of any government contract** | FINKE COMPANY<br>2226 SPRINGBORO ROAD, DAYTON, OH, 45439-0000 |
| 2.70 **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - VARIOUS MARKINGS<br>**State the term remaining** EXPIRES 12/31/2018<br>**List the contract number of any government contract** | FORD MOTOR COMPANY<br>THE AMERICAN ROADDEARBORN, MI 48121 |
| 2.71 **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - FRANK IACONIO NAME AND VEHICLE LIKENESS<br>**State the term remaining** EXPIRES 12/31/2019<br>**List the contract number of any government contract** | FRANK IACONIO SR.<br>250 US HIGHWAY 206 FLANDERS, NJ 07836 |
| 2.72 **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT<br>**State the term remaining** ANNUAL AUTO RENEWAL<br>**List the contract number of any government contract** | FRED MEYER, INC<br>P.O. BOX 305248, NASHVILLE, TN, 37230 |
| 2.73 **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT<br>**State the term remaining** ANNUAL AUTO RENEWAL<br>**List the contract number of any government contract** | GAMESTOP TEXAS LTD.<br>625 WESTPORT PARKWAY, GRAPEVINE, TX, 76051 |
| 2.74 **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - VARIOUS MARKINGS<br>**State the term remaining** EXPIRES 12/31/2018<br>**List the contract number of any government contract** | GENERAL MOTORS LLC<br>NORTH AMERICA OPERATIONS GROUP 100 RENAISSANCE CENTER, DETROIT MICHIGAN 48265-1000 |
| 2.75 **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - SPONSORSHIP AGREEMENT<br>**State the term remaining** EXPIRES 12/31/2018 (AUTO RENEWAL)<br>**List the contract number of any government contract** | GOODGUYS ROD & CUSTOM ASSOC.<br>GOODGUYS ROD & CUSTOM ASSOCIATION 1071 SERPENTINE LANE PLEASANTON, CA 94566 |

Debtor  REVELL INC.                                                                    Case number *(if known)*  18-10058(KG)
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.76 **State what the contract or lease is for and the nature of the debtor's interest**  CUSTOMER/SUPPLIER AGREEMENT<br><br>**State the term remaining**  ANNUAL AUTO RENEWAL<br><br>**List the contract number of any government contract** | GREAT PLANES MODEL DIST.<br><br>P.O. BOX 9021, CHAMPAIGN, IL, 61826-9021 |
| 2.77 **State what the contract or lease is for and the nature of the debtor's interest**  LICENSING - GREEN DOT DESIGN<br><br>**State the term remaining**  EXPIRES 12/31/2018<br><br>**List the contract number of any government contract** | GREEN DOT NORTH AMERICA<br><br>601-26 WELLINGTON STREET EAST TORONTO, ONTARIO M5E 1S2 CANADA |
| 2.78 **State what the contract or lease is for and the nature of the debtor's interest**  IT - ONLINE REPORTING SOFTWARE<br><br>**State the term remaining**  PAY YEARLY<br><br>**List the contract number of any government contract** | GREEN LION DIGITAL<br><br>P. O. BOX 606, WYCKOFF, NJ 07481 |
| 2.79 **State what the contract or lease is for and the nature of the debtor's interest**  INDEPENDENT MFG / SALES REPRESENTATIVE<br><br>**State the term remaining**  AT WILL<br><br>**List the contract number of any government contract** | GREGORY M. MARX<br><br>229 LAKE SHADOW COURT, SUWANEE, GA 30024 |
| 2.80 **State what the contract or lease is for and the nature of the debtor's interest**  IT - SOFTWARE MAINTENANCE BIZ CON<br><br>**State the term remaining**  PAY YEARLY<br><br>**List the contract number of any government contract** | GXS<br><br>9711 WASHINGTON BLVD STE 700, GAITHERSBURG, MD 20878 |
| 2.81 **State what the contract or lease is for and the nature of the debtor's interest**  IT - SOFTWARE MAINTENANCE CPW 2400<br><br>**State the term remaining**  PAY YEARLY<br><br>**List the contract number of any government contract** | GXS<br><br>P. O. BOX 640371, PITTSBURGH, PA 15264-0371 |
| 2.82 **State what the contract or lease is for and the nature of the debtor's interest**  DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN RUSSIA<br><br>**State the term remaining**  ANNUAL AUTO RENEWAL<br><br>**List the contract number of any government contract** | H0BBY CENTER (RUSSIA)<br><br>SOKOLOVO MECHERSKAYA 14,  MOSCOW, RUSSIA  225466 |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor   REVELL INC.                                              Case number (if known)   18-10058(KG)
　　　　 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.83** State what the contract or lease is for and the nature of the debtor's interest: DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN JAPAN<br><br>State the term remaining: ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | HASEGAWA CORPORATION<br><br>3-1-2 YAGUSU, SHIZUOKA, YAIZU 425-0051 JAPAN |
| **2.84** State what the contract or lease is for and the nature of the debtor's interest: CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining: ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | HEARTLAND HOBBY WHOLESALE<br><br>6929 SEWARD AVENUE, LINCOLN, NE, 68507 |
| **2.85** State what the contract or lease is for and the nature of the debtor's interest: CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining: ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | HOBBIES UNLIMITED<br><br>73 SNAKE HILL RD., N. SCITUATE, RI, 02857-0000 |
| **2.86** State what the contract or lease is for and the nature of the debtor's interest: CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining: ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | HOBBY AND TOY CENTRAL<br><br>4500 KING ST EAST, UNIT 1, KITCHENER, CANADA, N2P 2G4 |
| **2.87** State what the contract or lease is for and the nature of the debtor's interest: CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining: ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | HOBBY SHACK<br><br>18480 BANDILIER CIRCLE, FOUNTAIN VALLEY, CA, 92728-8610 |
| **2.88** State what the contract or lease is for and the nature of the debtor's interest: CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining: ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | HOBBYTYME DISTRIBUTORS IN<br><br>64 C OAKLAND AVE., EAST HARTFORD, CT, 06108-0000 |
| **2.89** State what the contract or lease is for and the nature of the debtor's interest: LICENSING - VARIOUS MARKINGS<br><br>State the term remaining: EXPIRES 12/31/2019<br><br>List the contract number of any government contract | HULMAN MOTORSPORTS PROPERTIES, LLC<br><br>ATTN: GENERAL COUNSEL 4790 W. 16TH STREET INDIANAPOLIS, IN 46222 |

Debtor    REVELL INC.                                              Case number *(if known)*  18-10058(KG)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2. 90** **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - SURFITE DESIGN AND ED ROTH NAME AND SIGNATURE **State the term remaining** EXPIRES 12/31/2018 **List the contract number of any government contract** | ILENE ROTH ED ROTH INC. 404 EAST 300 NORTH MANTI, UT 84642 |
| **2. 91** **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - ED ROTH '57 CHEVY VEHICLE DESIGN, ED ROTH NAME, LIKENESS AND SIGNATURE **State the term remaining** EXPIRES 12/31/2019 **List the contract number of any government contract** | ILENE ROTH ED ROTH INC. 404 EAST 300 NORTH MANTI, UT 84642 |
| **2. 92** **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - ED ROTH'S RAT FINK DESIGN, ED ROTH'S NAME, LIKENESS AND SIGNATURE **State the term remaining** EXPIRES 12/31/2019 **List the contract number of any government contract** | ILENE ROTH ED ROTH INC. 404 EAST 300 NORTH MANTI, UT 84642 |
| **2. 93** **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - TWEEDY PIE DESIGN AND NAME, ED ROTH NAME AND SIGNATURE **State the term remaining** EXPIRES 12/31/2019 **List the contract number of any government contract** | ILENE ROTH ED ROTH INC. 404 EAST 300 NORTH MANTI, UT 84642 |
| **2. 94** **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - DRAG NUT NAME AND VEHICLE DESIGN, RAT FINK NAME AND CHARACTER DESIGN, ED ROTH'S NAME, LIKENESS AND **State the term remaining** EXPIRES 6/30/2019 **List the contract number of any government contract** | ILENE ROTH ED ROTH INC. 404 EAST 300 NORTH MANTI, UT 84642 |
| **2. 95** **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN MEXICO **State the term remaining** ANNUAL AUTO RENEWAL **List the contract number of any government contract** | IMPORTACIONES FACTUM SA MARIO PANI #200 SANTA FE,  CUAJIMPALA MEXICO D.F.  MEXICO CITY DF 05348 |
| **2. 96** **State what the contract or lease is for and the nature of the debtor's interest** IT - SOFTWARE MAINTENANCE **State the term remaining** PAY YEARLY **List the contract number of any government contract** | INFOR (US) INC. 13560 MORRIS RD - STE 4100, MINNEAPOLIS, MN 55485-7418 |

Debtor  REVELL INC.
       Name

Case number *(if known)*  18-10058(KG)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.´97** **State what the contract or lease is for and the nature of the debtor's interest** INDEPENDENT MFG / SALES REPRESENTATIVE<br>**State the term remaining** AT WILL<br>**List the contract number of any government contract** | INTERMARKET ENTERPRISES<br>830 W. RT. 22, BOX 131, LAKE ZURICH, IL 60047 |
| **2.´98** **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN CALI COLOMBIA<br>**State the term remaining** ANNUAL AUTO RENEWAL<br>**List the contract number of any government contract** | INTL EXPORT BUREAU<br>CARRERA 100 #5-169 LOCAL 317, UNICENTRO CALI,  CALI COLOMBIA |
| **2.´99** **State what the contract or lease is for and the nature of the debtor's interest** IT - SOFTWARE MAINTENANCE<br>**State the term remaining** PAY YEARLY<br>**List the contract number of any government contract** | JDA SOFTWARE INC.<br>15059 N. SCOTTSDALE RD - STE 400, SCOTTSDALE, AZ 85254 |
| **2.´100** **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT<br>**State the term remaining** ANNUAL AUTO RENEWAL<br>**List the contract number of any government contract** | JO-ANN STORES, LLC<br>5555 DARROW RD, HUDSON, OH 44236 |
| **2.´101** **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT<br>**State the term remaining** ANNUAL AUTO RENEWAL<br>**List the contract number of any government contract** | K MART CORPORATION<br>P.O. BOX 7066, TROY, MI, 48007-7066 |
| **2.´102** **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT<br>**State the term remaining** ANNUAL AUTO RENEWAL<br>**List the contract number of any government contract** | KOHL'S DEPT STORES<br>P.O BOX 359, MILWAUKEE, WI, 53201 |
| **2.´103** **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT<br>**State the term remaining** ANNUAL AUTO RENEWAL<br>**List the contract number of any government contract** | KROEGER INC.<br>455 FINCHDENE SQUARE, SCARBOROUGH, ON, M1X 1B7 |

Debtor  REVELL INC.                                                          Case number (if known) 18-10058(KG)
                Name

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | IT - SOFTWARE MAINTENANCE | KUBOTEX<br><br>2 MOUNT ROYAL AVE - STE 500, MARLBOROUGH, MA 01752 |
| | State the term remaining | PAY YEARLY | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING - LINDA VAUGHN NAME AND LIKENESS, PRE-PAINTED FIGURE OF LINDA VAUGHN | LINDA VAUGHN<br><br>32592 SEVEN SEAS DR. DANA POINT, CA 92629 |
| | State the term remaining | EXPIRES 12/31/2018 | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING - VARIOUS MARKINGS | LOCKHEED MARTIN CORPORATION<br><br>LOCKHEED MARTIN CORPORATION 6801 ROCKLEDGE DRIVE, BETHESDA, MARYLAND 20817 |
| | State the term remaining | EXPIRES 12/31/2018 | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN MEXICO | LUIS GONZAGA OBREGON ZETINA<br><br>COSCOMATE #49, COLONIA BOSQUES DE TETLAMEYA, CIUDAD DE MEXICO, MEXICO |
| | State the term remaining | ANNUAL AUTO RENEWAL | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT MFG / SALES REPRESENTATIVE | M 2 SALES<br><br>3001 KNOX STREET STE 206, DALLAS, TX 75205 |
| | State the term remaining | AT WILL | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | OUTSIDE SERVICE - MAIL MACHINE LEASE | MAIL FINANCE<br><br>478 WHEELERS FARMS ROAD, MILFORD, CT 06461 |
| | State the term remaining | PAY QUARTERLY | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING - 1988 FORD THUNDERBIRD AND MATT & DEBBIE HAY NAME, LIKENESS, LOGOS AND PAINT SCHEME | MATT HAY<br><br>4171 WEST VICTORIA LANE CHANDLE, AZ 85226 |
| | State the term remaining | EXPIRES 12/31/2018 | |
| | List the contract number of any government contract | | |

Debtor   REVELL INC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Case number *(if known)*   18-10058(KG) . . . . . . . . . . . . .
　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.111** State what the contract or lease is for and the nature of the debtor's interest — LICENSING - MAZDA LOGOS AND LIKENESS<br><br>State the term remaining — AUTO RENEWAL JULY 2018<br><br>List the contract number of any government contract | MAZDA ACE CO., LTD.<br><br>3-1 SHINCHI FUCHU-CHO AKI-GUN, HOROSHIMA JAPANA |
| **2.112** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining — ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | MEIJER, INC.<br><br>PO BOX X, GRAND RAPIDS, MI, 49501 |
| **2.113** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining — ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | MID-STATES DISTR COMPANY<br><br>P.O. BOX 64537, ST. PAUL, MN, 55164-0000 |
| **2.114** State what the contract or lease is for and the nature of the debtor's interest — LICENSING - 1941 STONE, WOODS AND COOK WILLYS COMPETITION COUPE<br><br>State the term remaining — EXPIRES 12/31/2018<br><br>List the contract number of any government contract | MIKE COOK<br><br>2955 BRONCO LANE NORCO, CA 91760 |
| **2.115** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining — ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | MILITARY MODEL<br><br>1115 CROWLEY DRIVE, CARROLLTON, TX, 75006-1312 |
| **2.116** State what the contract or lease is for and the nature of the debtor's interest — LICENSING - MITSUBISHI ECLIPSE<br><br>State the term remaining — AUTO RENEWAL NOVEMBER 2018<br><br>List the contract number of any government contract | MITSUBISHI MOTORS CORPORATION<br><br>MITSUBISHI MOTORS CORPORATION INTELLECTUAL PROPERTY DEPT. 33-8, SHIBA 5-CHOME, MINATO-KU, TOKYO JAPAN |
| **2.117** State what the contract or lease is for and the nature of the debtor's interest — CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining — ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | MMP, LLC<br><br>8700 TURNPIKE DRIVE, SUITE #450166, WESTMINSTER, CO, 80031 |

Debtor  REVELL INC.                                              Case number *(if known)*  18-10058(KG)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.118**

State what the contract or lease is for and the nature of the debtor's interest: DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN PERU

State the term remaining: ANNUAL AUTO RENEWAL

List the contract number of any government contract:

MODELS CENTER S.R.L

CALLE BOLIVAE 161-1,  LIMA, PERU

---

**2.119**

State what the contract or lease is for and the nature of the debtor's interest: INDEPENDENT MFG / SALES REPRESENTATIVE

State the term remaining: AT WILL

List the contract number of any government contract:

MOUNTAIN STATE SALES

1812 W. CALEY AVENUE, LITTLETON, CO 80120

---

**2.120**

State what the contract or lease is for and the nature of the debtor's interest: DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN SANTIAGO, CHILE

State the term remaining: ANNUAL AUTO RENEWAL

List the contract number of any government contract:

MPM SA

LOS HILANDEROS 8557 , LA REINA, SANTIAGO, CHILE

---

**2.121**

State what the contract or lease is for and the nature of the debtor's interest: DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN PARAGUAY

State the term remaining: ANNUAL AUTO RENEWAL

List the contract number of any government contract:

MUNDIMASTER S.A.

RUTA 5 C/AV. INTERNACIONAL,  PEDRO JUAN CABALLERO, PARAGUAY

---

**2.122**

State what the contract or lease is for and the nature of the debtor's interest: LICENSING - HENDRICK MOTORSPORTS LLC/HGJ LICENSING, LLC, JRM LICENSING LLC, AND PENSKE RACING SOUTH INC. LOGOS AND

State the term remaining: SELL OFF PERIOD THROUGH 12/31/18

List the contract number of any government contract:

NASCAR TEAM PROPERTIES

550 SOUTH CALDWELL, SUITE 2000 CHARLOTTE, NC 28202

---

**2.123**

State what the contract or lease is for and the nature of the debtor's interest: LICENSING - NASCAR, INC. AND STEWART HAAS RACING, INC. LOGOS AND PRODUCT LIKENESS

State the term remaining: SELL OFF PERIOD THROUGH 12/31/18

List the contract number of any government contract:

NASCAR TEAM PROPERTIES

550 SOUTH CALDWELL, SUITE 2000 CHARLOTTE, NC 28202

---

**2.124**

State what the contract or lease is for and the nature of the debtor's interest: LICENSING - SPONSORSHIP AGREEMENT

State the term remaining: EXPIRES 8/5/2018

List the contract number of any government contract:

NATIONAL STREET ROD ASSOCIATION

NATIONAL STREET ROD ASSOCIATION, 2058 SUMMITVIEW DRIVE, LONGMONT, CO 80504-7761,

---

Debtor  REVELL INC.
        Name

Case number (if known)  18-10058(KG)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER/SUPPLIER AGREEMENT | NEWMAN BEAMIS |
|---|---|---|---|
| | | | 731 ROUTE 1, NEWCASTLE, ME, 04553 |
| | State the term remaining | ANNUAL AUTO RENEWAL | |
| | List the contract number of any government contract | | |

| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING - 1967 NICKEY CAMARO RS LIKENESS | NICKEY PERFORMANCE, INC. |
|---|---|---|---|
| | | | 1930 DEAN STREET ST. CHARLES, IL 60174 |
| | State the term remaining | EXPIRES 12/31/2018 | |
| | List the contract number of any government contract | | |

| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING - VARIOUS MARKINGS | NORTHROP GRUMMAN SYSTEMS CORPORATION |
|---|---|---|---|
| | | | 2980 FAIRVIEW PARK DRIVE FALLS CHURCH, VA 22042 |
| | State the term remaining | EXPIRES 6/30/2019 | |
| | List the contract number of any government contract | | |

| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT MFG / SALES REPRESENTATIVE | O'KEEFE COMPANY |
|---|---|---|---|
| | | | 121 3RD STREET EAST, SUITE #240, HASTINGS, MN 55033 |
| | State the term remaining | AT WILL | |
| | List the contract number of any government contract | | |

| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER/SUPPLIER AGREEMENT | P.M. HANSEN LTD. |
|---|---|---|---|
| | | | 4-11191 HORSESHOE WAY, RICHMOND, BC, V7A 4S5 |
| | State the term remaining | ANNUAL AUTO RENEWAL | |
| | List the contract number of any government contract | | |

| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING - KENWORTH AND PETERBILT TRADEMARKS AND TRUCK DESIGNS | PACCAR INC. |
|---|---|---|---|
| | | | ATTN: LAW DEPARTMENT 777-106TH AVENUE N.E. P.O. BOX 1518 BELLEVUE, WA 98004 |
| | State the term remaining | EXPIRES 1/31/2020 | |
| | List the contract number of any government contract | | |

| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER/SUPPLIER AGREEMENT | PACIFIC HISTORIC PARKS |
|---|---|---|---|
| | | | 94-1187 KA UKA BLVD, WAIPAHU, HI, 96797 |
| | State the term remaining | ANNUAL AUTO RENEWAL | |
| | List the contract number of any government contract | | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor   REVELL INC.
         Name
                                                    Case number (if known)   18-10058(KG)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.132 **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - THEATRICAL MOTION PICTURE ENTITLED "GREASE" <br> **State the term remaining** EXPIRES 12/31/2020 <br> **List the contract number of any government contract** | PARAMOUNT LICENSING INC. <br><br> 5555 MELROSE AVENUE LOS ANGELES, CA 90038 |
| 2.133 **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN PARAGUAY <br> **State the term remaining** ANNUAL AUTO RENEWAL <br> **List the contract number of any government contract** | PICI S.R.L. <br><br> ST. STA CRUZ DE LA SIERRA, 3525 C/AVE MADAM LYNCH, ASUNCION PARAGUAY |
| 2.134 **State what the contract or lease is for and the nature of the debtor's interest** IT - SOFTWARE DBU MAINTENANCE <br> **State the term remaining** PAY YEARLY <br> **List the contract number of any government contract** | PRO DATA <br><br> 2809 S. 160TH ST-STE 401, OMAHA, NE 68130 |
| 2.135 **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - 1971 BAJA BRONCO VEHICLE DESIGN AND BILL STROPPE NAME AND LIKENESS <br> **State the term remaining** EXPIRES 12/31/2019 <br> **List the contract number of any government contract** | PROFILES MARKETING GROUP <br><br> P.O. BOX 30159 KNOXVILLE, TN 37930 |
| 2.136 **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN GERMANY <br> **State the term remaining** ANNUAL AUTO RENEWAL <br> **List the contract number of any government contract** | REVELL GMBH <br><br> HENSCHELSTRASSE 20-30, BUNDE, GERMANY, 32257 |
| 2.137 **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN GERMANY <br> **State the term remaining** ANNUAL AUTO RENEWAL <br> **List the contract number of any government contract** | REVELL GMBH - TOYROCK OY <br><br> HENSCHELSTRASSE 20-30, BUNDE, GERMANY, 32257 |
| 2.138 **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN GERMANY <br> **State the term remaining** ANNUAL AUTO RENEWAL <br> **List the contract number of any government contract** | REVELL GMBH CREATIVE MODL <br><br> HENSCHELSTRASSE 20-30, BUNDE, GERMANY, 32257 |

Debtor  REVELL INC. .................................................
     Name

Case number (*if known*)  18-10058(KG) ...............

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.139 **State what the contract or lease is for and the nature of the debtor's interest**<br>DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN GERMANY<br>**State the term remaining**<br>ANNUAL AUTO RENEWAL<br>**List the contract number of any government contract** | REVELL GMBH H.G. HANNANT<br>HENSCHELSTRASSE 20-30, BUNDE, GERMANY, 32257 |
| 2.140 **State what the contract or lease is for and the nature of the debtor's interest**<br>DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN GERMANY<br>**State the term remaining**<br>ANNUAL AUTO RENEWAL<br>**List the contract number of any government contract** | REVELL GMBH- NORDIC HOBBY<br>HENSCHELSTRASSE 20-30, BUNDE, GERMANY, 32257 |
| 2.141 **State what the contract or lease is for and the nature of the debtor's interest**<br>DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN GERMANY<br>**State the term remaining**<br>ANNUAL AUTO RENEWAL<br>**List the contract number of any government contract** | REVELL GMBH-SWEDN<br>HENSCHELSTRASSE 20-30, BUNDE, GERMANY, 32257 |
| 2.142 **State what the contract or lease is for and the nature of the debtor's interest**<br>LICENSING - LIKENESS RELATING TO HAWAIIAN FUNNY CAR, HAWAIIAN NAME, ROLAND LEONG NAME. AND SUCH OTHER NAMES AND LOGOS<br>**State the term remaining**<br>SELL OFF PERIOD THROUGH 6/28/18<br>**List the contract number of any government contract** | ROLAND LEONG<br>R.L. RACING ENT. INC. 12471 SANFORD ST. LOS ANGELES, CA 90066 |
| 2.143 **State what the contract or lease is for and the nature of the debtor's interest**<br>ROYALTY - ROUND2 PAYS ROYALTIES TO REVELL FOR USE OF REVELL LOGO AND WORD MARK USED ON TWO (2) ROUND 2 PRODUCTS<br>**State the term remaining**<br>ENDS WITH 30 DAYS WRITTEN NOTICE FROM REV<br>**List the contract number of any government contract** | ROUND 2, LLC<br>4073 MEGHAN BEELER CT., SOUTH BEND, IN 46628 |
| 2.144 **State what the contract or lease is for and the nature of the debtor's interest**<br>LICENSING - ROUSH LOGO<br>**State the term remaining**<br>EXPIRES 9/21/2021<br>**List the contract number of any government contract** | ROUSH ENTERPRISES, INC.<br>12447 LEVAN RD. LIVONIA, MI 48150 |
| 2.145 **State what the contract or lease is for and the nature of the debtor's interest**<br>DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN CHINA<br>**State the term remaining**<br>ANNUAL AUTO RENEWAL<br>**List the contract number of any government contract** | RV & KM PARTNERS<br>24/F, FLAT H, PHASE 2, KINGSFORD INDUSTRIAL BLDG, 26-32 KWAI CHUNG HEI ST, KUA CHUNG, NT HONG KONG |

Debtor  REVELL INC.
     Name

Case number *(if known)*  18-10058(KG)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.146 **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT<br><br>**State the term remaining** ANNUAL AUTO RENEWAL<br><br>**List the contract number of any government contract** | S & S DISTRIBUTORS<br><br>153 MILLENIUM ROAD, AULANDER, NC, 27805 |
| 2.147 **State what the contract or lease is for and the nature of the debtor's interest** INDEPENDENT MFG / SALES REPRESENTATIVE<br><br>**State the term remaining** AT WILL<br><br>**List the contract number of any government contract** | S&S SALES<br><br>1866 BERKSHIRE LN., PLYMOUTH, MN 55441 |
| 2.148 **State what the contract or lease is for and the nature of the debtor's interest** IT - FAS SOFTWARE MAINTENANCE<br><br>**State the term remaining** PAY YEARLY<br><br>**List the contract number of any government contract** | SAGE<br><br>P.O. BOX 404927, ATLANTA, GA 30384 |
| 2.149 **State what the contract or lease is for and the nature of the debtor's interest** UTILITY - ISDN PRIME (PRI)<br><br>**State the term remaining** MONTH-TO-MONTH<br><br>**List the contract number of any government contract** | SBC GLOBAL SERVICES, INC. DBA AT&T GLOBAL SERVICES<br><br>AT&T CONTRACT MANAGEMENT, 255 W RANDOLPH 9C, CHICAGO, IL 60606 |
| 2.150 **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - CLASS TELEVISION SERIES ENTITLED "STARSKY & HUTCH"<br><br>**State the term remaining** SELL OFF PERIOD THROUGH 3/30/18 AND 2018 RENEWAL IN PROGRESS<br><br>**List the contract number of any government contract** | SONY PICTURES TELEVISION INC.<br><br>ATTN: CHRIS VAN AMBURG, SVP FRANCHISE MARKETING 10202 W. WASHINGTON BLVD. CULVER CITY, CA 90232 |
| 2.151 **State what the contract or lease is for and the nature of the debtor's interest** OUTSIDE SERVICE - EMERGENCY OXYGEN MAINTENACE<br><br>**State the term remaining** PAY YEARLY<br><br>**List the contract number of any government contract** | SOS TECHNOLOGIES<br><br>4900 N. ELSTON AVENUE, CHICAGO, IL 60630 |
| 2.152 **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT<br><br>**State the term remaining** ANNUAL AUTO RENEWAL<br><br>**List the contract number of any government contract** | SOUTHERN MODEL SUPPLIES<br><br>35 BENNET AVENUE, MELROSE PARK SA 5039 AUSTRALIA |

Debtor  REVELL INC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Case number (*if known*)  18-10058(KG) . . . . . . . . . . . . .
　　　　　 Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.**153** **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN MELROSE PARK, AUSTRALIA <br> **State the term remaining** ANNUAL AUTO RENEWAL <br> **List the contract number of any government contract** | SOUTHERN MODEL SUPPLIES <br><br> 35 BENNET AVENUE, MELROSE PARK SA 5039 AUSTRALIA |
| 2.**154** **State what the contract or lease is for and the nature of the debtor's interest** DISTRIBUTION - AUTHORIZED TO EXCLUSIVELY DISTRIBUTE REVELL IN AUSTRALIA <br> **State the term remaining** ANNUAL AUTO RENEWAL <br> **List the contract number of any government contract** | SOUTHERN MODEL SUPPLIES <br><br> 35 BENNET AVENUE, MELROSE PARK SA 5039 AUSTRALIA |
| 2.**155** **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT <br> **State the term remaining** ANNUAL AUTO RENEWAL <br> **List the contract number of any government contract** | SPECIALTY JETS UNLTD. <br><br> 21103-108 AVE NW, EDMONTON, ALBERTA, EDMONTON, AB, T5S 1X3 |
| 2.**156** **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT <br> **State the term remaining** ANNUAL AUTO RENEWAL <br> **List the contract number of any government contract** | STEVENS INTERNATIONAL <br><br> P.O. BOX 126, 706 N WHITE HORSE PIKE, MAGNOLIA, NJ, 08049-0000 |
| 2.**157** **State what the contract or lease is for and the nature of the debtor's interest** INDEPENDENT MFG / SALES REPRESENTATIVE <br> **State the term remaining** AT WILL <br> **List the contract number of any government contract** | STRATEGIC MARKETING PARTNERS, INC. <br><br> PARTNERS INC., 5781 LOIS LANE, PLANO, TX 75024 |
| 2.**158** **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER/SUPPLIER AGREEMENT <br> **State the term remaining** ANNUAL AUTO RENEWAL <br> **List the contract number of any government contract** | SUMMIT RACING EQUIPMENT <br><br> CORP OFFICE/EASTERN WHSE, P.O. BOX 909, AKRON, OH, 44309-0909 |
| 2.**159** **State what the contract or lease is for and the nature of the debtor's interest** LICENSING - 1969 CHEVY NOVA YENKO VEHICLE DESIGN, 1969 CHEVY CAMARO YENKO VEHICLE DESIGN, AND YENKO TRADEMARK <br> **State the term remaining** EXPIRES 12/31/2019 <br> **List the contract number of any government contract** | SUPERCAR COLLECTIBLES, LTD. <br><br> ATTN: SCOTT DAHLBERG 11760 JUSTEN CIRCLE, UNIT E MAPLE GROVE, MN 55369 |

Debtor  REVELL INC. .............................................................
      Name

Case number (if known)  18-10058(KG) ...............

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.160** State what the contract or lease is for and the nature of the debtor's interest: IT - SOFTWARE MAINTENANCE<br><br>State the term remaining: PAY YEARLY<br><br>List the contract number of any government contract | T. L. ASHFORD<br><br>525 WEST FIFTH STREET, COVINGTON, KY 41011 |
| **2.161** State what the contract or lease is for and the nature of the debtor's interest: CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining: ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | TARGET NORTHERN OPER.CTR.<br><br>P.O. BOX 59251, MINNEAPOLIS, MN 55459-0251 |
| **2.162** State what the contract or lease is for and the nature of the debtor's interest: INDEPENDENT MFG / SALES REPRESENTATIVE<br><br>State the term remaining: AT WILL<br><br>List the contract number of any government contract | TERRY TOYS, INC.<br><br>P.O. BOX 10069, 1735 KIPLING AVE, ETOBICOKE, ON, CN M9R 4E2 |
| **2.163** State what the contract or lease is for and the nature of the debtor's interest: LICENSING - VARIOUS MARKINGS<br><br>State the term remaining: EXPIRES 12/31/2018<br><br>List the contract number of any government contract | TEXTRON INNOVATIONS INC.<br><br>TEXTRON INNOVATIONS INC. 40 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02903 |
| **2.164** State what the contract or lease is for and the nature of the debtor's interest: LICENSING - THE WRIGHT BROTHERS BRAND LOGOTYPE AND THE WRIGHT FLYER DUAL WINGS ICON<br><br>State the term remaining: EXPIRES 3/31/2020<br><br>List the contract number of any government contract | THE WRIGHT BROTHERS USA, LLC<br><br>ATTN: KENNETH A. BOTTS, PRESIDENT 123 WEBSTER STREET, STUDIO 1A FIREFLY BUILDING DAYTON, OH 45402 |
| **2.165** State what the contract or lease is for and the nature of the debtor's interest: LICENSING - BAJA BANDITO, ROMMEL'S ROD<br><br>State the term remaining: 2/1/2018 - 12/31/2020<br><br>List the contract number of any government contract | TOM DANIEL<br><br>2165 S. POWELL DRIVE KANAB, UT 84741 |
| **2.166** State what the contract or lease is for and the nature of the debtor's interest: LICENSING - BAJA BANDITO, ROMMEL'S ROD<br><br>State the term remaining: 2/1/2018 - 12/31/2020<br><br>List the contract number of any government contract | TOM DANIEL<br><br>2165 S. POWELL DRIVE KANAB, UT 84741 |

Debtor  REVELL INC.                                                    Case number *(if known)*  18-10058(KG)
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.167 State what the contract or lease is for and the nature of the debtor's interest **LICENSING - JINX EXPRESS**<br><br>State the term remaining **EXPIRES 3/31/2019**<br><br>List the contract number of any government contract | TOM DANIEL<br><br>2165 S. POWELL DRIVE KANAB, UT 84741 |
| 2.168 State what the contract or lease is for and the nature of the debtor's interest **LICENSING - TD NAME, SIGNATURE, GRIM REAPER**<br><br>State the term remaining **EXPIRES 6/30/2018**<br><br>List the contract number of any government contract | TOM DANIEL<br><br>2165 S. POWELL DRIVE KANAB, UT 84741 |
| 2.169 State what the contract or lease is for and the nature of the debtor's interest **LICENSING - TD NAME, SIGNATURE, PADDY WAGON & COP OUT**<br><br>State the term remaining **SELL OFF PERIOD THROUGH 6/28/18**<br><br>List the contract number of any government contract | TOM DANIEL<br><br>2165 S. POWELL DRIVE KANAB, UT 84741 |
| 2.170 State what the contract or lease is for and the nature of the debtor's interest **LICENSING - TOMMY IVO NAME AND LIKENESS, AND PRE-PAINTED FIGURE OF TOMMY IVO**<br><br>State the term remaining **EXPIRES 12/31/2018**<br><br>List the contract number of any government contract | TOMMY IVO<br><br>247 SO. ORCHARD DRIVE BURBANK, CA 91506 |
| 2.171 State what the contract or lease is for and the nature of the debtor's interest **DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN S AFRICA**<br><br>State the term remaining **ANNUAL AUTO RENEWAL**<br><br>List the contract number of any government contract | TOOL & PROFESSIONAL SVCS<br><br>27 WALNUT AVE, BREAUNANDA, JOHANNESBURG, 1739, SOUTH AFRICA |
| 2.172 State what the contract or lease is for and the nature of the debtor's interest **LICENSING - ZZ TOP LOGOS AND LIKENESS**<br><br>State the term remaining **EXPIRES 12/31/2019**<br><br>List the contract number of any government contract | TOWER TOP TOURS, INC.<br><br>C/O EPIC RIGHTS, INC. ATTN: MEGHAN MERNIN 8730 SUNSET BLVD., SUITE 500 WEST HOLLYWOOD, CA 90069 |
| 2.173 State what the contract or lease is for and the nature of the debtor's interest **INDEPENDENT MFG / SALES REPRESENTATIVE**<br><br>State the term remaining **AT WILL**<br><br>List the contract number of any government contract | TOYCO INC.<br><br>12108 SUMMER MEADOW DRIVE, LAKEWOOD RANCH, FL 34202 |

Schedule G: Executory Contracts and Unexpired Leases

Debtor  REVELL INC.
        Name

Case number (if known)  18-10058(KG)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER/SUPPLIER AGREEMENT | TOYS 'R' US<br><br>ONE GEOFFREY WAY, WAYNE, NJ, 07470-2030 |
| | **State the term remaining** | ANNUAL AUTO RENEWAL | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN NAUCALPAN | TRENES, S.A. DE C.V.<br><br>CIRCUITO CENTRO COMERCIAL , 2251 LOCAL L-C 137, NAUCALPAN MEXICO 53100 |
| | **State the term remaining** | ANNUAL AUTO RENEWAL | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN NEW ZEALAND | TREVOR BRINGANS, LTD.<br><br>PO BOX 76-156, 3 RYAN PLACE, MANUKAU CITY, AUCKLAND, NEW ZEALAND 2104 |
| | **State the term remaining** | ANNUAL AUTO RENEWAL | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION - AUTHORIZED TO DISTRIBUTE REVELL IN NEW ZEALAND | TREVOR BRINGANS, LTD.<br><br>PO BOX 76-156, 3 RYAN PLACE, MANUKAU CITY, AUCKLAND, NEW ZEALAND 2104 |
| | **State the term remaining** | ANNUAL AUTO RENEWAL | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | IT - SUPPORT CREO ESSENTIALS | TRI STAR INC.<br><br>3740 E. LASALLE STREET, PHOENIX, AZ 85040 |
| | **State the term remaining** | PAY YEARLY | |
| | **List the contract number of any government contract** | | |
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING - BLUE ANGELS DESIGN, SCRIPT, AND LIKENESS AND ALL NAVAL AVIATION SQUADRON NAMES AND LOGOS AND NAVY EXPIRES 12/31/2019 | U.S. DEPARTMENT OF THE NAVY<br><br>ATTN: NAVAL AVIATION TRADEMARK LICENSING PROGRAM CHIEF OF NAVAL AIR TRAINING 250 LEXINGTON BLVD., SUITE 117 CORPUS CHRISTI, TX 78419 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER/SUPPLIER AGREEMENT | UNITED HARDWARE DISTR CO.<br><br>PO BOX 410, MINNEAPOLIS, MN, 55440 |
| | **State the term remaining** | ANNUAL AUTO RENEWAL | |
| | **List the contract number of any government contract** | | |

Debtor  REVELL INC.
      Name

Case number *(if known)*  18-10058(KG)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.181 **State what the contract or lease is for and the nature of the debtor's interest**<br>LICENSING - 1977 LIVE-ACTION THEATRICAL MOTION PICTURE ENTITLED "SMOKEY AND THE BANDIT"<br>**State the term remaining**<br>SELL OFF PERIOD THROUGH 3/31/18 AND 2018 RENEWAL IN PROGRESS<br>**List the contract number of any government contract** | UNIVERSAL STUDIOS LICENSING LLC<br><br>UNIVERSAL STUDIOS, LICENSING LLC, FILE 50789 F&L# 116056.01, LOS ANGELES, CA 90074-0789 |
| 2.182 **State what the contract or lease is for and the nature of the debtor's interest**<br>LICENSING - VARIOUS RELATED TO FAST & FURIOUS FRANCHISE<br>**State the term remaining**<br>SELL OFF PERIOD THROUGH 3/31/18 AND 2018 RENEWAL IN PROGRESS<br>**List the contract number of any government contract** | UNIVERSAL STUDIOS LICENSING LLC<br><br>UNIVERSAL STUDIOS, LICENSING LLC, F&L #117735.01 FILE 50789, LOS ANGELES, CA 90074-0789 |
| 2.183 **State what the contract or lease is for and the nature of the debtor's interest**<br>CUSTOMER/SUPPLIER AGREEMENT<br>**State the term remaining**<br>ANNUAL AUTO RENEWAL<br>**List the contract number of any government contract** | VALLEY TRADING CO.<br><br>2674 LANCASTER ROAD, OTTAWA, ON, K1B 4T7 |
| 2.184 **State what the contract or lease is for and the nature of the debtor's interest**<br>CUSTOMER/SUPPLIER AGREEMENT<br>**State the term remaining**<br>ANNUAL AUTO RENEWAL<br>**List the contract number of any government contract** | VARIETY DIST. CO<br><br>P. O. BOX 728, HARLAN, IA, 51537-0000 |
| 2.185 **State what the contract or lease is for and the nature of the debtor's interest**<br>LICENSING - THE BARON<br>**State the term remaining**<br>EXPIRES 12/31/2018<br>**List the contract number of any government contract** | VELIA DEAL<br><br>1651 MONTE VISTA DRIVE VISTA, CA 92084 |
| 2.186 **State what the contract or lease is for and the nature of the debtor's interest**<br>LICENSING - GLITTER BUG, STING RAY (69/70 CORVETTE), GOMAD NOMAD (57 CHEVY), BAJA HUMBUG (VW)<br>**State the term remaining**<br>EXPIRES 12/31/2019<br>**List the contract number of any government contract** | VELIA DEAL<br><br>1651 MONTE VISTA DRIVE VISTA, CA 92084 |
| 2.187 **State what the contract or lease is for and the nature of the debtor's interest**<br>LICENSING - VARIOUS MARKINGS<br>**State the term remaining**<br>EXPIRES 12/31/2020<br>**List the contract number of any government contract** | VOLKSWAGEN ZUBEHOR GMBH<br><br>AN DER TRIFT 67 63303 DREIEICH GERMANY |

Debtor  REVELL INC.
        Name

Case number (if known) 18-10058(KG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.188 State what the contract or lease is for and the nature of the debtor's interest  CUSTOMER/SUPPLIER AGREEMENT<br><br>State the term remaining  ANNUAL AUTO RENEWAL<br><br>List the contract number of any government contract | WORLD WIDE DISTRIBUTORS<br><br>P. O. BOX 88607, SEATTLE, WA, 98138 |
| 2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Debtor   REVELL INC                                                                                   Case Number: A18-10058(KG)

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? |
|---|---|
| HONDA PATENTS & TECHNOLOGIES NORTH AMERICA, LLC<br>ATTN: TRADEMARK AND LICENSING COUNSEL<br>700 VAN NESS AVENUE<br>TORRANCE, CA 90501 | Line 2. 16 |
| BRIDGESTONE BRANDS, LLC<br>C/O BRIDGESTONE AMERICAS, INC., TRADEMARK PARALEGAL, 10 EAST FIRESTONE BLVD. AKRON, OH 44317 | Line 2. 29 |
| CARROLL SHELBY LICENSING, INC.<br>C/O LAW OFFICES OF M. NEIL CUMMINGS & ASSOCIATES, PLC 11150 W. OLYMPIC BLVD., SUITE 1050 LOS ANGELES, CA 90064 | Line 2. 34 |
| DISNEY CONSUMER PRODUCTS, INC.<br>C/O THE WALT DISNEY COMPANY, ATTN: CORPORATE LEGAL, DISNEY CONSUMER PRODUCTS 500 SOUTH BUENA VISTA STREET BURBANK, CA 91521 | Line 2. 58 |
| DISNEY CONSUMER PRODUCTS, INC.<br>C/O THE WALT DISNEY COMPANY, ATTN: CORPORATE LEGAL, DISNEY CONSUMER PRODUCTS 500 SOUTH BUENA VISTA STREET BURBANK, CA 91521 | Line 2. 59 |
| FORD MOTOR COMPANY<br>C/O FORD GLOBAL TECHNOLOGIES LLC, ATTN: SECRETARY, 330 TOWN CENTER DRIVE, SUITE 800, SOUTH DEARBORN, MI 48126 | Line 2. 70 |
| GENERAL MOTORS LLC<br>CORPORATE HEADQUARTERS 4365 EXECUTIVE DRIVE, SUITE 1000 SAN DIEGO, CA 92121 | Line 2. 74 |
| LOCKHEED MARTIN CORPORATION<br>SAN DIEGO OFFICE: 4365 EXECUTIVE DRIVE, SUITE 1000 SAN DIEGO, CA 92121 | Line 2. 106 |
| NORTHROP GRUMMAN SYSTEMS CORPORATION<br>ATTN: DIRECTOR, CORPORATE INTELLECTUAL ASSET MANAGEMENT, MAIL STOP D4/110, ONE HORNET WAY, EL SEGUNDO, CA 90245 | Line 2. 127 |
| KENWORTH TRUCK CO, ATTN: MARKETING COMMS, 10630 N.E. 38TH PLACE, PO BOX 1000, KIRKLAND, WA 98033<br>AND<br>PETERBILT MOTORS CO, ATTN: MARKETING COMMS, 1700 WOODBROOK ST, PO BOX 90208, DENTON, TX 76205 | Line 2. 130 |
| TEXTRON INNOVATIONS INC.<br>C/O SAN DIEGO OFFICE 4365 EXECUTIVE DRIVE, SUITE 1000 SAN DIEGO, CA 92121 | Line 2. 163 |
| THE WRIGHT BROTHERS USA, LLC<br>C/O THE WRIGHT BROTHERS COMPANY, LIMITED ATTN: MERCHANDISE LICENSING ROOM B, 12TH FLOOR 235 WING LOK STREET, TRADE CENTRE SHEUNG WAN, HONG KONG CHINA | Line 2. 164 |
| UNIVERSAL STUDIOS LICENSING LLC<br>C/O UNIVERSAL STUDIOS LICENSING LLC 100 UNIVERSAL CITY PLAZA, BUILDING 2160/7S UNIVERSAL CITY, CA 91608 | Line 2. 181 |
| UNIVERSAL STUDIOS LICENSING LLC<br>C/O NBCUNIVERSAL PARTNERSHIPS LICENSING 100 UNIVERSAL CITY PLAZA, BUILDING 2160-7S UNIVERSAL CITY, CA 91608 | Line 2. 182 |

Debtor · REVELL·INC· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · Case Number: A18-10058(KG) · · · · · · · · · · · · ·

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? |
|------------------|------------------------------------------------------------|
| VOLKSWAGEN ZUBEHOR GMBH<br>C/O INTERNATIONAL MANAGEMENT GROUP (UK) LIMITED<br>OF MCCORMACK HOUSE, BURLINGTON LANE, CHISWICK, W4 2TH, UNITED KINGDOM | Line 2. 187 |
| | Line 2. |
| | Line 2. |
| | Line 2. |
| | Line 2. |
| | Line 2. |
| | Line 2. |
| | Line 2. |
| | Line 2. |
| | Line 2. |
| | Line 2. |
| | Line 2. |
| | Line 2. |

| Fill in this information to identify the case: |
| --- |
| Debtor name   REVELL INC. |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number (If known):   18-10058(KG) |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name 5 bX Mailing address | | Name | Check all schedules that apply: |
| 2.1 | ARRMA DURANGO LTD.<br>SUITE 3, ENTERPRISE GLADE, MOIRA<br>DERBYSHIRE, DE12 6BA<br>UNITED KINGDOM | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | AXIAL R/C INC.<br>26022 PALA<br>MISSION VIEJO, CA 92691 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | ESTES-COX CORP.<br>1295 H STREET<br>PO BOX 227<br>PENROSE, CO 81240 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | GREAT PLANES MODEL MANUFACTURING, INC.<br>706 W BRADLEY<br>URBANA, IL 61801 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 | TOWER HOBBIES, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 | UNITED MODEL, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | REVELL INC. | Case number (if known) | 18-10058(KG) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| Name UbX˘A UJ˘]b[ ˘5 XXfYgg | Name | Check all schedules that apply: |
| **7** ARRMA DURANGO LTD.<br>SUITE 3, ENTERPRISE GLADE, MOIRA<br>DERBYSHIRE, DE12 6BA<br>UNITED KINGDOM | BMO HARRIS BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| **8** AXIAL R/C INC.<br>26022 PALA<br>MISSION VIEJO, CA 92691 | BMO HARRIS BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| **9** ESTES-COX CORP.<br>1295 H STREET<br>PO BOX 227<br>PENROSE, CO 81240 | BMO HARRIS BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| **10** GREAT PLANES MODEL MANUFACTURING, INC.<br>706 W BRADLEY<br>URBANA, IL 61801 | BMO HARRIS BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| **11** TOWER HOBBIES, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | BMO HARRIS BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| **12** UNITED MODEL, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | BMO HARRIS BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| **13** ARRMA DURANGO LTD.<br>SUITE 3, ENTERPRISE GLADE, MOIRA<br>DERBYSHIRE, DE12 6BA<br>UNITED KINGDOM | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| **14** AXIAL R/C INC.<br>26022 PALA<br>MISSION VIEJO, CA 92691 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |

Debtor    REVELL INC.
Name

Case number *(if known)* 18-10058(KG)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
| --- | --- | --- |
| **Name** UbX˙A UJ˙]b[ ˙5 XXf Ygg | **Name** | *Check all schedules that apply:* |
| 15  ESTES-COX CORP.<br>1295 H STREET<br>PO BOX 227<br>PENROSE, CO 81240 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 16  GREAT PLANES MODEL MANUFACTURING, INC.<br>706 W BRADLEY<br>URBANA, IL 61801 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 17  TOWER HOBBIES, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 18  UNITED MODEL, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 19  ARRMA DURANGO LTD.<br>SUITE 3, ENTERPRISE GLADE, MOIRA<br>DERBYSHIRE, DE12 6BA<br>UNITED KINGDOM | U.S. BANK NA | ☒ D<br>☐ E/F<br>☐ G |
| 20  AXIAL R/C INC.<br>26022 PALA<br>MISSION VIEJO, CA 92691 | U.S. BANK NA | ☒ D<br>☐ E/F<br>☐ G |
| 21  ESTES-COX CORP.<br>1295 H STREET<br>PO BOX 227<br>PENROSE, CO 81240 | U.S. BANK NA | ☒ D<br>☐ E/F<br>☐ G |
| 22  GREAT PLANES MODEL MANUFACTURING, INC.<br>706 W BRADLEY<br>URBANA, IL 61801 | U.S. BANK NA | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | REVELL INC. | | Case number *(if known)* 18-10058(KG) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| | Name UbX¨A UJ¨]b[ ¨5 XXfYgg | Name | Check all schedules that apply: |
| 23 | TOWER HOBBIES, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | U.S. BANK NA | ☒ D<br>☐ E/F<br>☐ G |
| 24 | UNITED MODEL, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | U.S. BANK NA | ☒ D<br>☐ E/F<br>☐ G |
| 25 | ARRMA DURANGO LTD.<br>SUITE 3, ENTERPRISE GLADE, MOIRA<br>DERBYSHIRE, DE12 6BA<br>UNITED KINGDOM | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>☐ E/F<br>☐ G |
| 26 | AXIAL R/C INC.<br>26022 PALA<br>MISSION VIEJO, CA 92691 | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>☐ E/F<br>☐ G |
| 27 | ESTES-COX CORP.<br>1295 H STREET<br>PO BOX 227<br>PENROSE, CO 81240 | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>☐ E/F<br>☐ G |
| 28 | GREAT PLANES MODEL MANUFACTURING, INC.<br>706 W BRADLEY<br>URBANA, IL 61801 | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>☐ E/F<br>☐ G |
| 29 | TOWER HOBBIES, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>☐ E/F<br>☐ G |
| 30 | UNITED MODEL, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | REVELL INC. | Case number (if known) 18-10058(KG) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | Check all schedules that apply: |
|---|---|---|---|
| | Name | Name | |
| 31 | HOBBICO, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | BMO HARRIS BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 32 | HOBBICO, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 33 | HOBBICO, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | U.S. BANK NA | ☒ D<br>☐ E/F<br>☐ G |
| 34 | HOBBICO, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 35 | HOBBICO, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name  REVELL INC.

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (*If known*):  18-10058(KG)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/9/2018          ✗ *Tom S. O'Donoghue Jr.*
             MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                  TOM S. O'DONOGHUE, JR.
                                  Printed Name

                                  CHIEF RESTRUCTURING OFFICER
                                  Position or relationship to debtor